PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
Telephone:   (818) 883-4900
Fax:            (818) 883-4902
Email:         peter@dion-kindemlaw.com

Attorneys for Plaintiff Barry Rosen

FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>    Plaintiff,<br><br>vs.<br><br>eBay, Inc., and Does 1 through 10,<br><br>    Defendants. | **Case No. CV13-06801 ABC (Ex)**<br><br>**Second Amended Complaint for Copyright Infringement**<br><br>**Demand for Jury Trial** |

Plaintiff Barry Rosen ("Plaintiff") alleges:

## Jurisdiction and Venue

1.   ***Subject Matter Jurisdiction.*** This action arises under the Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. sections 1331 and 1338(a).

2.   ***Venue.*** Venue is proper in this Court pursuant to 28 U.S.C. Section 1391 (b), (c),

**Second Amended Complaint**

1

and Section 1400(a).

3.  ***Personal Jurisdiction.*** Personal jurisdiction is proper over the Defendants because they either reside in California or the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business and enter into contracts with individuals in California, including within the County of Los Angeles. Each of the Defendants, therefore, has purposefully availed itself of the privilege of doing business in California, and material elements of Defendants' wrongdoing occurred in this State, *i.e.*, Defendants caused the infringing images to be distributed to and displayed in Los Angeles County to thousands of persons.

4.  Plaintiff does not presently know the true names and capacities of the defendants named as Does 1 through 10 and therefore sues such defendants by these fictitious names. Plaintiff believes that the Doe Defendants are persons or entities who are involved in the acts set forth below, either as independent contractors, agents, or employees of the known defendants, or through entering into a conspiracy and agreement with the known Defendants to perform these acts, for financial gain and profit, in violation of Plaintiff's rights. Plaintiff will request leave of Court to amend this Complaint to set forth their true names, identities and capacities when Plaintiff ascertains them. The Doe defendants and the known Defendants are referred to hereinafter collectively as "Defendants."

5.  Defendants have been or are the principals, officers, directors, agents, employees, representatives, and/or co-conspirators of each of the other defendants, and in such capacity or capacities participated in the acts or conduct alleged herein and incurred liability therefor. At some unknown time, the Defendants, or some of them, entered into a conspiracy with other of the Defendants to commit the wrongful acts described herein. The actions described below were taken in furtherance of such conspiracy. Defendants aided and abetted each other in the

wrongful acts alleged herein. Each of the Defendants acted for personal gain or in furtherance of their own financial advantage in doing the acts alleged below.

## First Claim for Relief for Copyright Infringement
### (Against All Defendants)

6. Plaintiff realleges paragraphs 1 through 5.

7. Plaintiff is a photographer. Plaintiff created the photographs identified in Exhibit 1 ("Photographs"). Each of the Photographs consists of material original with Plaintiff and each is copyrightable subject matter. Plaintiff is the owner of all right, title, and interest in and to each of the Photographs. Plaintiff has registered the copyrights for the Photographs and has been issued Certificates of Registration. A full list is attached hereto as Exhibit A.

8. Under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*. (the "Copyright Act"), Plaintiff has the distinct, severable, and exclusive rights, *inter alia*, to reproduce, distribute and publicly display the Photographs. (17 U.S.C. § 106(1), (3), and (5).)

9. Defendant eBay, Inc. ("eBay") is a company that provides a venue that is a marketplace for internet sales and auctions.

10. Within the last three years, Plaintiff discovered that Defendants, without Plaintiff's permission, consent or authority, (1) made or caused to be made unauthorized copies of the Photographs, (2) distributed, made available for distribution, and/or facilitated the unauthorized distribution of unauthorized copies of the Photographs, and/or (3) publicly displayed, made available for, and/or facilitated, the unauthorized public display of the Photographs on the website ebay.com. Details of the infringements are set forth below.

### Sofia Vergara VA 1-230-935   Published Works 2001 Pt 1

11. On or about September 4, 2013, Rosen discovered that a seller by the name of

### Second Amended Complaint
3

"autry515," had made and posted and unauthorized copy of one of Rosen's Sofia Vergara (item 12) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 1.

12.    On or about September 14, 2013, Rosen discovered that a seller by the name of "autry515," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Sofia Vergara (item 12) photographs as was in the September 4, 2013 auction. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 14, 2013 are attached hereto as Exhibit 2.

**Sofia Vergara       VA 1-230-935       Published Works 2001 Pt 1**

13.    On or about September 4, 2013, Rosen discovered that a seller by the name of "autry515," had made and posted and unauthorized copy of one of Rosen's Sofia Vergara (item 13) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 1.

14.    On or about September 14, 2013, Rosen discovered that a seller by the name of "autry515," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Sofia Vergara (item 13) photographs as was in the September 4, 2013 auction. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 14, 2013 are attached hereto as Exhibit 2.

15.    On or about September 4, 2013, Rosen discovered that a seller by the name of "veteranofwar," had posted an unauthorized copy of an 8x10 photo print of one of

Rosen's Sofia Vergara (item 13) photographs for sale on ebay.com and had also made and posted unauthorized copies of said print. Rosen reported the infringement to eBay and the item was removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 3.

16. On or about September 4, 2013, Rosen discovered that a seller by the name of "veteranofwar," had again willfully reposted an unauthorized copy of an 8x10 photo print of one of Rosen's Sofia Vergara (item 13) photographs for sale on ebay.com and had also made and posted unauthorized copies of said print. Rosen reported the infringement to eBay and the item was removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 4.

17. On or about September 18, 2013, Rosen discovered that a seller by the name of "veteranofwar," had for the second time, willfully reposted an auction on ebay.com with the same unauthorized copy of one of Rosen's Sofia Vergara (item 13) photographs as was in the September 4, 2013 auction. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 5.

**Sofia Vergara      VA 1-230-935      Published Works 2001 Pt 1**

18. On or about September 4, 2013, Rosen discovered that a seller by the name of "autry515," had made and posted and unauthorized copy of one of Rosen's Sofia Vergara (item 14) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached

hereto as Exhibit 1.

19.     On or about September 14, 2013, Rosen discovered that a seller by the name of "autry515," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Sofia Vergara (item 14) photographs as was in the September 4, 2013 auction. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 14, 2013 are attached hereto as Exhibit 2.

**Sofia Vergara      VA 1-230-935      Published Works 2001 Pt 1**

20.     On or about September 4, 2013, Rosen discovered that a seller by the name of "autry515," had made and posted and unauthorized copy of one of Rosen's Sofia Vergara (item 15) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 1.

21.     On or about September 14, 2013, Rosen discovered that a seller by the name of "autry515," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Sofia Vergara (item 15) photographs as was in the September 4, 2013 auction. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 14, 2013 are attached hereto as Exhibit 2.

**Sofia Vergara      VA 1-230-935      Published Works 2001 Pt 1**

22.     On or about September 4, 2013, Rosen discovered that a seller by the name of "autry515," had made and posted and unauthorized copy of one of Rosen's Sofia Vergara (item 16) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the

infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 1.

23.   On or about September 14, 2013, Rosen discovered that a seller by the name of "autry515," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Sofia Vergara (item 16) photographs as was in the September 4, 2013 auction. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 14, 2013 are attached hereto as Exhibit 2.

**Sofia Vergara      VA 1-230-935      Published Works 2001 Pt 1**

24.   On or about September 4, 2013, Rosen discovered that a seller by the name of "autry515," had made and posted and unauthorized copy of one of Rosen's Sofia Vergara (item 17) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 1.

25.   On or about September 14, 2013, Rosen discovered that a seller by the name of "autry515," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Sofia Vergara (item 17) photographs as was in the September 4, 2013 auction. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 14, 2013 are attached hereto as Exhibit 2.

**Joanna Krupa      VA 1-230-935      Published Works 2001 Pt 1**

26.   On or about September 4, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs on ebay.com. Rosen reported the infringement

to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 6.

27.   On or about September 13, 2013 Rosen discovered that a seller by the name of "luki_kulka," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on September 13, 2013 are attached hereto as Exhibit 7.

28.   On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 8.

29.   On or about September 8, September 13, September 14, September 23, October 14, October 17, October 24, October 31, November 8, November 13, November 20, November 28 and December 9, 2013. Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 9.

30.   On or about September 4, 2013, Rosen discovered that a seller by the name of "stass22," had made and posted and unauthorized copy of one of Rosen's Joanna

Krupa (item 6) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 10.

31.   On or about September 5, September 8, September 18, October 1, October 29, October 24, October 31 and November 3, November 13, November 24, December 9 and December 14, 2013. Rosen discovered that a seller by the name of "stass22," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 14, 2013 are attached hereto as Exhibit 11.

32.   On or about September 4, 2013, Rosen discovered that a seller by the name of "kupiecki2," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 12.

33.   On or about September 5, September 8, 2013. Rosen discovered that a seller by the name of "kupiecki2," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on September 8, 2013 are attached hereto as Exhibit 13.

34.   On or about September 4, 2013, Rosen discovered that a seller by the name of "archivest," had made and posted and unauthorized copy of one of Rosen's Joanna

**Second Amended Complaint**

Krupa (item 6) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 14.

35.  On or about November 28, 2013, Rosen discovered that a seller by the name of "menofwood," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 15.

36.  On or about December 9 and December 14, 2013. Rosen discovered that a seller by the name of "menofwood," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 15, 2013 are attached hereto as Exhibit 16.

### Joanna Krupa      VA 1-230-935      Published Works 2001 Pt 1

37.  On or about September 4, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 7) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 6.

38.  On or about September 13, 2013 Rosen discovered that a seller by the name of "luki_kulka," had again posted an auction on ebay.com with the same

unauthorized copy of one of Rosen's Joanna Krupa (item 7) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on September 13, 2013 are attached hereto as Exhibit 7..

39.    On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 7) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 8.

40.    On or about September 8, September 13, September 14, September 23, October 14, October 17, October 24, October 31, November 8, November 13, November 20, November 28 and December 9, 2013. Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 7) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 9.

41.    On or about November 28, 2013, Rosen discovered that a seller by the name of "menofwood," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 7) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 15.

42.    On or about December 9 and December 14, 2013. Rosen discovered that a seller by

**Second Amended Complaint**

the name of "menofwood," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 7) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 15, 2013 are attached hereto as Exhibit 16.

### Joanna Krupa      VA 1-230-935      Published Works 2001 Pt 1

43.   On or about September 4, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 6.

44.   On or about September 13, October 1, October 14, October 29, November 13,  and December 9, 2013. Rosen discovered that a seller by the name of "luki_kulka," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on November 13, 2013 are attached hereto as Exhibit 17.

45.   On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 8.

46.      On or about September 8, September 13, September 14, September 23, October 14, October 17, October 24, October 31, November 8, November 13, November 20, November 28 and December 9, 2013. Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 9.

47.      On or about September 4, 2013, Rosen discovered that a seller by the name of "stass22," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 10.

48.      On or about September 5, September 8, September 18, October 1, October 29, October 24, October 31 and November 3, November 13, November 24, December 9 and December 14, 2013. Rosen discovered that a seller by the name of "stass22," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 14, 2013 are attached hereto as Exhibit 11.

49.      On or about November 28, 2013, Rosen discovered that a seller by the name of "menofwood," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the

**Second Amended Complaint**

13

infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 15.

50.   On or about December 9 and December 14, 2013. Rosen discovered that a seller by the name of "menofwood," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 15, 2013 are attached hereto as Exhibit 16.

### Joanna Krupa      VA 1-230-935      Published Works 2001 Pt 1

51.   On or about September 4, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 9) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 6.

52.   On or about September 13, October 1, October 14, October 29, November 13,  and December 9, 2013. Rosen discovered that a seller by the name of "luki_kulka," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 8) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on November 13, 2013 are attached hereto as Exhibit 17.

53.   On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 9) photographs on ebay.com. Rosen reported the infringement

to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 8.

54.     On or about September 8, September 13, September 14, September 23, October 14, October 17, October 24, October 31, November 8, November 13, November 20, November 28 and December 9, 2013. Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 9) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 9.

55.     On or about September 4, 2013, Rosen discovered that a seller by the name of "stass22," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 9) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 10.

56.     On or about September 5, September 8, September 18, October 1, October 29, October 24, October 31 and November 3, November 13, November 24, December 9 and December 14, 2013. Rosen discovered that a seller by the name of "stass22," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 9) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 14, 2013 are attached hereto as Exhibit 11.

57.     On or about November 28, 2013, Rosen discovered that a seller by the name of

"menofwood," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 9) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 15.

58.   On or about December 9, 2013. Rosen discovered that a seller by the name of "menofwood," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 9) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 16.

**Joanna Krupa      VA 1-230-935      Published Works 2001 Pt 1**

59.   On or about September 4, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 10) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 6.

60.   On or about September 13, 2013 Rosen discovered that a seller by the name of "luki_kulka," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on September 13, 2013 are attached hereto as Exhibit 7

**Second Amended Complaint**

61. On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 10) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 8.

62. On or about September 8, September 13, September 14, September 23, October 14, October 17, October 24, October 31, November 8, November 13, November 20, November 28 and December 9, 2013. Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 10) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 8.

63. On or about November 28, 2013, Rosen discovered that a seller by the name of "menofwood," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 10) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 15.

64. On or about December 9 and December 14, 2013. Rosen discovered that a seller by the name of "menofwood," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 10) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 15, 2013 are

**Second Amended Complaint**

17

attached hereto as Exhibit 16.

### Joanna Krupa      VA 1-230-935      Published Works 2001 Pt 1

65.   On or about September 4, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 11) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 6.

66.   On or about September 13, 2013 Rosen discovered that a seller by the name of "luki_kulka," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 6) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on September 13, 2013 are attached hereto as Exhibit 7

67.   On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 11) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 8.

68.   On or about September 8, September 13, September 14, September 23, October 14, October 17, October 24, October 31, November 8, November 13, November 20, November 28 and December 9, 2013. Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 11) photographs as was

in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 9.

69.     On or about November 28, 2013, Rosen discovered that a seller by the name of "menofwood," had made and posted and unauthorized copy of one of Rosen's Joanna Krupa (item 11) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 15.

70.     On or about December 9 and December 14, 2013. Rosen discovered that a seller by the name of "menofwood," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Joanna Krupa (item 11) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 15, 2013 are attached hereto as Exhibit 16.

### Natalia Sokolova  VA 1-230-923       Published Works 2002 Pt 1

71.     On or about September 4, 2013, Rosen discovered that a seller by the name of "stass22," had made and posted unauthorized copy of one of Rosen's Natalia Sokolova (item 3) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 18.

72.     On or about September 11, October 14, October 24, November 3, and November 13, November 22, December 2 and December 11, 2013. Rosen discovered that a

seller by the name of "stass22," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Natalia Sokolova (item 3) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 11, 2013 are attached hereto as Exhibit 19.

73.     On or about September 13, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Natalia Sokolova (item 3) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 20.

74.     On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Natalia Sokolova (item 30) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 21.

75.     On or about September 8, September 23, October 1, October 7, October 14, October 14, October 31, November 8, November 13, November 20, November 28 and December 9, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Natalia Sokolova (item 29) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 22.

**Second Amended Complaint**

**Natalia Sokolova  VA 1-230-923       Published Works 2002 Pt 1**

76.    On or about September 13, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Natalia Sokolova (item 4) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 20.

**Natalia Sokolova  VA 1-230-923       Published Works 2002 Pt 1**

77.    On or about September 13, 2013, Rosen discovered that a seller by the name of "luki_kulka," had made and posted and unauthorized copy of one of Rosen's Natalia Sokolova (item 5) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 20.

**Natalia Sokolova  VA 1-230-923       Published Works 2002 Pt 1**

78.    On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Natalia Sokolova (item 29) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 21.

79.    On or about September 8, September 23, October 1, October 7, October 14, October 14, October 31, November 8, November 13, November 20, November 28 and December 9, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same

**Second Amended Complaint**

unauthorized copy of one of Rosen's Natalia Sokolova (item 29) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 22.

### Natalia Sokolova  VA 1-230-923      Published Works 2002 Pt 1

80.  On or about September 4, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had made and posted and unauthorized copy of one of Rosen's Natalia Sokolova (item 30) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 21.

81.  On or about September 8, September 23, October 1, October 7, October 14, October 14, October 31, November 8, November 13, November 20, November 28 and December 9, 2013, Rosen discovered that a seller by the name of "kasiaemilia1," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Natalia Sokolova (item 30) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 9, 2013 are attached hereto as Exhibit 22.

### Priscilla Taylor    VA 1-230-934      Published Works 2003 Pt 1

82.  On or about September 4, 2013, Rosen discovered that a seller by the name of "stass22," had made and posted and unauthorized copy of one of Rosen's Priscilla Taylor (item 19) photographs on ebay.com. Rosen reported the infringement to

### Second Amended Complaint

eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 23.

83. On or about September 15, September 18, September 26, October 4, October 14, October 24, November 8, November 13, November 22, December 2 and December 11, 2013, Rosen discovered that a seller by the name of "stass22," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Priscilla Taylor (item 19) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 11, 2013 are attached hereto as Exhibit 24.

**Priscilla Taylor    VA 1-230-934    Published Works 2003 Pt 1**

84. On or about September 4, 2013, Rosen discovered that a seller by the name of "stass22," had made and posted and unauthorized copy of one of Rosen's Priscilla Taylor (item 20) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 23.

85. On or about September 15, September 18, September 26, October 4, October 14, October 24, November 8, November 13, November 22, December 2 and December 11, 2013, Rosen discovered that a seller by the name of "stass22," had again posted an auction on ebay.com with the same unauthorized copy of one of Rosen's Priscilla Taylor (item 20) photographs as was in the September 4, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on December 11, 2013 are attached hereto as Exhibit 24.

**Second Amended Complaint**

**Daisy Fuentes      VA 1-239-762      Published Works 2003 Pt 2**

86.    On or about October 2, 2013, Rosen discovered that a seller by the name of "aitx," had posted an unauthorized copy of an 8x10 photo print of one of Rosen's Daisy Fuentes (item 21) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringement to eBay and the item was removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 25.

**Daisy Fuentes      VAu692-230      Daisy Fuentes**

87.    On or about October 2, 2013, Rosen discovered that a seller by the name of "aitx," had posted an unauthorized copy of an 8x10 photo print of one of Rosen's Daisy Fuentes (item 22) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringement to eBay and the item was removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on September 4, 2013 are attached hereto as Exhibit 26.

**Angela Taylor      VA 1-289-516      Published Works 2004 Pt 2**

88.    On or about October 20, 2013, Rosen discovered that a seller by the name of "kevol44," had made and posted and unauthorized copy of one of Rosen's Angela Taylor (item 28) photographs on ebay.com. Rosen reported the infringement to eBay. eBay initially removed the item and then willfully reposted it and thereby failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on October 20, 2013 and the email showing the removal and the items as they existed on ebay.com on October 21, 2013  are attached hereto as Exhibit 27, 28 and 29.

**Second Amended Complaint**

89.   On or about October 29, 2013, Rosen discovered that a seller by the name of "kevol44," had again willfully reposted an auction on ebay.com with the same unauthorized copy of one of Rosen's Angela Taylor (item 28) photographs as was in the October 20, 2013 auction. Rosen reported the infringements to eBay but it failed to remove the infringements. True and correct copies of the most recent infringement(s) as they existed on ebay.com on October 29, 2013 are attached hereto as Exhibit 30.

90.   On or about November 20, 2013, Rosen discovered that a seller by the name of "backissuemagazinesnew," had made and posted and unauthorized copy of one of Rosen's Angela Taylor (item 28) photographs on ebay.com. Rosen reported the infringement to eBay but eBay failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on November 20, 2013 are attached hereto as Exhibit 31.

91.   Rosen also found that a secondary image in November 20, 2013 "backissuemagazinesnew," auction listing on eBay was being hosted by Yahoo!. Rosen reported that image to Yahoo! and the image was removed from Yahoo!'s servers. True and correct copies of the infringement(s) as they existed after Yahoo! removed the image are attached hereto as Exhibit 32.

**Jeri Ryan   VA 1-231-031      Published Works 1997 Pt 1**

92.   On or about September 13, 2013, Rosen discovered that a seller by the name of "tensistersimages," had posted an unauthorized copy of an 8x10 photo print of one of Rosen's Jeri Ryan (item 18) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringement to eBay and the item was removed. True and correct copies of the infringement(s) as they existed on ebay.com on September 13, 2013 are attached hereto as Exhibit 33.

**Second Amended Complaint**

**Tawny Kitaen        VA 1-230-940        Published Works 1995 Pt 1**

93.   On or about September 27, 2013, Rosen discovered that a seller by the name of "philcobb," had posted or been posting multiple auctions with an unauthorized copy of an 8x10 photo print of one of Rosen's Tawny Kitaen (item 23) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on September 27, 2013 are attached hereto as Exhibit 34.

**Chase Masterson  VAu970-587        Chase Masterson**

94.   On or about September 8, 2013, Rosen discovered that a seller by the name of "bswitco," had posted an unauthorized copy of an 8x10 photo print of one of Rosen's Chase Masterson (item 2) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on September 8, 2013 are attached hereto as Exhibit 35.

95.   On or about December 2, 2013, Rosen discovered that a seller by the name of "bswitco," had again willfully reposted an unauthorized copy of an 8x10 photo print of one of Rosen's Chase Masterson (item 2) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringement to eBay and the item was removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on December 2, 2013 are attached hereto as Exhibit 36.

**Second Amended Complaint**

96.    On or about December 2, 2013, Rosen discovered that a seller by the name of "vintage81," had posted an unauthorized copy of an 8x10 photo print of one of Rosen's Chase Masterson (item 2) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on December 2, 2013 are attached hereto as Exhibit 37.

**Anna Kournikova        VA 1-239-766        Anna Kournikova 2**

97.    On or about September 5, 2013, Rosen discovered that a seller by the name of "grand130," had posted an unauthorized copy of an 8x10 photo print utilizing of one of Rosen's Anna Kournikova (item 1) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on September 5, 2013 are attached hereto as Exhibit 38.

98.    On or about November 24, 2013, Rosen discovered that a seller by the name of "nyc3870," had posted an unauthorized copy of an 8x10 photo print utilizing of one of Rosen's Anna Kournikova (item 1) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on November 24, 2013 are attached hereto as Exhibit 39.

**Anna Kournikova        VA 1-239-760        Anna Kournikova 14**

**Second Amended Complaint**
27

99. On or about September 18, 2013, Rosen discovered that a seller by the name of "westcoastrackers," had willfully reposted an unauthorized copy of an 8x10 photo print utilizing of one of Rosen's Anna Kournikova (item 25) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. The item had been previously posted on eBay by westcoastrackers on April 27th, 2012 and had been removed at or around that time and westcoastrackers was made aware at that time of the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on September 18, 2013 are attached hereto as Exhibit 40.

100. On or about November 18, 2013, Rosen discovered that a seller by the name of "khw," had posted an unauthorized copy of a copy of an 8x10 photo print utilizing of one of Rosen's Anna Kournikova (item 25) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on November 18, 2013 are attached hereto as Exhibit 41.

**Gena Lee Nolin    VA 1-230-933       Published Works 2000 Pt 1**

101. On or about September 27, 2013, Rosen discovered that a seller by the name of "1stchoicephotosandposters," had posted an unauthorized copy of a copy of an 8x10 photo print utilizing of one of Rosen's Gena Lee Nolin (item 24) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on September 27,

2013 are attached hereto as Exhibit 42.

**Gena Lee Nolin    VA 1-230-948       Gena Lee Nolin 11**

102.   On or about October 14, 2013, Rosen discovered that a seller by the name of "superstarsgallery," had posted an unauthorized copy of an copy of an 8x10 photo print utilizing of one of Rosen's Gena Lee Nolin (item 26) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on October 14, 2013, are attached hereto as Exhibit 43.

**Ali Landry  VAu660-263        Ali Landry**

103.   On or about October 17, 2013, Rosen discovered that a seller by the name of "dave-charles-art," had posted an unauthorized copy of an copy of an 8x10 photo print utilizing of one of Rosen's Ali Landry (item 27) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on October 17, 2013, are attached hereto as Exhibit 44.

104.   Rosen is informed and has personal knowledge of facts or circumstances that eBay knew or should have known that "dave-charles-art," was on ongoing serial infringer, but failed to take steps to terminate the seller.

**Jeri Ryan    VA 1-231-030       Published Works 1998 Pt 1**

105.   On or about October 31, 2013, Rosen discovered that a seller by the name of "konofrio79," had posted an unauthorized copy of an copy of an 8x10 photo print

**Second Amended Complaint**

utilizing of one of Rosen's Jeri Ryan (item 31) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on October 31, 2013, are attached hereto as Exhibit 45.

### Erika Eleniak      VAu692-231      Erika Eleniak

106.   On or about November 17, 2013, Rosen discovered that a seller by the name of "bluefly64," had posted an unauthorized copy of an copy of an 8x10 photo print utilizing of one of Rosen's Erika Eleniak (item 32) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay, but the items were not removed expeditiously. True and correct copies of the infringement(s) as they existed on ebay.com on November 17, 2013 are attached hereto as Exhibit 46.

107.   Because Rosen feared that the item would not be removed expeditiously, Rosen placed a bid and subsequently won the auction (purchased the item). Since it still had not been removed hours later, Rosen subsequently paid for the item by PayPal. True and correct copies of the sales Notifications from eBay on November 17 and 18, 2013 are attached hereto as Exhibit 47.

108.   Sometime thereafter, eBay finally took steps to remove/disable the auction listing and notified Rosen that it was "no longer available." The notification did not specifically list the reason why the listing was no longer available and also indicated that the item would still be delivered (since it was paid for). True and correct copies of the Notification from eBay on November 18, 2013 are attached hereto as Exhibit 48.

109.   eBay failed to terminate the sale and/or return the money paid for the item upon

1

termination of the listing. Rosen also never received the item from the seller.

2

110.   When Rosen followed up on events to see what steps if any were available for a

3

buyer to deal with a non-delivered item, Rosen discovered that eBay kept a kind of

4

link for the buyer to be able to deal with any issues. When Rosen opened up that

5

link, Rosen found information on the item and a picture of the item still active on

6

ebay.com. True and correct copies of the link Rosen found showing the photo on

7

December 3, 2013 is attached hereto as Exhibit 49.

8

9

**Anna Kournikova        VA 1-239-761        Anna Kournikova 15**

10

111.   On or about September 5, 2013, Rosen discovered that a seller by the name of

11

"123-packfan," had posted or previously posted an unauthorized copy of an 8x10

12

photo print utilizing of one of Rosen's Anna Kournikova (item 33) photographs for

13

sale on ebay.com and had also made and posted and unauthorized copies of said

14

print. Rosen reported the infringements to eBay and the items were removed, but

15

the unauthorized photos were not removed from eBay's servers and continued to

16

be displayed in eBay searches for some time thereafter. True and correct copies of

17

the infringement(s) as they existed on ebay.com on September 5, 2013 are attached

18

hereto as Exhibit 50 and an annotated excerpt as still shown in eBay searches on

19

October 2, 2013 as Exhibit 51.

20

112.   On or about September 5, 2013, Rosen discovered that a seller by the name of

21

"123-packfan," had sold at least one previously posted unauthorized copy of an

22

8x10 photo print utilizing of one of Rosen's Anna Kournikova (item 33)

23

photographs.  True and correct copies of the showing the sold item as they existed

24

on ebay.com on September 5, 2013 are attached hereto as Exhibit 52 and an

25

annotated excerpt as still shown in eBay searches on October 2, 2013 as Exhibit

26

51.

27

**Anna Kournikova        VA 1-239-767        Anna Kournikova 1**

28

**Second Amended Complaint**

113.   On or about December 2, 2013, Rosen discovered that a seller by the name of "*madonna*," was selling an unauthorized copy of a magazine and had made and posted and unauthorized copies of one of Rosen's Anna Kournikova (item 34) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on December 2, 2013 are attached hereto as Exhibit 53.

### Anna Kournikova        VA 1-239-764      Anna Kournikova 10

114.   On or about December 2, 2013, Rosen discovered that a seller by the name of "*madonna*," was selling an unauthorized copy of a magazine and had made and posted and unauthorized copies of said magazine of one of Rosen's Anna Kournikova (item 35) photographs on ebay.com. Rosen reported the infringement to eBay but it failed to remove the infringement. True and correct copies of the infringement(s) as they existed on ebay.com on December 2, 2013 are attached hereto as Exhibit 53.

### Ali Landry  VAu660-263        Ali Landry

115.   On or about November 24, 2013, Rosen discovered that a seller by the name of "power angers," had posted an unauthorized copy of an copy of an 8x10 photo print utilizing of one of Rosen's Ali Landry (item 38) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on November 24, 2013, are attached hereto as Exhibit 54.

### Anna Kournikova        VA 1-239-757      Anna Kournikova 7

116.   On or about December 11, 2013, Rosen discovered that a seller by the name of

**Second Amended Complaint**

"historyofthegame," had posted an unauthorized copy of an copy of an 8x10 photo print utilizing of one of Rosen's Anna Kournikova (item 39) photographs for sale on ebay.com and had also made and posted and unauthorized copies of said print. Rosen reported the infringements to eBay and the items were removed, but the unauthorized photos were not removed from eBay's servers. True and correct copies of the infringement(s) as they existed on ebay.com on November 24, 2013, are attached hereto as Exhibit 55.

**Gena Lee Nolin    VA 1-274-965       Gena Lee Nolin 3**

117.   On or about December 11, 2013, Rosen discovered that Worthpoint.com had posted an unauthorized copy of an 8x10 photo print utilizing of one of Rosen's Gena Lee Nolin (item 36) photographs that had been offered for sale on ebay.com. Based on the information contained on both worthpoint.com and ebay.com, it is apparent to Rosen that eBay unlawfully licensed the photo to worthpoint.com. True and correct copies of the infringement(s) as they existed on worthpoint.com on December 11, 2013, along with copies of Worthpoint's item removal request form and press release showing that eBay licenses photos to Worthpoint are attached hereto as Exhibit 56, 57 and 58.

118.   On or about December 13, 2013, Rosen discovered that a seller by the name of "hotcorner2980," had posted four (4) unauthorized copies of one of Rosen's Gena Lee Nolin (item 36) photographs on ebay.com. Rosen reported the infringements to eBay and the items were removed. It is unknown if the unauthorized photos were not removed from eBay's servers, but Plaintiff believes that they were not removed as it is ebay's standard practice not to remove such copies.  True and correct copies of the infringement(s) as they existed on ebay.com on November 24, 2013, are attached hereto as Exhibit 61.

**Gena Lee Nolin    VA 1-230-952       Gena Lee Nolin 27**

**Second Amended Complaint**

119.   On or about November 4, 2013, Rosen discovered that Worthpoint.com had posted an unauthorized copy of a copy of an 8x10 photo print utilizing of one of Rosen's Gena Lee Nolin (item 37) photographs that had been offered for sale on ebay.com. Based on the information contained on both worthpoint.com and ebay.com, it is apparent to Rosen that eBay unlawfully licensed the photo to worthpoint.com. True and correct copies of the infringement(s) as they existed on worthpoint.com on November 4, 2013, 2013, along with copies of Worthpoint's item removal request form and press release showing that eBay licenses photos to Worthpoint are attached hereto as Exhibit 56, 57 and 58.

**Gena Lee Nolin    VA 1-230-948       Gena Lee Nolin 11**

120.   On or about November 4, 2013, Rosen discovered that Worthpoint.com had posted an unauthorized copy of a copy of an 8x10 photo print utilizing of one of Rosen's Gena Lee Nolin (item 26) photographs that had been offered for sale on ebay.com. Based on the information contained on both worthpoint.com and ebay.com, it is apparent to Rosen that eBay unlawfully licensed the photo to worthpoint.com. True and correct copies of the infringement(s) as they existed on worthpoint.com on November 4, 2013, 2013, along with copies of Worthpoint's item removal request form and press release showing that eBay licenses photos to Worthpoint are attached hereto as Exhibit 60, 57 and 58.

121.   Such conduct constitutes direct infringement of Plaintiff's exclusive rights of copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. 106 and 501.

122.   Defendants have engaged and continue to engage in the business of inducing, causing, and/or materially contributing to the unauthorized reproduction, public display, and/or distribution of copies of the Photographs. Plaintiff gave notice to Defendant eBay of the infringing activity that was occurring on the ebay.com website, but eBay did not thereafter take simple measures available to it to prevent

**Second Amended Complaint**

the infringing activity and/or refused to take any action to remove/disable the infringing activity. Defendants enabled, induced, facilitated, and/or materially contributed to each act of infringement by infringing users. Defendants' conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106, 109 and 501 of the Copyright Act, 17 U.S.C. 106, 109 and 501.

123. Defendants have and have had the right and ability to control the infringing conduct alleged above. Defendants have derived, or have continuously attempted to derive, a direct financial benefit from the infringing use of the Photographs. As a direct and proximate result of Defendants' failure and refusal to control, prevent and/or remove the infringing activity, Defendants have infringed Plaintiffs' copyrights in the Photographs as set forth above. Defendants' conduct constitutes vicarious infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. 106 and 501.

124. Because Defendants have received a financial benefit directly attributable to the infringing activity and has the right and ability to control such activity, Defendants are not entitled to any DMCA safe harbor pursuant to Section 512 of the Copyright Act, 17 U.S.C. Section 512.

125. Defendants' acts of infringement were willful, intentional, and purposeful, and/or in reckless disregard of and with indifference to Plaintiff's rights in that Defendants knew or recklessly failed to know that they did not have the right to use the Photographs in the manner in which they used the Photographs and intentionally failed to take simple measures that were available to them to stop the infringing activity.

126. As a direct and proximate result Defendants' infringements, Plaintiff was damaged, and Plaintiff is entitled to his actual damages and Defendants' profits

pursuant to 17 U.S.C. section 504(b).

127. Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. Section 504(c) with respect to each work infringed or such other amounts as may be proper under 17 U.S.C. Section 504(c).

128. Plaintiff is entitled to attorneys' fees and costs pursuant to 17 U.S.C. Section 505.

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

1. For Plaintiff's actual damages.

2. For a full accounting under supervision of this Court of all profits, income, receipts, or other benefits derived by Defendants as a result of their unlawful conduct.

3. For statutory damages under the Copyright Act.

4. For prejudgment interest.

5. For attorneys fees and costs.

6. For preliminary and permanent injunctive relief from ongoing infringing activities, including, but not limited to:

   a. enjoining Defendants, and all persons acting in concert or participation with them, from: directly or indirectly infringing in any manner, or causing, contributing to, enabling, facilitating, or participating in the infringement, of Plaintiff's copyrights (whether now in existence or hereafter created) or exclusive rights under copyright, and

   b. the seizure of all property made in, or used to assist in the, violation of Plaintiff's exclusive copyrights pursuant to 17 U.S.C. §503, including, but not limited to, all copies of the Photographs, all domains and all servers and other computer equipment used to publish, broadcast or archive the Photographs.

7. For such other and further relief as this Court deems just and appropriate.

**Second Amended Complaint**

Dated: December 16, 2013         THE DION-KINDEM LAW FIRM

BY:_____

    PETER R. DION-KINDEM, P.C.
    PETER R. DION-KINDEM
    Attorneys for Plaintiff Barry Rosen

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial in this case.

Dated: December 16, 2013         THE DION-KINDEM LAW FIRM

BY:_____

    PETER R. DION-KINDEM, P.C.
    PETER R. DION-KINDEM
    Attorneys for Plaintiff Barry Rosen

# Exhibit A to 2nd Amended Copyright Complaint

*Barry Rosen v. eBay, Inc., and Does 1 through 10,*

| Item | Subject | Registration | Registration Name |
|---|---|---|---|
| 1 | Anna Kourikova | VA 1-239-766 | Anna Kournikova 2 |
| 2 | Chase Masterson | VAu970-587 | Chase Masterson |
| 3 | Natalia Sokolova | VA 1-230-923 | Published Works 2002 Pt 1 |
| 4 | Natalia Sokolova | VA 1-230-923 | Published Works 2002 Pt 1 |
| 5 | Natalia Sokolova | VA 1-230-923 | Published Works 2002 Pt 1 |
| 6 | Joanna Krupa | VA 1-230-935 | Published Works 2001 Pt 1 |
| 7 | Joanna Krupa | VA 1-230-935 | Published Works 2001 Pt 1 |
| 8 | Joanna Krupa | VA 1-230-935 | Published Works 2001 Pt 1 |
| 9 | Joanna Krupa | VA 1-230-935 | Published Works 2001 Pt 1 |
| 10 | Joanna Krupa | VA 1-230-935 | Published Works 2001 Pt 1 |
| 11 | Joanna Krupa | VA 1-230-935 | Published Works 2001 Pt 1 |
| 12 | Sofia Vergara | VA 1-230-935 | Published Works 2001 Pt 1 |
| 13 | Sofia Vergara | VA 1-230-935 | Published Works 2001 Pt 1 |
| 14 | Sofia Vergara | VA 1-230-935 | Published Works 2001 Pt 1 |
| 15 | Sofia Vergara | VA 1-230-935 | Published Works 2001 Pt 1 |
| 16 | Sofia Vergara | VA 1-230-935 | Published Works 2001 Pt 1 |
| 17 | Sofia Vergara | VA 1-230-935 | Published Works 2001 Pt 1 |
| 18 | Jeri Ryan | VA 1-231-031 | Published Works 1997 Pt 1 |
| 19 | Priscilla Taylor | VA 1-230-934 | Published Works 2003 Pt 1 |
| 20 | Priscilla Taylor | VA 1-230-934 | Published Works 2003 Pt 1 |
| 21 | Daisy Fuentes | VA 1-239-762 | Published Works 2003 Pt 2 |
| 22 | Daisy Fuentes | VAu692-230 | Daisy Fuentes |
| 23 | Tawny Kitaen | VA 1-230-940 | Published Works 1995 Pt 1 |
| 24 | Gena Lee Nolin | VA 1-230-933 | Published Works 2000 Pt 1 |
| 25 | Anna Kourikova | VA 1-239-760 | Anna Kournikova 14 |
| 26 | Gena Lee Nolin | VA 1-230-948 | Gena Lee Nolin 11 |
| 27 | Ali Landry | VAu660-263 | Ali Landry |
| 28 | Angela Taylor | VA 1-289-516 | Published Works 2004 Pt 2 |
| 29 | Natalia Sokolova | VA 1-230-923 | Published Works 2002 Pt 1 |
| 30 | Natalia Sokolova | VA 1-230-923 | Published Works 2002 Pt 1 |
| 31 | Jeri Ryan | VA 1-231-030 | Published Works 1998 Pt 1 |
| 32 | Erika Eleniak | VAu692-231 | Erika Eleniak |
| 33 | Anna Kourikova | VA 1-239-761 | Anna Kournikova 15 |
| 34 | Anna Kourikova | VA 1-239-767 | Anna Kournikova 1 |
| 35 | Anna Kourikova | VA 1-239-764 | Anna Kournikova 10 |
| 36 | Gena Lee Nolin | VA 1-274-965 | Gena Lee Nolin 3 |
| 37 | Gena Lee Nolin | VA 1-230-952 | Gena Lee Nolin 27 |
| 38 | Ali Landry | VAu660-263 | Ali Landry |
| 39 | Anna Kourikova | VA 1-239-757 | Anna Kournikova 7 |

# Exhibit 1



eBay **deals**

# DEALS.
# FOR REALS.

Free Shipping

Shop now ▶

AdChoice ⌐

## People who viewed this item also viewed ⓘ

Feedback on our suggestions



SOFIA VERGARA SEXY RARE "GQ MEXICO"...

$7.99



SOFIA VERGARA "VANIDADES" MEXIC...

$8.99



Leah Remini - Sofia Vergara - Kylie Minog...

$1.49



Lucky November 2012, Sofia Vergara, Wear...

$1.99

| Description | Shipping and payments |
|---|---|

Print | Report item

Seller assumes all responsibility for this listing.

eBay item number: 181209011280

### Item specifics

Condition:   Like New: A book that looks new but has been read. Cover has no visible wear, and the dust jacket (if ... Read more

OYE Magazine in great condition, does have some pages of Sofia Vergara as you can see if you have any questions please ask, thank you...watermarks are for selling purpose only do not appear on actual picture, thanks.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

## People who shopped for this item also bought

<span style="float:right">Feedback on our suggestions</span>











Women Batty Sleeve Black Sweater Mini...
**$21.98** 
Buy It Now

The Limited light blue full length long coat...
**$35.00**
0 bids

takeout 3/4 sleeve striped tunic sweater...
**$8.00**
1 bid

Women's Full Length Black Wool Dress Coat
**$37.99**
0 bids

Vintage Women's Red Gold Sweater Dress...
**$19.99**
0 bids

## See what other people are watching

<span style="float:right">Feedback on our suggestions</span>











Collectible! Rolling Stone Magazine, The Band,...
**$36.50**
20 bids

Collectible! Rolling Stone Magazine, Mick Jagge...
**$7.00**
5 bids

Large Print GREAT BIG WORD FINDS - Volu...
**$3.95**
Buy It Now

THE WALKING DEAD #5 "WHO SAID...
**$5.89**
Buy It Now

☆1948 HOT ROD Magazines...
**$148.95**
0 bids
Free shipping

| Sponsored Links |
| --- |

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Back Issue Magazines**
www.pastpaper.com/
We Carry The Largest Selection Of **Issues** From 1835-2013. Low Prices!

**Sofia Vergara Pics**
www.ask.com/Sofia+Vergara+Pics
Search for **Sofia Vergara** Pics Find Quick Results now!

**Magazines For Your iPad**
www.hearstmagazines.com/iTunesOffer
Subscribe to A **Magazine** For Your iPad And Get $10 in iTunes Credit!

**Modern Family**

modernfamily.usanetwork.com/

Is Coming to USA This Fall! Comedies Welcome.


eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. Apply Now

Back to search results                                                                                            Return to top

More to explore :    Sofia Vergara

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



OYE Magazine in great condition, does have some pages of Sofia Vergara as you can see if you have any questions please ask, thank you...watermarks are for selling purpose only do not appear on actual picture, thanks.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

People who shopped for this item also bought

Feedback on our suggestions



Women Batty Sleeve
Black Sweater Mini...

**$21.98**
Buy It Now



The Limited light blue full
length long coat...

**$35.00**
0 bids



takeout 3/4 sleeve
striped tunic sweater...

**$8.00**
1 bid



Women's Full Length
Black Wool Dress Coat

**$37.99**
0 bids



Vintage Women's Red
Gold Sweater Dress...

**$19.99**
0 bids

See what other people are watching

Feedback on our suggestions



Collectible! Rolling Stone
Magazine, The Band,...

**$36.50**
20 bids



Collectible! Rolling Stone
Magazine, Mick Jagge...

**$7.00**
5 bids



Large Print GREAT BIG
WORD FINDS - Volu...

**$3.95**
Buy It Now



THE WALKING DEAD #5
"WHO SAID...

**$5.89**
Buy It Now



☆1948 HOT ROD
Magazines...

**$148.95**
0 bids
Free shipping

| Sponsored Links |
| --- |

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Back Issue Magazines**
www.pastpaper.com/
We Carry The Largest Selection Of **Issues** From 1835-2013. Low Prices!

**Sofia Vergara Pics**
www.ask.com/Sofia+Vergara+Pics
Search for **Sofia Vergara** Pics Find Quick Results now!

**Magazines For Your iPad**
www.hearstmagazines.com/iTunesOffer
Subscribe to A **Magazine** For Your iPad And Get $10 in iTunes Credit!



**Modern Family**
modernfamily.usanetwork.com/
Is Coming to USA This Fall! Comedies Welcome.

Back to search results                                                                                                          Return to top

More to explore :   Sofia Vergara

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



http://www.ebay.com/itm/OYE-Magazine-Sofia-Vergara-/181209011280?pt=Magazines&hash=item2a30e61450

Oye Magazine Sofia Vergara - eBay 12/16/13 8:49 AM

OYE Magazine in great condition, does have some pages of Sofia Vergara as you can see if you have any questions please ask, thank you...watermarks are for selling purpose only do not appear on actual picture, thanks.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

People who shopped for this item also bought

Feedback on our suggestions

    

| Women Batty Sleeve Black Sweater Mini... | The Limited light blue full length long coat... | takeout 3/4 sleeve striped tunic sweater... | Women's Full Length Black Wool Dress Coat | Vintage Women's Red Gold Sweater Dress... |
|---|---|---|---|---|
| $21.98 | $35.00 | $8.00 | $37.99 | $19.99 |
| Buy It Now | 0 bids | 1 bid | 0 bids | 0 bids |

See what other people are watching

Feedback on our suggestions

    

| Collectible! Rolling Stone Magazine, The Band,... | Collectible! Rolling Stone Magazine, Mick Jagge... | Large Print GREAT BIG WORD FINDS - Volu... | THE WALKING DEAD #5 "WHO SAID... | ☆1948 HOT ROD Magazines... |
|---|---|---|---|---|
| $36.50 | $7.00 | $3.95 | $5.89 | $148.95 |
| 20 bids | 5 bids | Buy It Now | Buy It Now | 0 bids |
| | | | | Free shipping |

Sponsored Links

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Back Issue Magazines**
www.pastpaper.com/
We Carry The Largest Selection Of **Issues** From 1835-2013. Low Prices!

**Sofia Vergara Pics**
www.ask.com/Sofia+Vergara+Pics
Search for **Sofia Vergara** Pics Find Quick Results now!

**Magazines For Your iPad**
www.hearstmagazines.com/iTunesOffer
Subscribe to A **Magazine** For Your iPad And Get $10 in iTunes Credit!



**Modern Family**
modernfamily.usanetwork.com/
Is Coming to USA This Fall! Comedies Welcome.

Back to search results                                                                                      Return to top
More to explore :   Sofia Vergara

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals

My eBay    Sell    Community    Customer Support    Cart

ebay    Shop by category

All Categories    Search    Advanced

Back to search results | Listed in category:    Books > Magazine Back Issues

OYE Magazine Sofia Vergara



OYE Magazine in great condition, does have some pages of Sofia Vergara as you can see if you have any questions please ask, thank you...watermarks are for selling purpose only do not appear on actual picture, thanks.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

## People who shopped for this item also bought

<div style="float: right">Feedback on our suggestions</div>


Women Batty Sleeve
Black Sweater Mini...
**$21.98**
Buy It Now


The Limited light blue full
length long coat...
**$35.00**
0 bids


takeout 3/4 sleeve
striped tunic sweater...
**$8.00**
1 bid


Women's Full Length
Black Wool Dress Coat
**$37.99**
0 bids


Vintage Women's Red
Gold Sweater Dress...
**$19.99**
0 bids

## See what other people are watching

<div style="float: right">Feedback on our suggestions</div>


Collectible! Rolling Stone
Magazine, The Band,...
**$36.50**
20 bids


Collectible! Rolling Stone
Magazine, Mick Jagge...
**$7.00**
5 bids


Large Print GREAT BIG
WORD FINDS - Volu...
**$3.95**
Buy It Now


THE WALKING DEAD #5
"WHO SAID...
**$5.89**
Buy It Now


☆1948 HOT ROD
Magazines...
**$148.95**
0 bids
Free shipping

## Sponsored Links

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Back Issue Magazines**
www.pastpaper.com/
We Carry The Largest Selection Of **Issues** From 1835-2013. Low Prices!

**Sofia Vergara Pics**
www.ask.com/Sofia+Vergara+Pics
Search for **Sofia Vergara** Pics Find Quick Results now!

**Magazines For Your iPad**
www.hearstmagazines.com/iTunesOffer
Subscribe to A **Magazine** For Your iPad And Get $10 in iTunes Credit!

**Modern Family**
modernfamily.usanetwork.com/
Is Coming to USA This Fall! Comedies Welcome.



eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. Apply Now

Back to search results                                                                                      Return to top

More to explore :    Sofia Vergara

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Oye Magazine Sofia Vergara - eBay                                                                                                                12/8/13 8:50 AM

Hi! Sign in or register | Daily Deals

My eBay    Sell    Community    Customer Support    Cart

ebay    Shop by category

All Categories    Search    Advanced

‹ Back to search results | Listed in category:    Books  >  Magazine Back Issues

OYE Magazine Sofia Vergara



OYE Magazine in great condition, does have some pages of Sofia Vergara as you can see if you have any questions please ask, thank you...watermarks are for selling purpose only do not appear on actual picture, thanks.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

People who shopped for this item also bought

Feedback on our suggestions



Women Batty Sleeve
Black Sweater Mini...
**$21.98** 🔸
Buy It Now



The Limited light blue full
length long coat...
**$35.00**
0 bids



takeout 3/4 sleeve
striped tunic sweater...
**$8.00**
1 bid



Women's Full Length
Black Wool Dress Coat
**$37.99**
0 bids



Vintage Women's Red
Gold Sweater Dress...
**$19.99**
0 bids

See what other people are watching

Feedback on our suggestions



Collectible! Rolling Stone
Magazine, The Band,...
**$36.50**
20 bids



Collectible! Rolling Stone
Magazine, Mick Jagge...
**$7.00**
5 bids



Large Print GREAT BIG
WORD FINDS - Volu...
**$3.95**
Buy It Now



THE WALKING DEAD #5
"WHO SAID...
**$5.89**
Buy It Now



☆1948 HOT ROD
Magazines...
**$148.95**
0 bids
Free shipping

| Sponsored Links |
| --- |

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Back Issue Magazines**
www.pastpaper.com/
We Carry The Largest Selection Of **Issues** From 1835-2013. Low Prices!

**Sofia Vergara Pics**
www.ask.com/Sofia+Vergara+Pics
Search for **Sofia Vergara** Pics Find Quick Results now!

**Magazines For Your iPad**
www.hearstmagazines.com/iTunesOffer
Subscribe to A **Magazine** For Your iPad And Get $10 in iTunes Credit!



**Modern Family**
modernfamily.usanetwork.com/
Is Coming to USA This Fall! Comedies Welcome.

Back to search results                                                                                                 Return to top

More to explore :   Sofia Vergara

About eBay     Community     Announcements     Security Center     Resolution Center     Policies     Site Map     eBay official time     Preview new features     Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals    My eBay   Sell   Community   Customer Support   Cart

ebay Shop by category   All Categories   Search   Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

OYE Magazine Sofia Vergara



OYE Magazine in great condition, does have some pages of Sofia Vergara as you can see if you have any questions please ask, thank you...watermarks are for selling purpose only do not appear on actual picture, thanks.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

## People who shopped for this item also bought

Feedback on our suggestions



Women Batty Sleeve Black Sweater Mini...

**$21.98** 🏅
Buy It Now



The Limited light blue full length long coat...

**$35.00**
0 bids



takeout 3/4 sleeve striped tunic sweater...

**$8.00**
1 bid



Women's Full Length Black Wool Dress Coat

**$37.99**
0 bids



Vintage Women's Red Gold Sweater Dress...

**$19.99**
0 bids

## See what other people are watching

Feedback on our suggestions



Collectible! Rolling Stone Magazine, The Band,...

**$36.50**
20 bids



Collectible! Rolling Stone Magazine, Mick Jagge...

**$7.00**
5 bids



Large Print GREAT BIG WORD FINDS - Volu...

**$3.95**
Buy It Now



THE WALKING DEAD #5 "WHO SAID...

**$5.89**
Buy It Now



☆1948 HOT ROD Magazines...

**$148.95**
0 bids
Free shipping

| Sponsored Links |
|---|

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Back Issue Magazines**
www.pastpaper.com/
We Carry The Largest Selection Of **Issues** From 1835-2013. Low Prices!

**Sofia Vergara Pics**
www.ask.com/Sofia+Vergara+Pics
Search for **Sofia Vergara** Pics Find Quick Results now!

**Magazines For Your iPad**
www.hearstmagazines.com/iTunesOffer
Subscribe to A **Magazine** For Your iPad And Get $10 in iTunes Credit!

**Modern Family**

modernfamily.usanetwork.com/

Is Coming to USA This Fall! Comedies Welcome.



GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. Apply Now

Back to search results                                                                                        Return to top

More to explore :   Sofia Vergara

About eBay      Community      Announcements      Security Center      Resolution Center      Policies      Site Map      eBay official time      Preview new features      Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals

My eBay    Sell    Community    Customer Support    Cart

ebay    Shop by category    [All Categories]    Search    Advanced

Back to search results | Listed in category:    Books > Magazine Back Issues

OYE Magazine Sofia Vergara



Oye Magazine-Sofia Vergara-2 of 3 12/16/13 8:49 AM

OYE Magazine in great condition, does have some pages of Sofia Vergara as you can see if you have any questions please ask, thank you...watermarks are for selling purpose only do not appear on actual picture, thanks.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

## People who shopped for this item also bought

Feedback on our suggestions

    

| Women Batty Sleeve Black Sweater Mini... | The Limited light blue full length long coat... | takeout 3/4 sleeve striped tunic sweater... | Women's Full Length Black Wool Dress Coat | Vintage Women's Red Gold Sweater Dress... |
| --- | --- | --- | --- | --- |
| $21.98 | $35.00 | $8.00 | $37.99 | $19.99 |
| Buy It Now | 0 bids | 1 bid | 0 bids | 0 bids |

## See what other people are watching

Feedback on our suggestions

    

| Collectible! Rolling Stone Magazine, The Band,... | Collectible! Rolling Stone Magazine, Mick Jagge... | Large Print GREAT BIG WORD FINDS - Volu... | THE WALKING DEAD #5 "WHO SAID... | ☆1948 HOT ROD Magazines... |
| --- | --- | --- | --- | --- |
| $36.50 | $7.00 | $3.95 | $5.89 | $148.95 |
| 20 bids | 5 bids | Buy It Now | Buy It Now | 0 bids |
| | | | | Free shipping |

Sponsored Links

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Back Issue Magazines**
www.pastpaper.com/
We Carry The Largest Selection Of **Issues** From 1835-2013. Low Prices!

**Sofia Vergara Pics**
www.ask.com/Sofia+Vergara+Pics
Search for **Sofia Vergara** Pics Find Quick Results now!

**Magazines For Your iPad**
www.hearstmagazines.com/iTunesOffer
Subscribe to A **Magazine** For Your iPad And Get $10 in iTunes Credit!



**Modern Family**

modernfamily.usanetwork.com/

Is Coming to USA This Fall! Comedies Welcome.

Back to search results                                                                                           Return to top

More to explore :   Sofia Vergara

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 2





Hi! Sign in or register | Daily Deals | Sell | Customer Support | BLACK FRIDAY COUNTDOWN | My eBay | Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

**Bidding has ended on this item.**

## More chances to get what you want

Feedback on our suggestions

Allure Magazine SEPTEMBER 2012...

**$7.49**
Buy It Now
Free shipping

SOFIA VERGARA SEXY RARE "COSMOPOLIT...

**$7.99**
0 bids

Maxim: September 2001 :: Jamie-Lynn...

**$5.69**
0 bids
Free shipping

Thalia Rare Magazines 5 MUST SEE Shakira...

**$10.99**
0 bids

Revista TVNotas Salma Hayek, Kate d...

**$3.99**
0 bids

## More from the same seller

Feedback on our suggestions

Selena Quintanilla Furia Magazine

**$189.99**
Buy It Now
Free shipping

Selena Quintanilla Furia Magazine

**$30.00**
Buy It Now

Selena Quintanilla Furia Magazine

**$35.00**
Buy It Now

## Sponsored Links

The Sofía Vergara H andbook -...

~~$19.95~~ **$14.39**
Free Shipping
Kobo eBooks

Sofia Vergara Biogra phy of a...

**$3.99**
Free Shipping
Kobo eBooks

## OYE Magazine Sofia Vergara

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

Item condition: **Like New**

Ended: Sep 20, 2013 20:47:30 PDT

Winning bid: **US $6.08** [ 2 bids ]

Shipping: **$4.00** Economy Shipping | See details
Item location: **Spout Spring, Virginia, United States**
Ships to: **United States**

Delivery: Estimated within 4-11 business days

Payments: PayPal | See details

Returns: No returns or exchanges, but item is covered by eBay Buyer Protection.

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

**Seller information**
**autry515** (105 ★)
100% Positive feedback

Follow this seller
See other items

**Description** | **Shipping and payments**

Print | Report item

eBay item number: 181216527316

Seller assumes all responsibility for this listing.

### Item specifics

Condition: Like New: A book that looks new but has been read. Cover has no visible wear, and the dust jacket (if ... Read more

OYE Magazine in great condition, does have some pages of Sofia Vergara as you can see if you have any questions please ask, thank you...watermarks are for selling purpose only do not appear on actual picture, thanks.

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

See what other people are watching

Feedback on our suggestions

MAY JUNE '06 AUTO AFICIONADO
$35.00
Buy It Now

GEARHEAD MAGAZINE #14 HOT ROD KUST...
$12.99
Buy It Now

Better Homes & Gardens Cross Stit...
$4.42
Buy It Now

Saturday Evening Post Magazine 1963...
$16.99
Buy It Now

OXYGEN Magazine Womens Fitness...
$24.99
Buy It Now

Oye Magazine Sofia Vergara - eBay                                                                                                                                    11/18/13 5:55 PM



AdChoice

Free shipping          Free shipping          Free shipping          Free shipping

Back to search results                                                                                                                  Return to top

More to explore :   Sofia Vergara,   Sofia Vergara Signed,   Sofia Vergara Shoes,   Sofia Vergara Poster,   Sofia Vergara Photo

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 3



Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Autographs-Original > Movies > Photographs

Mouse over image to zoom

$ Have one to sell? Sell it yourself

# 8x10 Hand Signed Autograph By Sofia Vergara ( Modern Family )

Item condition: --

Time left: 4d 07h (Sep 08, 2013 16:25:35 PDT)

Starting bid: US $59.99 [ 0 bid ]

Place bid

Enter US $59.99 or more

Price: US $79.99 Buy It Now

Add to cart

Add to Watch list

BillMeLater New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: FREE Standard Shipping | See details
Item location: Phillips, Nebraska, United States
Ships to: United States and many other countries | See details

Delivery: Estimated between **Tue. Sep. 10 and Fri. Sep. 13**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

| Add to Watch list

Seller information
**veteranofwar** (86 )
100% Positive feedback

Save this seller
See other items

AdChoice

Description | Shipping and payments | Print | Report item

eBay item number: 261279279621

Seller assumes all responsibility for this listing.

*FOR SALE AN 8x10 AUTOGRAPH OF SOFIA VERGARA , THIS WAS HAND SIGNED SO THERE IS NO C.O.A , ALL MY AUTOGRAPH COMES WITH FULL REFUND IF YOUR NOT HAPPY JUST RETURN IT.. FREE US SHIPPING.*

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links

**Sofia Vergara**
modernfamily.usanetwork.com/
Stars in **Modern Family**! Coming to USA Network this Fall

Become a Fan          Follow us on Twitter

Watch More Videos    Follow us on Tumblr

**Like Modern Family?**
www.nbc.com/The-Michael-J-Fox-Show
Watch the Michael J Fox Show on NBC Premieres Sept 27 Friday 9:30/8:30c

Watch the Preview       Subscribe on YouTube

Like Us on Facebook

**Modern Family Surrogacy**
www.modernfamilysurrogacy.com/
Top San Diego Surrogacy Agency Couples, Individuals, Gay & Lesbian

**Springs Preserve**
www.springspreserve.org/
Take a walk through scenic wetland habitats or enjoy our many events.

**8x10 Prints Only $1.75**
www.nationsphotolab.com/
Order any 100 **8x10's** for $1.00 each 24hr. turnaround- Leader in Quality


GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.   Apply Now

AdChoice

Back to search results                                                                          Return to top

More to explore :    Sofia Vergara Signed,    Sofia Vergara,    Signed 8x10 JSA,    Sofia Vergara Photo,    Sofia Vergara Hot

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

X

anced

atch list

ys.

hoice

item

9621

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

## People who shopped for this item also bought

Feedback on our suggestions


GAY INT SHIRTLESS CHORD OVERSTREET...
**$75.00**
Buy It Now


JENNIE GARTH SIGNED HOT BLONDE...
**$61.74** 🥇
Buy It Now
Free shipping


George Burns Signed 3x5 Note card PSA D...
**$110.00**
0 bids


Kenny Rogers TOP autograph, signed...
**$112.50**
Buy It Now


GAY INT SHIRTLESS LUCKY VANOUS SIGN...
**$45.00**
Buy It Now

## See what other people are watching

Feedback on our suggestions


25 - 8x10 Topload Hard Plastic Sleeves...
**$24.99** 🥇
Buy It Now


Sissy Spacek Signed 8X10 Photo PSA/DNA...
**$49.95** 🥇
Buy It Now
Free shipping


Cobie Smulders signed lovely photo /...
**$44.95** 🥇
Buy It Now


Jane Fonda - BARBERELLA - signed...
**$75.00**
Buy It Now


Gene Autry Sidekick PAT BUTTRAM - Disn...
**$25.00**
Buy It Now
Free shipping

Sponsored Links

**Sofia Vergara**
modernfamily.usanetwork.com/
Stars in **Modern Family**! Coming to USA Network this Fall

Become a Fan         Follow us on Twitter
Watch More Videos    Follow us on Tumblr

**Like Modern Family?**
www.nbc.com/The-Michael-J-Fox-Show
Watch the Michael J Fox Show on NBC Premieres Sept 27 Friday 9:30/8:30c

Watch the Preview      Subscribe on YouTube
Like Us on Facebook

**Modern Family Surrogacy**
www.modernfamilysurrogacy.com/
Top San Diego Surrogacy Agency Couples, Individuals, Gay & Lesbian

**Springs Preserve**
www.springspreserve.org/
Take a walk through scenic wetland habitats or enjoy our many events.

8x10 Hand Signed Autograph By Sofia Vergara Modern Family Document 15 Filed 12/16/13 Page 70 of 142 Page ID #:124 3 8:46 AM

Case 2:13-cv-06901-MWF-E

**8x10 Prints Only $1.75**
www.nationsphotolab.com/
Order any 100 **8x10's** for $1.00 each 24hr. turnaround- Leader in Quality



Back to search results                                                                                           Return to top

More to explore :   Sofia Vergara Signed,   Sofia Vergara,   Signed 8x10 JSA,   Sofia Vergara Photo,   Sofia Vergara Hot

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 4



Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# Hand Signed 8x10 Autograph By Sofia Vergara In Yellow Dress

Add to Watch list

Item condition: --

Time left: 4d 22h (Sep 09, 2013 16:03:27 PDT)

Starting bid: US $49.99 [ 0 bid ]

Place bid

Enter US $49.99 or more

Price: US $69.99

Buy It Now

Add to cart

Add to Watch list

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **FREE** Standard Shipping | See details
Item location: Phillips, Nebraska, United States
Ships to: United States and many other countries | See details

Delivery: Estimated between **Tue. Sep. 10 and Fri. Sep. 13**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
**Covers your purchase price plus original shipping.**
Learn more

Seller information
**veteranofwar** (86 )
100% Positive feedback

Save this seller
See other items

ebay deals
DEALS.
FOR REALS.
Free Shipping
Shop now ▸
AdChoice

Description | Shipping and payments | Print | Report item

eBay item number: 261279983179

Seller assumes all responsibility for this listing.

*FOR SALE AN 8x10 AUTOGRAPH OF SOFIA VERGARA ,*
*THIS WAS HAND SIGNED SO THERE IS NO C.O.A , ALL MY AUTOGRAPH COMES WITH FULL REFUND IF YOUR NOT HAPPY JUST RETURN IT.. FREE US SHIPPING.*

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

People who shopped for this item also bought

Feedback on our suggestions



GAY INT SHIRTLESS
CHORD OVERSTREET...

**$75.00**
Buy It Now



JENNIE GARTH SIGNED
HOT BLONDE...

**$61.74** 🏆
Buy It Now
Free shipping



George Burns Signed
3x5 Note card PSA D...

**$110.00**
0 bids



ERIN MORAN authentic
hand signed...

**$24.99**
0 bids



Kenny Rogers TOP
autograph, signed...

**$112.50**
Buy It Now

See what other people are watching

Feedback on our suggestions



MILEY CYRUS SIGNED
8X10 PHOTO WITH C...

**$39.99** 🏆
Buy It Now



LESLIE MANN SIGNED
AUTOGRAPHED 8x10...

**$55.00**
Buy It Now
Free shipping



RICHARD BURTON
HAND SIGNED * 8"x 1...

**$142.50** 🏆
18 bids



ROSARIO DAWSON
AUTOGRAPH SIGNED...

**$49.99** 🏆
Buy It Now
Free shipping



Carrie Fisher Star Wars
Signed AUTOGRAPH 8...

**$64.99** 🏆
Buy It Now
Free shipping

Sponsored Links

**Sofia Vergara**
modernfamily.usanetwork.com/
Stars in Modern Family! Coming to USA Network this Fall

Become a Fan          Follow us on Twitter
Watch More Videos     Follow us on Tumblr

**Sofia Vergara at Kmart®**
www.kmart.com/Sofia-Vergara
Find Low Prices on **Sofia Vergara Dresses** at Kmart.com. Buy Now!

All Clearance        Outfits For All
Fashion Trends

**Yellow dress on Sale**
www.modcloth.com/
Shop 1000s of Styles at 50% Off! Free Shipping on $50+ Orders.

**Ann Taylor® Dresses**
www.anntaylor.com/Dresses
The Ultimate Desk-To-Dinner Piece. Shop Our Chic **Dresses** Today!

**Yellow Dress**
www.shop411.com/Yellow+Dress
Search for **Yellow Dress**. Find Low Prices and Great Value.



GET $30 BACK
as a statement credit  when you open an eBay MasterCard® and make a purchase
with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

Back to search results                                                                                                          Return to top
More to explore :   Sofia Vergara Signed,   Sofia Vergara,   Signed 8x10 JSA,   Sofia Vergara Poster,   Signed 8x10 Lot

About eBay      Community      Announcements      Security Center      Resolution Center      Policies      Site Map      eBay official time      Preview new features      Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Case 2:13-cv-06801-MWF-E Document 15 Filed 12/16/13 Page 75 of 142 Page ID #:129

Hi! Sign in or register | Daily Deals    My eBay    Sell    Community    Customer Support    Cart

dvanced

Watch list

Choice

item

83179

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

People who shopped for this item also bought

Feedback on our suggestions


GAY INT SHIRTLESS
CHORD OVERSTREET...
**$75.00**
Buy It Now


JENNIE GARTH SIGNED
HOT BLONDE...
**$61.74**
Buy It Now
Free shipping


George Burns Signed
3x5 Note card PSA D...
**$110.00**
0 bids


ERIN MORAN authentic
hand signed...
**$24.99**
0 bids


Kenny Rogers TOP
autograph, signed...
**$112.50**
Buy It Now

See what other people are watching

Feedback on our suggestions


MILEY CYRUS SIGNED
8X10 PHOTO WITH C...
**$39.99**
Buy It Now


LESLIE MANN SIGNED
AUTOGRAPHED 8x10...
**$55.00**
Buy It Now
Free shipping


RICHARD BURTON
HAND SIGNED * 8"x 1...
**$142.50**
18 bids


ROSARIO DAWSON
AUTOGRAPH SIGNED...
**$49.99**
Buy It Now
Free shipping


Carrie Fisher Star Wars
Signed AUTOGRAPH 8...
**$64.99**
Buy It Now
Free shipping

Sponsored Links

**Sofia Vergara**
modernfamily.usanetwork.com/
Stars in Modern Family! Coming to USA Network this Fall

Become a Fan          Follow us on Twitter
Watch More Videos     Follow us on Tumblr

**Sofia Vergara at Kmart®**
www.kmart.com/Sofia-Vergara
Find Low Prices on **Sofia Vergara Dresses** at Kmart.com. Buy Now!

All Clearance          Outfits For All
Fashion Trends

**Yellow dress on Sale**
www.modcloth.com/
Shop 1000s of Styles at 50% Off! Free Shipping on $50+ Orders.

**Ann Taylor® Dresses**
www.anntaylor.com/Dresses
The Ultimate Desk-To-Dinner Piece. Shop Our Chic **Dresses** Today!

Hand Signed 8x10 Autograph-By-Sofia-Vergara-In-Yellow-Dress : eBay 12/14/13 5:49 PM

**Yellow Dress**
www.shop411.com/Yellow+Dress
Search for **Yellow Dress**. Find Low Prices and Great Value.

GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

Back to search results                                                                                          Return to top
More to explore :  Sofia Vergara Signed,   Sofia Vergara,   Signed 8x10 JSA,   Sofia Vergara Poster,   Signed 8x10 Lot

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 5



Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

Shop by category All Categories Search Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Autographs-Original > Movies > Photographs

Mouse over image to zoom

Have one to sell? Sell it yourself

## Hand Signed 8x10 Autograph By Sofia Vergara

Item condition: --

Time left: 4d 03h (Sep 22, 2013 10:52:33 PDT)

Starting bid: US $69.99 [ 0 bid ]

Place bid

Enter US $69.99 or more

Price: US $99.99

Buy It Now

Add to cart

Add to watch list

BillMeLater Spend $99+ and get 6 months to pay
Subject to credit approval. See terms

Shipping: FREE Standard Shipping | See details
Item location: Phillips, Nebraska, United States
Ships to: United States and many other countries | See details

Delivery: On or before Mon. Sep. 23 to 92804
Estimated by eBay FAST 'N FREE

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

Add to watch list

Seller information
veteranofwar (89 )
100% Positive feedback

Save this seller
See other items

AdChoice

Description | Shipping and payments | Print | Report item

eBay item number: 261289024520

Seller assumes all responsibility for this listing.

*FOR SALE AN 8x10 AUTOGRAPH OF SOFIA VERGARA , THIS WAS HAND SIGNED SO THERE IS NO C.O.A , ALL MY AUTOGRAPH COMES WITH FULL REFUND IF YOUR NOT HAPPY JUST RETURN IT.. FREE US SHIPPING.*

### Questions and answers about this item

No questions or answers have been posted about this item.

Hand Signed 8x10 Autograph By Sofia Vergara | eBay                                                                                         12/13/13 7:51 AM

Ask a question

**Sponsored Links**

**Celebrities on SNL**
screen.yahoo.com/Sofia-Vergara
In the most hilarious SNL sketches. Watch your favorite hosts online.

    Best of SNL          SNL Iconic Skits
    SNL Monologues    Classic Hosts

**Sofia Vergara**
modernfamily.usanetwork.com/
Stars in Modern Family! Coming to USA Network this Fall

    Become a Fan         Follow us on Twitter
    Watch More Videos    Follow us on Tumblr

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Wholesale Autographs**
www.verifiedautographs.com/
25% Off Coupon Code is Wholesale25. 3 Item Minimun. Footballs & Helmets

**8x10 Prints Only $1.75**
www.nationsphotolab.com/
Order any 100 **8x10's** for $1.00 each 24hr. turnaround- Leader in Quality


GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase
with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

Back to search results                                                                                                      Return to top

More to explore :  Sofia Vergara Signed,   Sofia Vergara,   Batman Signed 8x10,   Signed Autographed Trace Adkins,   Signed 8x10 COA

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

X

HAPPY JUST RETURN IT.. FREE US SHIPPING.

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links

**Celebrities on SNL**
screen.yahoo.com/Sofia-Vergara
In the most hilarious SNL sketches. Watch your favorite hosts online.
Best of SNL          SNL Iconic Skits
SNL Monologues       Classic Hosts

**Sofia Vergara**
modernfamily.usanetwork.com/
Stars in Modern Family! Coming to USA Network this Fall
Become a Fan         Follow us on Twitter
Watch More Videos    Follow us on Tumblr

**Now: Sofia Vergara**
www.sale-fire.com/Sofia+Vergara
Incredible savings on **Sofia Vergara**. Save up to 85% off on many items!

**Wholesale Autographs**
www.verifiedautographs.com/
25% Off Coupon Code is Wholesale25. 3 Item Minimun. Footballs & Helmets

**8x10 Prints Only $1.75**
www.nationsphotolab.com/
Order any 100 **8x10's** for $1.00 each 24hr. turnaround- Leader in Quality



AdChoice

Back to search results                                                                    Return to top
More to explore :  Sofia Vergara Signed,   Sofia Vergara,   Batman Signed 8x10,   Signed Autographed Trace Adkins,   Signed 8x10 COA

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 6

CKM 5 2001 in Joanna Krupa Gary Oldman Magda Kielar Ola Woźniak Polish Document 15  Filed 12/16/13  Page 84 of 142  Page ID #:138 13 8:55 AM

Case 2:13-cv-06901-MWF-E  Document 15  Filed 12/16/13  Page 84 of 142  Page ID #:138

Hi! **Sign in** or **register** | **Daily Deals**

My eBay    Sell    Community    Customer Support    🛒 Cart

**ebay**    Shop by category ▾

[ All Categories ▾ ]    🔍 **Search**    Advanced

‹  **Back to search results** | Listed in category:   **Books**  >  **Magazine Back Issues**

ℹ️  This is a private listing. **Sign in** to view your status or **learn more** about private listings.



### CKM 5/2001 in. Joanna Krupa, Gary Oldman, Magda Kielar, Ola Woźniak.
Polish Magazine

✉️ f 🐦 P  **Add to Watch list**

| | |
|---|---|
| Item condition: | **Good** |
| Time left: | **9d 00h** (Sep 13, 2013  08:59:01 PDT) |

Click to view larger image and other views

**Price:**  **69.99 PLN**    [ **Buy It Now** ]
Approximately US $21.57

[ Add to Watch list ▾ ]

**Shipping:**  **24.00 PLN** (approx. US $7.40)  Przesyłka zagraniczna - zwykła  **See details**
See details about international shipping here. ⓘ
Item location:  Zawiercie, Poland
Ships to:  Americas, Europe, Asia, Australia

**Delivery:**  Varies for items shipped from an international location
Seller ships within 3 days after **receiving cleared payment**. ⓘ

**Payments:**  **PayPal** | **See details**

**Returns:**  Returns accepted | **Read details**

**Seller information**
**luk_kulka** (388 ⭐ )
99.6% Positive feedback

**Save this seller**
**See other items**

**ebay deals**
# DEALS.
# FOR REALS.
Free Shipping
**Shop now ▶**
AdChoice ⓘ

💲 **Have one to sell?**  **Sell it yourself**

🛡️ eBay Buyer Protection
Covers your purchase price plus original shipping.
**Learn more**

| Description | Shipping and payments |
|---|---|

**Print** | **Report item**

Seller assumes all responsibility for this listing.

eBay item number: 350868151643

### Item specifics

| Condition: | Good: Książka, która była czytana, ale nadal jest w dobrym stanie. Na okładce widoczne są nieznaczne ślady ... **Read more** |
|---|---|

Polish Magazine CKM  number 5/2001

JOANNA KRUPA on front cover

total 148 pages, dim. 23 x 30 cm

inside: Joanna Brodzik (1 page), Joanna Krupa (6 pages), Magda Kielar (6 pages), Ola Woźniak (6 pages), Fiolka (1 page), Gary Oldman (4 pages).

Shipping Cost: Europe - 24 PLN
    US & Africa - 24 PLN
    South America & Asia -24 PLN
    Australia - 24 PLN

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002

**Sponsored Links**

**Now: Magda Kielar**
www.sale-fire.com/Magda+Kielar
Incredible savings on **Magda Kielar**. Save up to 85% off on many items!

**Magda Kielar**
www.sales-xmas.com/Magda+Kielar
Incredible savings on **Magda Kielar**. Compare prices and save your money!



AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                           Return to top

More to explore :   Joanna Krupa,   Gary Oldman,   Gary Oldman Dracula,   Voyages in English 5

About eBay     Community     Announcements     Security Center     Resolution Center     Policies     Site Map     eBay official time     Preview new features     Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



X

Shipping Cost: Europe - 24 PLN
US & Africa - 24 PLN
South America & Asia -24 PLN
Australia - 24 PLN

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002

Sponsored Links

**Now: Magda Kielar**
www.sale-fire.com/Magda+Kielar
Incredible savings on **Magda Kielar**. Save up to 85% off on many items!

**Magda Kielar**
www.sales-xmas.com/Magda+Kielar
Incredible savings on **Magda Kielar**. Compare prices and save your money!



AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                 Return to top
More to explore :   Joanna Krupa,   Gary Oldman,   Gary Oldman Dracula,   Voyages in English 5

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

X

dvanced

Watch list

Choice

t item

51643

Shipping Cost: Europe - 24 PLN
US & Africa - 24 PLN
South America & Asia -24 PLN
Australia - 24 PLN

## Questions and answers about this item

No questions or answers have been posted about this item.





This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                     Return to top

More to explore :   Joanna Krupa,   Gary Oldman,   Gary Oldman Dracula,   Voyages in English 5

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

CKM 5 2001 in Joanna Krupa Gary Oldman Magda Fiolek Ola Ciupa Rafal...

Case 2:13-cv-06901-MWF-E Document 15   Filed 12/16/13   Page 90 of 142   Page ID #:144 13 8:53 AM

Hi! Sign in or register   |   Daily Deals

My eBay      Sell      Community      Customer Support      Cart



Shipping Cost: Europe - 24 PLN
US & Africa - 24 PLN
South America & Asia -24 PLN
Australia - 24 PLN

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002

### Sponsored Links

**Now: Magda Kielar**
www.sale-fire.com/Magda+Kielar
Incredible savings on **Magda Kielar**. Save up to 85% off on many items!

**Magda Kielar**
www.sales-xmas.com/Magda+Kielar
Incredible savings on **Magda Kielar**. Compare prices and save your money!


eBay GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                          Return to top

More to explore :    Joanna Krupa,    Gary Oldman,    Gary Oldman Dracula,    Voyages in English 5

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

http://www.ebay.com/itm/CKM-5-2001-in-Joanna-Krupa-Gary-Oldman-…niak-/350868151643?pt=LH_DefaultDomain_212&hash=item51b15f1d5b    Page 2 of 2

# Exhibit 7

Hi! **Sign in** or **register** | **Daily Deals**

My eBay    Sell    Community    Customer Support    🛒 Cart

**ebay**    Shop by category ▾

[ search box ]    All Categories ▾    🔍 **Search**    Advanced

‹   Back to search results   |   Listed in category:   Books  >  Magazine Back Issues

ℹ This is a private listing. Sign in to view your status or learn more about private listings.



### CKM 5/2001 in. Joanna Krupa, Gary Oldman, Magda Kielar, Ola Woźniak.
Polish Magazine

| | |
|---|---|
| Item condition: | **Good** |
| Time left: | **9d 19h** (Sep 23, 2013  09:10:42 PDT) |
| Price: | **69.99 PLN** Buy It Now |
| | Approximately US $22.07 |
| | Add to watch list ▾ |

✉ f 🐦 📌 | Add to watch list

**Seller information**
luki_kulka (393 ⭐ )
99.6% Positive feedback

Save this seller
See other items

Shipping: **24.00 PLN** (approx. US $7.57)  Przesyłka zagraniczna - zwykła  See details
See details about international shipping here. ⓘ
Item location:  Zawiercie, Poland
Ships to:  Americas, Europe, Asia, Australia

Delivery: Varies for items shipped from an international location
Seller ships within 3 days after receiving cleared payment. ⓘ

Payments: **PayPal** | See details

Returns: Returns accepted | Read details

eBay **deals**
# DEALS.
# FOR REALS.
Free Shipping
Shop now ▶

AdChoice ▷

🛡 **eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

$ **Have one to sell?**  Sell it yourself

---

| Description | Shipping and payments |
|---|---|

Print  |  Report item

Seller assumes all responsibility for this listing.

eBay item number: 350874891072

### Item specifics

Condition:   Good: Książka, która była czytana, ale nadal jest w dobrym stanie.
Na okładce widoczne są nieznaczne ślady ... Read more

Polish Magazine CKM  number 5/2001

JOANNA KRUPA on front cover

total 148 pages, dim. 23 x 30 cm

inside: Joanna Brodzik (1 page), Joanna Krupa (6 pages), Magda Kielar (6 pages), Ola Woźniak (6 pages), Fiolka (1 page), Gary Oldman (4 pages).

Shipping Cost: Europe - 24 PLN
US & Africa - 24 PLN
South America & Asia -24 PLN
Australia - 24 PLN

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00001

| Sponsored Links | | |
| --- | --- | --- |

**Magda Kielar sale**
www.sales-xmas.com/Magda+Kielar
**Magda Kielar** up to 75% off Order today with free shipping!

**Magda Kielar**
www.sale-fire.com/Magda+Kielar
Fast shipping and best prices on **Magda Kielar**. Buy Now!

**Joanna Krupa Net Worth**
www.celebritynetworth.com
Gorgeous Housewives of Miami model makes Millions. What's her worth?

Richest Rappers     Richest Actors

Richest Athletes     Richest Celebrities

**Gary Oldman**
www.ask.com/Gary+Oldman
Search for **Gary Oldman**. Look Up Quick Results now!

**A 9/11 Christmas**
www.911christmas.com/
The journey of a Xmas Tree during the first Xmas after September 11th

**Krupa Joanna**
www.wow.com/Krupa+Joanna
Search for **Krupa Joanna** Find results here!

**24 Hour Title-5 Testing**
www.bostonbackflow.com/
Licensed/Insured/Great price. Immediate 24/7 Service



AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                          Return to top

More to explore :   Joanna Krupa,   Voyages in English 5

About eBay     Community     Announcements     Security Center     Resolution Center     Policies     Site Map     eBay official time     Preview new features     Contact us

Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 8



Joanna Krupa on front cover CKM 5/01 Polish Magazine | eBay 9/5/13 8:55 AM

Hi! **Sign in** or **register** | Daily Deals

My eBay   Sell   Community   Customer Support   Cart

**ebay**    Shop by category ▾

[All Categories ▾]    **Search**   Advanced

← Back to search results | Listed in category: Książki i Komiksy>Czasopisma>Kultura i sztuka

Books > Magazine Back Issues




Click to view larger image and other views



## JOANNA KRUPA on front cover CKM 5/01 Polish magazine
Ola Woźniak, Gary Oldman, Magda Kielar, Bob P. Hanssen

| Item condition: | **Very Good** |
| Time left: | **2d 16h** (Sep 07, 2013  01:50:11 PDT) |

✉ f 🐦 📌 | Add to Watch list

| Starting bid: | **9.99 PLN** | [ 0 bid ] |
| | Approximately US $3.08 | |

[ ]  **Place bid**

Enter 9.99 PLN or more

| Price: | **12.99 PLN** | **Buy It Now** |
| | Approximately US $4.00 | |

[ Add to Watch list ▾ ]

| Shipping: | Will ship to United States. Read item description or **contact seller** for shipping options. | See details |
| | Item location: Wałbrzych, Poland |
| | Ships to: Worldwide |
| Delivery: | Varies |
| Payments: | **PayPal**, Other - See seller's payment instructions | See details |
| Returns: | No returns or exchanges, but item is covered by **eBay Buyer Protection** |

**Seller information**
**kasiaemilia1** (951) ⭐ ) me
100% Positive feedback

**Save this seller**
**See other items**
Visit store: 📕 **The record shop ka...**




AdChoice ▷



**eBay Buyer Protection**
Covers your purchase price plus original shipping
Learn more

Have one to sell? **Sell it yourself**

| Description | Shipping and payments |

Print | Report item

Seller assumes all responsibility for this listing.

eBay item number: 290969661235

### Item specifics

| Condition: | Very Good: Książka była czytana i nie wygląda jak nowa, ale jest nadal w doskonałym stanie. Okładka bez ... Read more |



The record shop kasiaemilia1    Visit my eBay store 📕

Add this store to favorites | Sign up for newsletter

[ ]  Search Store

**płyty winylowe (vinyl records)** | **płyty CD (CD records)** | **pocztówki (flexi discs)** | **czasopisma (journals)**

CKM 5(35)/2001, rare Polish magazine for men in very good condition. **JOANNA KRUPA on the front cover and additional pictures inside - 6 pages.** Also in the magazine: Joanna Brodzik, **Bob Philip Hanssen - 5 pages,** Gromosław Czempiński, **Magda Kielar - 6 pages, Ola Woźniak - 6 pages,** Fiolka, **Gary Oldman - 4 pages** and many more. All text in Polish. Ask for details, additional pictures or so. It has 148 pages, dimension 23 x 30 cm.

**I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.**

**http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1**

**THIS ITEM IS IN POLAND !!**
**SHIPPING COST LISTED IN THE TABLE BELOW !!**

| SHIPPING AND HANDLING TO | COSTS |
|---|---|
| EUROPE | 5 Euro - registered letter<br>6 Euro - priority registered letter |
| NORTH AMERICA, AFRICA | 5 Euro - registered letter<br>7 Euro - priority registered letter |
| SOUTH AND MIDDLE AMERICA, ASIA | 5 Euro - registered letter<br>8,5 Euro - priority registered letter |
| AUSTRALIA | 5 Euro - registered letter (very long time waiting for mail, till 3 months)<br>11 Euro - priority registered letter |

**OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.**

**IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.**

**I ACCEPT MONEYBOOKERS !!**



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002

### Sponsored Links

**Custom Panel Front by TCE**
www.cuttingedgeinc.com/

SS, Brass, Aluminum, Plastics Fast, No Min QTY, Intl & MIL Specs

**Now: Joanna Krupa**
www.sale-fire.com/Joanna+Krupa
Incredible savings on **Joanna Krupa**. Save up to 85% off on many items!

**People ® Magazine**
www.people.com/subscription
Official Site - Get 4 Free Issues Subscribe to People **Magazine** Now!

   Subscribe Now     Give as Gift

**CKM Magazine Poland**
www.ask.com/CKM+Magazine+Poland
Search for **CKM Magazine Poland** Find Quick Results now!

**Front Polish**
www.target.com/
Find **Front Polish** Today. Shop **Front Polish** at Target.com.



GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

Back to search results         Return to top

More to explore :   Joanna Krupa,   Detective Magazine Covers,   Right On Magazine,   Life Magazine Covers,   Vintage Magazine Covers

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

X

dvanced

atch list

ays.

Choice

t item

61235

Add this store to favorites | Sign up for newsletter

Search Store

płyty winylowe (vinyl records) | płyty CD (CD records) | pocztówki (flexi discs) | czasopisma (journals)



CKM 5(35)/2001, rare Polish magazine for men in very good condition. **JOANNA KRUPA on the front cover and additional pictures inside - 6 pages.** Also in the magazine: Joanna Brodzik, **Bob Philip Hanssen - 5 pages,** Gromosław Czempiński, **Magda Kielar - 6 pages, Ola Woźniak - 6 pages,** Fiolka, **Gary Oldman - 4 pages** and many more. All text in Polish. Ask for details, additional pictures or so. It has 148 pages, dimension 23 x 30 cm.

**I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.**

**http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1**

**THIS ITEM IS IN POLAND !!**
**SHIPPING COST LISTED IN THE TABLE BELOW !!**

| SHIPPING AND HANDLING TO | COSTS |
|---|---|
| **EUROPE** | 5 Euro - registered letter<br>6 Euro - priority registered letter |
| **NORTH AMERICA, AFRICA** | 5 Euro - registered letter<br>7 Euro - priority registered letter |
| **SOUTH AND MIDDLE AMERICA, ASIA** | 5 Euro - registered letter<br>8,5 Euro - priority registered letter |
| **AUSTRALIA** | 5 Euro - registered letter (very long time waiting for mail, till 3 months)<br>11 Euro - priority registered letter |

**OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.**

**IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.**

**I ACCEPT MONEYBOOKERS !!**



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question



## Sponsored Links

**Custom Panel Front by TCE**
www.cuttingedgeinc.com/

SS, Brass, Aluminum, Plastics Fast, No Min QTY, Intl & MIL Specs

**Now: Joanna Krupa**
www.sale-fire.com/Joanna+Krupa
Incredible savings on **Joanna Krupa**. Save up to 85% off on many items!

**People ® Magazine**
www.people.com/subscription
Official Site - Get 4 Free Issues Subscribe to People **Magazine** Now!

   Subscribe Now    Give as Gift

**CKM Magazine Poland**
www.ask.com/CKM+Magazine+Poland
Search for **CKM Magazine Poland** Find Quick Results now!

**Front Polish**
www.target.com/
Find **Front Polish** Today. Shop **Front Polish** at Target.com.


eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.    Apply Now

AdChoice

Back to search results                                    Return to top
More to explore :  Joanna Krupa,  Detective Magazine Covers,  Right On Magazine,  Life Magazine Covers,  Vintage Magazine Covers

About eBay   Community   Announcements   Security Center   Resolution Center   Policies   Site Map   eBay official time   Preview new features   Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

X

Add this store to favorites | Sign up for newsletter

Search Store

płyty winylowe (vinyl records) | płyty CD (CD records) | pocztówki (flexi discs) | czasopisma (journals)

CKM 5(35)/2001, rare Polish magazine for men in very good condition. JOANNA KRUPA on the front cover and additional pictures inside - 6 pages. Also in the magazine: Joanna Brodzik, Bob Philip Hanssen - 5 pages, Gromosław Czempiński, Magda Kielar - 6 pages, Ola Woźniak - 6 pages, Fiolka, Gary Oldman - 4 pages and many more. All text in Polish. Ask for details, additional pictures or so. It has 148 pages, dimension 23 x 30 cm.

I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.

http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1

THIS ITEM IS IN POLAND !!
SHIPPING COST LISTED IN THE TABLE BELOW !!

| SHIPPING AND HANDLING TO | COSTS |
|---|---|
| EUROPE | 5 Euro - registered letter<br>6 Euro - priority registered letter |
| NORTH AMERICA, AFRICA | 5 Euro - registered letter<br>7 Euro - priority registered letter |
| SOUTH AND MIDDLE AMERICA, ASIA | 5 Euro - registered letter<br>8,5 Euro - priority registered letter |
| AUSTRALIA | 5 Euro - registered letter (very long time waiting for mail, till 3 months)<br>11 Euro - priority registered letter |

OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.

IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.

I ACCEPT MONEYBOOKERS !!



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

`00002`

## Sponsored Links

**Custom Panel Front by TCE**
www.cuttingedgeinc.com/

Joanna Krupa on front cover CKM 5-01 – Polish Magazine | eBay
Case 2:13-cv-06801-MWF-E   Document 15   Filed 12/16/13   Page 104 of 142   Page ID #:158
3 8:56 AM

SS, Brass, Aluminum, Plastics Fast, No Min QTY, Intl & MIL Specs

**Now: Joanna Krupa**
www.sale-fire.com/Joanna+Krupa
Incredible savings on **Joanna Krupa**. Save up to 85% off on many items!

**People ® Magazine**
www.people.com/subscription
Official Site - Get 4 Free Issues Subscribe to People **Magazine** Now!

  Subscribe Now   Give as Gift

**CKM Magazine Poland**
www.ask.com/CKM+Magazine+Poland
Search for **CKM Magazine Poland** Find Quick Results now!

**Front Polish**
www.target.com/
Find **Front Polish** Today. Shop **Front Polish** at Target.com.



AdChoice

Back to search results                                           Return to top
More to explore :   Joanna Krupa,   Detective Magazine Covers,   Right On Magazine,   Life Magazine Covers,   Vintage Magazine Covers

About eBay   Community   Announcements   Security Center   Resolution Center   Policies   Site Map   eBay official time   Preview new features   Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi! Sign in or register | Daily Deals    My eBay    Sell    Community    Customer Support    Cart

Add this store to favorites | Sign up for newsletter

Search Store

płyty winylowe (vinyl records) | płyty CD (CD records) | pocztówki (flexi discs) | czasopisma (journals)

CKM 5(35)/2001, rare Polish magazine for men in very good condition. JOANNA KRUPA on the front cover and additional pictures inside - 6 pages. Also in the magazine: Joanna Brodzik, Bob Philip Hanssen - 5 pages, Gromosław Czempiński, Magda Kielar - 6 pages, Ola Woźniak - 6 pages, Fiolka, Gary Oldman - 4 pages and many more. All text in Polish. Ask for details, additional pictures or so. It has 148 pages, dimension 23 x 30 cm.

I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.

http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1

THIS ITEM IS IN POLAND !!
SHIPPING COST LISTED IN THE TABLE BELOW !!

| SHIPPING AND HANDLING TO | COSTS |
| --- | --- |
| EUROPE | 5 Euro - registered letter |
|  | 6 Euro - priority registered letter |
| NORTH AMERICA, AFRICA | 5 Euro - registered letter |
|  | 7 Euro - priority registered letter |
| SOUTH AND MIDDLE AMERICA, ASIA | 5 Euro - registered letter |
|  | 8,5 Euro - priority registered letter |
| AUSTRALIA | 5 Euro - registered letter (very long time waiting for mail, till 3 months) |
|  | 11 Euro - priority registered letter |

OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.
—
IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.
—
I ACCEPT MONEYBOOKERS !!
—



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002

Sponsored Links

**Custom Panel Front by TCE**
www.cuttingedgeinc.com/

Joanna Krupa on front cover CKM 5-01 Polish Magazine | eBay          12/11/13 8:56 AM

SS, Brass, Aluminum, Plastics Fast, No Min QTY, Intl & MIL Specs

**Now: Joanna Krupa**
www.sale-fire.com/Joanna+Krupa
Incredible savings on **Joanna Krupa**. Save up to 85% off on many items!

**People ® Magazine**
www.people.com/subscription
Official Site - Get 4 Free Issues Subscribe to People **Magazine** Now!

   Subscribe Now    Give as Gift

**CKM Magazine Poland**
www.ask.com/CKM+Magazine+Poland
Search for **CKM Magazine Poland** Find Quick Results now!

**Front Polish**
www.target.com/
Find **Front Polish** Today. Shop **Front Polish** at Target.com.



Back to search results                                                                                                    Return to top

More to explore :   Joanna Krupa,   Detective Magazine Covers,   Right On Magazine,   Life Magazine Covers,   Vintage Magazine Covers

About eBay      Community      Announcements      Security Center      Resolution Center      Policies      Site Map      eBay official time      Preview new features      Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 9



Click to view larger image and other views

# JOANNA KRUPA on front cover CKM 5/01 Polish magazine

Ola Woźniak, Gary Oldman, Magda Kielar, Bob P. Hanssen

Item condition: **Very Good**

Time left: 5d 16h (Dec 15, 2013 01:37:15 PST)

Starting bid: **6.99 PLN** [ 0 bids ]
Approximately **US $2.29**

Place bid

Enter 6.99 PLN or more

Price: **9.99 PLN**
Approximately **US $3.27**

Buy It Now

Add to watch list

Add to collection

100% positive
Feedback

Shipping: Will ship to United States. Read item description or contact seller for shipping options. | See details
Item location: **Wałbrzych, Poland**
Ships to: **Worldwide**

Delivery: Varies

Payments: PayPal, Other - See seller's payment instructions | See details

Returns: 14 days, kupujący | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

| Add to watch list

## Seller information

kasiaemilia1 (976 ★) me
100% Positive feedback

Follow this seller
See other items

ebay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
Up to 70% off
Gifts for everyone on your list—with a free eBay tote*
SHOP THE COLLECTIONS
*Free with purchase, while supplies last.

AdChoice

$ **Have one to sell?** Sell it yourself

**Description** | Shipping and payments | Print | Report item

eBay item number: 291033829454

Seller assumes all responsibility for this listing.

## Item specifics

Condition: Very Good: Książka była czytana i nie wygląda jak nowa, ale jest nadal w doskonałym stanie. Okładka bez ... Read more

CKM 5(35)/2001, rare Polish magazine for men in very good condition. JOANNA KRUPA on the front cover and additional pictures inside - 6 pages. Also in the magazine: Joanna Brodzik, Bob Philip Hanssen - 5 pages, Gromosław Czempiński, Magda Kielar - 6 pages, Ola Woźniak - 6 pages, Fiolka, Gary Oldman - 4 pages and many more. All text in Polish. Ask for details, additional pictures or so. It has 148 pages, dimension 23 x 30 cm.

I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.

http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1

THIS ITEM IS IN POLAND !!
SHIPPING COST LISTED IN THE TABLE BELOW !!

| SHIPPING AND HANDLING TO | COSTS |
|---|---|
| EUROPE | 5 Euro - registered letter<br>6 Euro - priority registered letter |
| NORTH AMERICA, AFRICA | 5 Euro - registered letter<br>7 Euro - priority registered letter |
| SOUTH AND MIDDLE AMERICA, ASIA | 5 Euro - registered letter<br>8,5 Euro - priority registered letter |
| AUSTRALIA | 5 Euro - registered letter (very long time waiting for mail, till 3 months)<br>11 Euro - priority registered letter |

OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.

IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.

I ACCEPT MONEYBOOKERS !!



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00003



Back to search results                                                                                    Return to top

More to explore :    Joanna Krupa,    Front Magazine,    New Yorker Magazine Covers,    Fortune Magazine Cover,    Life Magazine On The Moon

Community        About eBay        Announcements        Security Center        Resolution Center        Seller Information Center        Policies        Site Map        eBay official time

Preview new features        Contact us        eBay Talk        Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 10



Hi! Sign in or register | Daily Deals

My eBay    Sell    Community    Customer Support    Cart

ebay    Shop by category

[All Categories ⌄]    Search    Advanced

‹ Back to search results    Listed in category:    Books > Magazine Back Issues




Click to view larger image and other views

$ Have one to sell? Sell it yourself

### CKM * 5 2001 * Joanna Krupa on cover * Tommy Lee * Gary Oldman * Joanna Brodzik
Polish Magazine * Magda Kielar * Aleksandra Wozniak



| | |
|---|---|
| Item condition: | **Very Good** |
| Time left: | 12h 49m 47s (Sep 04, 2013  21:48:26 PDT) |

Add to Watch list

Price:    **25.00 PLN**    Buy It Now
Approximately US $7.70

Add to Watch list ⌄

| | |
|---|---|
| Shipping: | Will ship to United States. Read item description or contact seller for shipping options. | See details |
| | Item location: Gdynia, Poland |
| | Ships to: Worldwide |
| Delivery: | Varies |
| Payments: | PayPal, Bank Transfer | See details |
| Returns: | Returns accepted | Read more |

**Seller information**
stass22 (302 ⭐ )
100% Positive feedback

Save this seller
See other items


ebay deals
DEALS.
FOR REALS.
Free Shipping
Shop now ▸

AdChoice


eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

| Description | Shipping and payments |
|---|---|

Print | Report item

Seller assumes all responsibility for this listing.

eBay item number: 370885283479

### Item specifics

| | |
|---|---|
| Condition: | Very Good: Książka była czytana i nie wygląda jak nowa, ale jest nadal w doskonałym stanie. Okładka bez ... Read more |

# **CKM** POLISH MAGAZINE No. 5 (35) 2001

**Front cover: Joanna Krupa**

**Inside: Joanna Krupa ( 6 pages) , Magda Kielar ( 6 pages) , Aleksandra Wozniak ( 6 pages) , Gary Oldman ( 3 pages) , Tommy Lee ( 2 pages) , Joanna Brodzik
and more**

**Condition: VERY GOOD
Pages: 148
Size: 23,0 x 30,0 cm**

**Ask me for more photos**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00003

## See what other people are watching

Feedback on our suggestions



**COMPLETE SEPTEMBER 1920 ART**

$29.00 
16 bids



**Louisville Courier Journal 1968. Johnny Cash At...**

$14.99
Buy It Now

**Hit Parader September 1979 Magazine Ted...**

$19.00
Buy It Now
Free shipping





**Playboy March 2006 Jessica Alba Willa Ford...**

$12.00
Buy It Now
Free shipping



**1910 12 National Geographic Magazin...**

$299.99
Buy It Now
Free shipping



eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.   **Apply Now**

AdChoice

Back to search results                                                                                         Return to top

More to explore :   Joanna Krupa,   Gary Oldman,   Joanna Shimkus,   Thoroughbred Joanna Campbell,   Joanna Pacula

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

X



# **CKM** POLISH MAGAZINE No. 5 (35) 2001

**Front cover: Joanna Krupa**

**Inside: Joanna Krupa ( 6 pages ) , Magda Kielar ( 6 pages ) , Aleksandra Wozniak ( 6 pages ) , Gary Oldman ( 3 pages ) , Tommy Lee ( 2 pages ) , Joanna Brodzik
and more**

**Condition: VERY GOOD**
**Pages: 148**
**Size: 23,0 x 30,0 cm**

## **Ask me for more photos**

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |





eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. **Apply Now**

AdChoice

Back to search results                                                                                                                              Return to top
More to explore :   Joanna Krupa,   Gary Oldman,   Joanna Shimkus,   Thoroughbred Joanna Campbell,   Joanna Pacula

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | My eBay | Sell | Community | Customer Support | Cart

X

dvanced

Watch list

Choice

t item

83479



# CKM POLISH MAGAZINE No. 5 (35) 2001

**Front cover: Joanna Krupa**

**Inside: Joanna Krupa ( 6 pages) , Magda Kielar ( 6 pages) , Aleksandra Wozniak ( 6 pages) , Gary Oldman ( 3 pages) ,
Tommy Lee ( 2 pages) , Joanna Brodzik
and more**

**Condition: VERY GOOD**
**Pages: 148**
**Size: 23,0 x 30,0 cm**

**Ask me for more photos**

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |





GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

Back to search results                                                                 Return to top

More to explore :   Joanna Krupa,   Gary Oldman,   Joanna Shimkus,   Thoroughbred Joanna Campbell,   Joanna Pacula

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 11



Case 2:13-cv-06801-MWF-E Document 15 Filed 12/16/13 Page 121 of 142 Page ID #:175

Hi! Sign in or register | Daily Deals | Sell | Customer Support LAST MINUTE DEALS My eBay Cart

ebay Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

Click to view larger image and other views

$ **Have one to sell?** Sell it yourself

# CKM * 5 2001 * Joanna Krupa on cover * Tommy Lee * Gary Oldman * Joanna Brodzik

Polish Magazine * Magda Kielar * Aleksandra Wozniak

Item condition: **Very Good**

Time left: 9d 13h (Dec 24, 2013 11:28:07 PST)

| Add to watch list

Price: **25.00 PLN**
Approximately
US $8.22

Buy It Now

Add to watch list

Add to collection

100% positive
Feedback

Shipping: Will ship to United States. Read item description or contact seller for shipping options. | See details
Item location: **Gdynia, Poland**
Ships to: **Worldwide**

Delivery: Varies

Payments: PayPal, Bank Transfer | See details

Returns: 14 days, kupujący | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more

Get the item you ordered or get your money back.

**Seller information**
stass22 (334 ★)
100% Positive feedback

Follow this seller
See other items

ebay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
**Up to 70% off**
Gifts for everyone on your list—**with a free eBay tote***
SHOP THE COLLECTIONS

*Free with purchase, while supplies last.
AdChoice

**Description** | Shipping and payments | Print | Report item

eBay item number: 370964524900

Seller assumes all responsibility for this listing.

## Item specifics

Condition: Very Good: Książka była czytana i nie wygląda jak nowa, ale jest nadal w doskonałym stanie. Okładka bez ... Read more

# CKM POLISH MAGAZINE No. 5 (35) 2001

**Front cover: Joanna Krupa**

**Inside:** Joanna Krupa ( 6 pages ) , Magda Kielar ( 6 pages ) , Aleksandra Wozniak ( 6 pages ) , Gary Oldman ( 3 pages ) , Tommy Lee ( 2 pages ) , Joanna Brodzik
and more

**Condition: VERY GOOD**
**Pages: 148**
**Size: 23,0 x 30,0 cm**

**Ask me for more photos**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

`00004`

## Sponsored Links

**Cover 5**
www.target.com/
Find **Cover** 5 Today. Shop **Cover** 5 at Target.com.
target.com is rated ★★★★★ (74 reviews)
  Diapering    Nursery
  Baby Bath    Strollers

**Joanna Krupa Net Worth**
www.celebritynetworth.com
Gorgeous Housewives of Miami model makes Millions. What's her worth?
  Richest Rappers    Richest Actors
  Richest Athletes    Richest Celebrities

**2001 Cover Sale**
2001-cover.compare99.com/
Up To 70% Off **2001 Cover 2001 Cover**. Compare And Save

**Cover**
www.webcrawler.com/
Search multiple engines for **cover**

**iPhone 5 Real Wood Cases**
www.carved.com/
Handmade, laser engraved, high quality. US Made, Order Today!
carved.com is rated ★★★★★ (82 reviews)

**Joanna Krupa**
www.shop411.com/Joanna+Krupa
Search for **Joanna Krupa**. Compare and Save with Shop411.

**Joanna Krupa**

www.qmando.com/Food&Beverages
Compare prices. Find **Joanna Krupa** now!



AdChoice

Back to search results                                                                                    Return to top

More to explore :   Joanna Krupa,   JoAnna Carl,   Joanna M. Lund,   Thoroughbred Joanna Campbell,   Joanna Weaver

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 12



Back to search results | Listed in category:    Books > Magazine Back Issues
Książki i Komiksy>Czasopisma>Kultura i sztuka

This is a private listing. Sign in to view your status or learn more about private listings.



### CKM --- 5/2001 - Joanna Krupa , Ola Woźniak

| | |
|---|---|
| Item condition: | Good |
| Time left: | 2d 10h (Sep 06, 2013  19:04:11 PDT) |

Starting bid: **9.99 PLN**
Approximately US $3.08

[ 0 bid ]

Enter 9.99 PLN or more

**Place bid**

Price: **15.00 PLN**
Approximately US $4.62

**Buy It Now**

Add to Watch list

| | |
|---|---|
| Shipping: | Will ship to United States. Read item description or contact seller for shipping options. | See details |
| | Item location: pomorskie Polska, Poland |
| | Ships to: Worldwide |
| Delivery: | Varies |
| Payments: | PayPal, Bank Transfer | See details |
| Returns: | No returns or exchanges, but item is covered by eBay Buyer Protection. |

Add to Watch list

**Seller information**
kupiecki2 (1476) ★ ⎯
100% Positive feedback

Save this seller
See other items
Visit store: ABC-Kolekcjoner

Add to Watch list

**ebay deals**
DEALS.
FOR REALS.
Free Shipping
Shop now ▶
AdChoice



eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

| Description | Shipping and payments |
|---|---|

Print | Report item

Seller assumes all responsibility for this listing.

eBay item number:   310729966575

### Item specifics

| Condition: | Good: Książka, która była czytana, ale nadal jest w dobrym stanie. Na okładce widoczne są nieznaczne ślady ... Read more |
|---|---|

ABC-Kolekcjoner

Visit my eBay store

Store Categories



- **Store home**
- **Czasopisma - magazine**
- **Documents**
- **Etykiety , kapsle,podstawki**
- **Guziki**
- **karty telefoniczne,phone cards**
- **Medale,ordery,odznaczenia**
- **monety , banknoty**
- **Pocztówki**
- **Różne**
- **ZNACZKI/STAMPS/BRIEFMARKEN**



Joanna Krupa , Ola Woźniak

Increase traffic to your listings with Auctiva's FREE Scrolling Gallery.

Dodatkowe zdjęcia i fotki na e-mail.

Click to see my other items ranked by popularity!

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

00003

See what other people are watching

Feedback on our suggestions











Collectible! Rolling Stone Magazine, The Band,...

**$37.55**
21 bids

Collectible! Rolling Stone Magazine, Mick Jagge...

**$7.00**
5 bids

AMERICAN ARTIST DRAWING MAGAZINE...

**$16.95** 
Buy It Now
Free shipping

BABY, THE STARS SHINE BRIGHT

**$35.00**
Buy It Now
Free shipping

COUNTRY FRENCH MAGAZINE...

**$25.00** 
Buy It Now

| Sponsored Links |
| --- |

**Now: Joanna Krupa**
www.sale-fire.com/Joanna+Krupa
Incredible savings on **Joanna Krupa**. Save up to 85% off on many items!

**Huge Sale on Minna Ola**
www.goodvibes.com/MinnaOla
Save 20% with Coupon GV204U Trusted Retailer for 36 Years!

**Ola Wozniak**
wozniak.publicrecords.com/
Public Records Found For: **Ola Wozniak**. View Now.

**Joanna Krupa Net Worth**
www.celebritynetwork.com
Gorgeous Housewives of Miami model makes Millions. What's her worth?

Richest Rappers     Richest Actors
Richest Athletes     Richest Celebrities

**HTML5 Interactivity**
www.mrccsolutions.com/
Add interactivities to your mobile site, book, or course with HTML5!



GET $30 BACK   Apply Now
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                      Return to top
More to explore :   Joanna Krupa

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register    |    Daily Deals                                                                                My eBay    Sell    Community    Customer Support    Cart







Joanna Krupa , Ola Woźniak

Increase traffic to your listings with Auctiva's FREE Scrolling Gallery.

Dodatkowe zdjęcia i fotki na e-mail.

Click to see my other items ranked by popularity!

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

`00003`

See what other people are watching

Feedback on our suggestions



Collectible! Rolling Stone Magazine, The Band,...

**$37.55**
21 bids



Collectible! Rolling Stone Magazine, Mick Jagge...

**$7.00**
5 bids



AMERICAN ARTIST DRAWING MAGAZINE...

**$16.95** 
Buy It Now
Free shipping



BABY, THE STARS SHINE BRIGHT

**$35.00**
Buy It Now
Free shipping



COUNTRY FRENCH MAGAZINE...

**$25.00** 
Buy It Now

Sponsored Links

**Now: Joanna Krupa**
www.sale-fire.com/Joanna+Krupa
Incredible savings on **Joanna Krupa**. Save up to 85% off on many items!

**Huge Sale on Minna Ola**
www.goodvibes.com/MinnaOla
Save 20% with Coupon GV204U Trusted Retailer for 36 Years!

**Ola Wozniak**
wozniak.publicrecords.com/
Public Records Found For: **Ola Wozniak**. View Now.

**Joanna Krupa Net Worth**
www.celebritynetwork.com
Gorgeous Housewives of Miami model makes Millions. What's her worth?

Richest Rappers          Richest Actors
Richest Athletes         Richest Celebrities

**HTML5 Interactivity**
www.mrccsolutions.com/
Add interactivities to your mobile site, book, or course with HTML5!



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                    Return to top

More to explore :  Joanna Krupa

About eBay   Community   Announcements   Security Center   Resolution Center   Policies   Site Map   eBay official time   Preview new features   Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 13



Hi! Sign in or register | Daily Deals

My eBay    Sell    Community    Customer Support    Cart

**ebay**    Shop by category    All Categories    Search    Advanced

Back to search results | Listed in category:    Books > Magazine Back Issues
Książki i Komiksy>Czasopisma>Kultura i sztuka

ℹ This is a private listing. Sign in to view your status or learn more about private listings.



Click to view larger image

$ **Have one to sell?** Sell it yourself

### CKM --- 5/2001 - Joanna Krupa , Ola Woźniak



| | |
|---|---|
| Item condition: | Good |
| Time left: | 12d 10h (Sep 20, 2013  23:38:05 PDT) |

✉ f t P | Add to watch list

Starting bid:  **9.99 PLN**  [ 0 bid ]
Approximately US $3.08

[ ] Place bid
Enter 9.99 PLN or more

Price:  **15.00 PLN**  Buy It Now
Approximately US $4.62

Add to watch list ▼

Shipping:  Will ship to United States. Read item description or contact seller for shipping options. | See details
Item location: pomorskie Polska, Poland
Ships to: Worldwide

Delivery:  Varies

Payments:  PayPal, Bank Transfer | See details

Returns:  No returns or exchanges, but item is covered by eBay Buyer Protection.

**Seller information**
kupiecki2 (1479) ⭐ 🔴
100% Positive feedback

Save this seller
See other items
Visit store: 🏪 ABC-Kolekcjoner

**ebay deals**
**DEALS.**
**FOR REALS.**
Free Shipping
Shop now ▶

AdChoice ℹ

🛡 **eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

| Description | Shipping and payments | | Print | Report item |
|---|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 310739897595

### Item specifics

Condition:    Good: Książka, która była czytana, ale nadal jest w dobrym stanie.
Na okładce widoczne są nieznaczne ślady ... Read more

ABC-Kolekcjoner                                    Visit my eBay store 🏪



Store Categories





Joanna Krupa , Ola Woźniak

Increase traffic to your listings with Auctiva's FREE Scrolling Gallery.

Dodatkowe zdjęcia i fotki na e-mail.

Click to see my other items ranked by popularity!

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

`00001`

## Sponsored Links

**Huge Sale on Minna Ola**
www.goodvibes.com/MinnaOla
Save 20% with Coupon GV204U Trusted Retailer for 36 Years!

**Now: Joanna Krupa**
www.sale-fire.com/Joanna+Krupa
Incredible savings on **Joanna Krupa**. Save up to 85% off on many items!

**Ola Wozniak**
wozniak.publicrecords.com/
Public Records Found For: **Ola Wozniak**. View Now.

**Joanna Krupa Net Worth**
www.celebritynetworth.com
Gorgeous Housewives of Miami model makes Millions. What's her worth?

Richest Rappers    Richest Actors

Richest Athletes    Richest Celebrities



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                                 Return to top
More to explore :   Joanna Krupa

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 14

Hi! **Sign in** or **register**    |   **Daily Deals**

My eBay    Sell    Community    Customer Support    Cart

ebay    Shop by category

All Categories    Search    Advanced

◄ **Back to search results**   |   Listed in category:   Książki i Komiksy>Czasopisma>Kultura i sztuka

**This listing has ended.**



Click to view larger image

**$** Have one to sell?  **Sell it yourself**

### CKM 5/2001 front Joanna Krupa,in:Magda Kielar,Gary Oldman,Rammstein,Ola Wozniak
Polish Mag. for Men

| | |
|---|---|
| Item condition: | **Good** |
| Ended: | Aug 28, 2013  12:24:58 PDT |
| Sold for: | **25.00 PLN**<br>Approximately<br>US $7.70 |

Add to list ▾

| | |
|---|---|
| Shipping: | Will ship to United States. Read item description or **contact seller** for shipping options. | **See details** |
| | Item location:  Bialystok, Poland |
| | Ships to:  Americas, Europe, Asia, Australia |
| Delivery: | Varies |
| Payments: | **PayPal**, Bank Transfer  | **See details** |
| Returns: | Returns accepted  | **Read details** |

**Seller information**
**archivest** (1408 ⭐ )
100% Positive feedback

**Save this seller**
**See other items**

🛡 **eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

**Description**   |   Shipping and payments

**Print**   |   **Report item**

Seller assumes all responsibility for this listing.

eBay item number:  310732455430

### Item specifics

| | |
|---|---|
| Condition: | Good: Książka, która była czytana, ale nadal jest w dobrym stanie. Na okładce widoczne są nieznaczne ślady ... **Read more** |

Descriptions:  23 x  30 cm

Pages:  146

Photos: High Quality

Condition:  Good

Weight approx with cardboard package : 480 g

Inside articles with photographs

Joanna Krupa ( 6 pages),Magda Kielar ( 6 pages),Ola Wozniak ( 6 pages),

Gary Oldman ( 3 pages),Rammstein ( 1/2 page)

!!! Please  ask for  samples scans !!!

<table>
<tr><td>Questions and answers about this item</td></tr>
<tr><td>No questions or answers have been posted about this item.</td></tr>
<tr><td>Ask a question</td></tr>
</table>





eBay GET $30 BACK as a statement credit  when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

Back to search results                                                                                    Return to top
More to explore :   Joanna Krupa,   Voyages in English 5,   Murder in The Front Row

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals

My eBay    Sell    Community    Customer Support    Cart



Descriptions:  23 x  30 cm

Pages:  146

Photos: High Quality

Condition:  Good

Weight approx with cardboard package : 480 g

Inside articles with photographs

Joanna Krupa ( 6 pages),Magda Kielar ( 6 pages),Ola Wozniak ( 6 pages),

Gary Oldman ( 3 pages),Rammstein ( 1/2 page)

!!! Please  ask for  samples scans !!!

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00004



GET $30 BACK
as a statement credit  when you open an eBay MasterCard® and make a purchase
with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

Back to search results                                                                                           Return to top
More to explore :   Joanna Krupa,   Voyages in English 5,   Murder in The Front Row

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 15