

Hi! Sign in or register | Daily Deals | Sell | Customer Support THANKSGIVING DEAL FRENZY My eBay Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# JOANNA KRUPA front cover CKM (FHM) polish nudes magazine MAY 2001

| | |
|---|---|
| Item condition: | **Very Good** |
| Time left: | 5d 20h (Dec 04, 2013 08:49:01 PST) |

| Add to watch list

Price: **US $44.00**

Buy It Now

Add to cart

Add to watch list

Add to collection

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

| | |
|---|---|
| Shipping: | **$5.00** Standard Shipping from outside US \| See details<br>See details about international shipping here.<br>Item location: **WOODS, Poland**<br>Ships to: **Worldwide** |
| Delivery: | Estimated between **Fri. Dec. 6 and Wed. Dec. 18** |
| Payments: | PayPal, Bill Me Later \| See details |
| Returns: | 14 days money back, buyer pays return shipping \| Read details |
| Guarantee: | ebay MONEY BACK GUARANTEE \| Learn more<br>Get the item you ordered or get your money back. |

**Seller information**
**menofwood** (827 ★)
98.9% Positive feedback

Follow this seller
See other items

GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now

AdChoice

## People who viewed this item also viewed

Feedback on our suggestions

Playboy July 2005 - Joanna Krupa - Mint...
$1.99

Playboy Magazine July 2005 Joanna Krupa,...
$0.99

JOANNA KRUPA front cover CKM (FHM)...
$11.00

JOANNA KRUPA front cover CKM (FHM)...
$11.00

**Description** | **Shipping and payments** | Print | Report item

eBay item number: 400615627314

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Very Good: A book that does not look new and has been read but is in excellent condition. No obvious damage to ... Read more | Subject: | Men's Interest |
| Month: | May | Publication Name: | CKM |
| Language: | Polish | Issue Type: | Monthly |
| Year Published: | 2001 | | |

For sale:

**Polish Magazine - CKM  5/2001** - <span style="color:green">Very rare and hard to find</span>

Size - 23,5cm x 30cm
Condition  - VG+

JOANNA KRUPA  on front cover

INSIDE- lot of Joanna Krupa pictures

Shipping:
 Europe - 7$,  North America & Africa 8$ ,  South America&Asia 10$,  Australia&Oceania 13$

<span style="color:red">US and Canada buyers,please note - Shipping cost to US is 8$, please wait for my invoice after auction end.</span>

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00006

## Sponsored Links



FHM Biggest Bar-Ro
om Jokes eBook
~~$8.84~~ **$7.29**
Free Shipping
<span style="color:green">Kobo eBooks</span>



Gene Krupa: His Life
and Times eBook
~~$13.99~~ **$9.39**
Free Shipping
<span style="color:green">Kobo eBooks</span>



The Cloning of Joann
a May eBook
~~$11.99~~ **$8.69**
Free Shipping
<span style="color:green">Kobo eBooks</span>

Jazz Legend: Gene K
rupa DVD
**$39.95**

<span style="color:green">Music Books Plus</span>



Gene Krupa: The Pict
orial Life of a...
**$26.95**

<span style="color:green">Music Books Plus</span>



**ebay**  GET **$30** BACK
as a statement credit  when you open an eBay MasterCard® and make a purchase
with your new card now through December 31, 2013. Valid for new accounts only.

**Apply Now**

AdChoice ▷

Back to search results                                                    Return to top
Related buying guides : LIFE Magazine Promotional Posters from the late 60's
More to explore : Joanna Krupa,   FHM Magazine,   Halloween Cover Magazine,   May 1972 Magazine,   Detective Magazine Covers

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support

THANKSGIVING
DEAL FRENZY

My eBay        Cart



back.

People who viewed this item also viewed

| Playboy July 2005 - Joanna Krupa - Mint... | Playboy Magazine July 2005 Joanna Krupa,... | JOANNA KRUPA front cover CKM (FHM)... | JOANNA KRUPA front cover CKM (FHM)... |
| --- | --- | --- | --- |
| $1.99 | $0.99 | $11.00 | $11.00 |

Feedback on our suggestions

| **Description** | Shipping and payments | | Print | Report item |

Seller assumes all responsibility for this listing.

eBay item number: 400615627314

### Item specifics

| Condition: | Very Good: A book that does not look new and has been read but is in excellent condition. No obvious damage to ... Read more | Subject: | Men's Interest |
| --- | --- | --- | --- |
| Month: | May | Publication Name: | CKM |
| Language: | Polish | Issue Type: | Monthly |
| Year Published: | 2001 | | |

For sale:

**Polish Magazine - CKM 5/2001** - Very rare and hard to find

Size - 23,5cm x 30cm
Condition - VG+

JOANNA KRUPA on front cover

INSIDE- lot of Joanna Krupa pictures

Shipping:
Europe - 7$, North America & Africa 8$ , South America&Asia 10$, Australia&Oceania 13$

US and Canada buyers,please note - Shipping cost to US is 8$, please wait for my invoice after auction end.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

00006

Sponsored Links



FHM Biggest Bar-Ro om Jokes eBook
$8.84 **$7.29**
Free Shipping
Kobo eBooks



Gene Krupa: His Life and Times eBook
$13.99 **$9.39**
Free Shipping
Kobo eBooks



The Cloning of Joann a May eBook
$11.99 **$8.69**
Free Shipping
Kobo eBooks



Jazz Legend: Gene K rupa DVD
**$39.95**

Music Books Plus



Gene Krupa: The Pict orial Life of a...
**$26.95**

Music Books Plus



GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. Apply Now
AdChoice

Back to search results                                                                 Return to top

Related buying guides : LIFE Magazine Promotional Posters from the late 60's
More to explore : Joanna Krupa, FHM Magazine, Halloween Cover Magazine, May 1972 Magazine, Detective Magazine Covers

Community   About eBay   Announcements   Security Center   Resolution Center   Seller Information Center   Policies   Site Map   eBay official time

Joanna Krupa on Cover of WWE Magazine on eBay.com — eBay
Case 2:13-cv-06801-MWF-E Document 15-1 Filed 12/16/13 Page 6 of 159 Page ID #:202
1/7/2013, 12:14 PM

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



back.

## People who viewed this item also viewed

Feedback on our suggestions

Playboy July 2005 - Joanna Krupa - Mint...
**$1.99**

Playboy Magazine July 2005 Joanna Krupa,...
**$0.99**

JOANNA KRUPA front cover CKM (FHM)...
**$11.00**

JOANNA KRUPA front cover CKM (FHM)...
**$11.00**

**Description** | **Shipping and payments** Print | Report item

eBay item number: 400615627314

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Very Good: A book that does not look new and has been read but is in excellent condition. No obvious damage to ... Read more | Subject: | Men's Interest |
| Month: | May | Publication Name: | CKM |
| Language: | Polish | Issue Type: | Monthly |
| Year Published: | 2001 | | |

For sale:

**Polish Magazine - CKM  5/2001** - Very rare and hard to find

Size - 23,5cm x 30cm
Condition  - VG+

JOANNA KRUPA  on front cover

INSIDE- lot of Joanna Krupa pictures

Shipping:
 Europe - 7$,  North America & Africa 8$ ,  South America&Asia 10$,  Australia&Oceania 13$

**US and Canada buyers,please note - Shipping cost to US is 8$, please wait for my invoice after auction end.**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00006

## Sponsored Links



FHM Biggest Bar-Ro
om Jokes eBook
$8.84 **$7.29**
Free Shipping
Kobo eBooks



Gene Krupa: His Life
and Times eBook
$13.99 **$9.39**
Free Shipping
Kobo eBooks



The Cloning of Joann
a May eBook
$11.99 **$8.69**
Free Shipping
Kobo eBooks



Jazz Legend: Gene K
rupa DVD
**$39.95**

Music Books Plus



Gene Krupa: The Pict
orial Life of a...
**$26.95**

Music Books Plus



AdChoice

Back to search results

Return to top

Related buying guides :  LIFE Magazine Promotional Posters from the late 60's
More to explore :  Joanna Krupa,    FHM Magazine,    Halloween Cover Magazine,    May 1972 Magazine,    Detective Magazine Covers

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

http://www.ebay.com/itm/JOANNA-KRUPA-front-cover-CKM-FHM-polis...gazine-MAY-2001-/400615627314?pt=Magazines&hash=item5d468d5a32          Page 2 of 3

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi! Sign in or register | Daily Deals | Sell | Customer Support THANKSGIVING DEAL FRENZY My eBay Cart

back.

## People who viewed this item also viewed

Feedback on our suggestions

Playboy July 2005 - Joanna Krupa - Mint...
$1.99

Playboy Magazine July 2005 Joanna Krupa,...
$0.99

JOANNA KRUPA front cover CKM (FHM)...
$11.00

JOANNA KRUPA front cover CKM (FHM)...
$11.00

**Description** | **Shipping and payments** | Print | Report item

eBay item number: 400615627314

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Very Good: A book that does not look new and has been read but is in excellent condition. No obvious damage to ... Read more | Subject: | Men's Interest |
| Month: | May | Publication Name: | CKM |
| Language: | Polish | Issue Type: | Monthly |
| Year Published: | 2001 | | |

For sale:

**Polish Magazine - CKM  5/2001** - Very rare and hard to find

Size - 23,5cm x 30cm
Condition  - VG+

JOANNA KRUPA  on front cover

INSIDE- lot of Joanna Krupa pictures

Shipping:
 Europe - 7$,  North America & Africa 8$ ,  South America&Asia 10$,  Australia&Oceania 13$

**US and Canada buyers,please note - Shipping cost to US is 8$, please wait for my invoice after auction end.**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

`00006`

Sponsored Links



FHM Biggest Bar-Room Jokes eBook
~~$8.84~~ **$7.29**
Free Shipping
Kobo eBooks



Gene Krupa: His Life and Times eBook
~~$13.00~~ **$9.39**
Free Shipping
Kobo eBooks



The Cloning of Joanna May eBook
~~$11.00~~ **$8.69**
Free Shipping
Kobo eBooks



Jazz Legend: Gene Krupa DVD
**$39.95**

Music Books Plus



Gene Krupa: The Pictorial Life of a...
**$26.95**

Music Books Plus



GET $30 BACK
as a statement credit  when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

Back to search results                                                                                  Return to top
Related buying guides :  LIFE Magazine Promotional Posters from the late 60's
More to explore :  Joanna Krupa,   FHM Magazine,   Halloween Cover Magazine,   May 1972 Magazine,   Detective Magazine Covers

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support | THANKSGIVING DEAL FRENZY | My eBay | Cart



back.

## People who viewed this item also viewed

Feedback on our suggestions

Playboy July 2005 - Joanna Krupa - Mint... **$1.99**

Playboy Magazine July 2005 Joanna Krupa,... **$0.99**

JOANNA KRUPA front cover CKM (FHM)... **$11.00**

JOANNA KRUPA front cover CKM (FHM)... **$11.00**

| Description | Shipping and payments | | Print | Report item |

Seller assumes all responsibility for this listing.

eBay item number: 400615627314

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Very Good: A book that does not look new and has been read but is in excellent condition. No obvious damage to ... Read more | Subject: | Men's Interest |
| Month: | May | Publication Name: | CKM |
| Language: | Polish | Issue Type: | Monthly |
| Year Published: | 2001 | | |

For sale:

**Polish Magazine - CKM  5/2001** - Very rare and hard to find


Size - 23,5cm x 30cm
Condition  - VG+

JOANNA KRUPA  on front cover

INSIDE- lot of Joanna Krupa pictures

Shipping:
 Europe - 7$,  North America & Africa 8$ ,  South America&Asia 10$,  Australia&Oceania 13$

US and Canada buyers,please note - Shipping cost to US is 8$, please wait for my invoice after auction end.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

`00006`

Sponsored Links



FHM Biggest Bar-Ro om Jokes eBook
~~$8.84~~ **$7.29**
Free Shipping
Kobo eBooks

Gene Krupa: His Life and Times eBook
~~$13.99~~ **$9.39**
Free Shipping
Kobo eBooks



The Cloning of Joann a May eBook
~~$11.99~~ **$8.69**
Free Shipping
Kobo eBooks



Jazz Legend: Gene K rupa DVD
**$39.95**

Music Books Plus

Gene Krupa: The Pict orial Life of a...
**$26.95**

Music Books Plus



Back to search results                                                                                                    Return to top
Related buying guides :  LIFE Magazine Promotional Posters from the late 60's
More to explore :  Joanna Krupa,   FHM Magazine,   Halloween Cover Magazine,   May 1972 Magazine,   Detective Magazine Covers

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support THANKSGIVING DEAL FRENZY My eBay Cart

back.

People who viewed this item also viewed

Feedback on our suggestions

Playboy July 2005 - Joanna Krupa - Mint...
$1.99

Playboy Magazine July 2005 Joanna Krupa,...
$0.99

JOANNA KRUPA front cover CKM (FHM)...
$11.00

JOANNA KRUPA front cover CKM (FHM)...
$11.00

**Description** | **Shipping and payments**

Print | Report item

eBay item number: 400615627314

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Very Good: A book that does not look new and has been read but is in excellent condition. No obvious damage to ... Read more | Subject: | Men's Interest |
| Month: | May | Publication Name: | CKM |
| Language: | Polish | Issue Type: | Monthly |
| Year Published: | 2001 | | |



For sale:

**Polish Magazine - CKM  5/2001** - Very rare and hard to find

Size - 23,5cm x 30cm
Condition  - VG+

JOANNA KRUPA  on front cover

INSIDE- lot of Joanna Krupa pictures

Shipping:
 Europe - 7$,  North America & Africa 8$ ,  South America&Asia 10$,  Australia&Oceania 13$

## US and Canada buyers,please note - Shipping cost to US is 8$, please wait for my invoice after auction end.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00006

Sponsored Links











FHM Biggest Bar-Ro
om Jokes eBook
$8.84 **$7.29**
Free Shipping
Kobo eBooks

Gene Krupa: His Life
and Times eBook
$13.09 **$9.39**
Free Shipping
Kobo eBooks

The Cloning of Joann
a May eBook
$11.99 **$8.69**
Free Shipping
Kobo eBooks

Jazz Legend: Gene K
rupa DVD
**$39.95**

Music Books Plus

Gene Krupa: The Pict
orial Life of a...
**$26.95**

Music Books Plus



ebay GET $30 BACK  as a statement credit  when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.  Apply Now

AdChoice

Back to search results                                                                                              Return to top
Related buying guides :  LIFE Magazine Promotional Posters from the late 60's
More to explore :  Joanna Krupa,   FHM Magazine,   Halloween Cover Magazine,   May 1972 Magazine,   Detective Magazine Covers

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 16



Hi! Sign in or register | Daily Deals | Sell | Customer Support FREE IN-STORE PICKUP My eBay Cart

Shop by category | All Categories | Search | Advanced

Back to home page | Listed in category: Books > Magazine Back Issues

Mouse over image to zoom

$ Have one to sell? Sell it yourself

# JOANNA KRUPA front cover CKM (FHM) polish nudes magazine MAY 2001

Item condition: **Very Good**

Time left: 29d 01h (Jan 13, 2014 10:06:22 PST)

| Add to watch list

Price: **US $44.00**

Buy It Now

Add to cart

Add to watch list

Add to collection

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$5.00** Standard Shipping from outside US | See details
See details about international shipping here.
Item location: **WOODS, Poland**
Ships to: **Worldwide**

Delivery: Estimated between **Mon. Dec. 23 and Mon. Jan. 6**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

## Seller information

**menofwood** (835 ★)
98.9% Positive feedback

Follow this seller
See other items

ebay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
Up to 70% off
Gifts for everyone on your list—with a free eBay tote*
SHOP THE COLLECTIONS
*Free with purchase, while supplies last.

AdChoice

## People who viewed this item also viewed

Feedback on our suggestions

December 2009 Playboy Joanna Krupa
**$0.99**

JOANNA KRUPA front cover CKM (FHM)...
**$9.00**

Joanna Krupa - Stuff Feb 2006
**$0.99**

JOANNA KRUPA front cover CKM (FHM)...
**$9.00**

**Description** | Shipping and payments | Print | Report item

eBay item number: 400626202206

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Very Good: A book that does not look new and has been read but is in excellent condition. No obvious damage to ... Read more | Subject: | Men's Interest |
| Month: | May | Publication Name: | CKM |
| Language: | Polish | Issue Type: | Monthly |
| Year Published: | 2001 | | |

For sale:

**Polish Magazine - CKM  5/2001** - Very rare and hard to find

Size - 23,5cm x 30cm
Condition  - VG+

JOANNA KRUPA  on front cover

INSIDE- lot of Joanna Krupa pictures

Shipping:
 Europe - 7$,  North America & Africa 8$ ,  South America&Asia 10$,  Australia&Oceania 13$

US and Canada buyers,please note - Shipping cost to US is 8$, please wait for my invoice after auction end.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00004

## Sponsored Links



FHM Biggest Bar-Ro
om Jokes eBook
~~$8.84~~ **$7.29**
Free Shipping
Kobo eBooks

Gene Krupa: His Life
and Times eBook
~~$13.99~~ **$9.39**
Free Shipping
Kobo eBooks



The Cloning of Joann
a May eBook
~~$9.99~~ **$7.69**
Free Shipping
Kobo eBooks



Jazz Legend: Gene K
rupa DVD
**$39.95**

Music Books Plus



Gene Krupa: The Pict
orial Life of a...
**$26.95**

Music Books Plus



AdChoice

Back to home page                                                                     Return to top
Related buying guides :  LIFE Magazine Promotional Posters from the late 60's
More to explore :  Joanna Krupa,   FHM Magazine,   May 1972 Magazine,   Front Page Detective Magazines,   Life Magazine Covers

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 17



Shop by category

All Categories

Search | Advanced

My eBay | Cart

Back to search results | Listed in category: Books > Magazine Back Issues

This is a private listing. Sign in to view your status or learn more about private listings.

## (FHM) CKM 5/2001 JOANNA KRUPA, Gary Oldman, Magda Kielar, Ola Woźniak.
Polish Magazine

| Item condition: | Good |
| Time left: | 13d 01h (Dec 22, 2013 10:37:49 PST) |

Add to watch list

**Price:** 39.99 PLN
Approximately US $13.09

**Buy It Now**

Add to watch list
Add to collection

| Shipping: | 24.00 PLN (approx. US $7.86) Przesyłka zagraniczna - zwykła See details |
| | See details about international shipping here. |
| | Item location: Czestochowa, Poland |
| | Ships to: Americas, Europe, Asia, Australia |
| Delivery: | Varies for items shipped from an international location |
| | Seller ships within 3 days after receiving cleared payment. |
| Payments: | PayPal | See details |
| Returns: | 14 days, kupujący | Read details |
| Guarantee: | eBay MONEY BACK GUARANTEE | Learn more |
| | Get the item you ordered or get your money back. |

### Seller information
luki_kulka (467 ★)
99.7% Positive feedback

Follow this seller

See other items

eBay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
Up to 70% off
Gifts for everyone on your list—with a free eBay tote!
SHOP THE COLLECTIONS
*Free with purchase, while supplies last.
AdChoice

Have one to sell? Sell it yourself

---

| Description | Shipping and payments | Print | Report item |

Seller assumes all responsibility for this listing.

eBay item number: 350949411898

### Item specifics
Condition: Good: Książka, która była czytana, ale nadal jest w dobrym stanie. Na okładce widoczne są nieznaczne ślady ... Read more

Polish Magazine CKM number 5/2001

JOANNA KRUPA on front cover

total 148 pages, dim. 23 x 30 cm

inside: Joanna Brodzik (1 page), Joanna Krupa (6 pages), Magda Kielar (6 pages), Ola Woźniak (6 pages), Fiolka (1 page), Gary Oldman (4 pages).

Shipping Cost: Europe - 24 PLN
US & Africa - 24 PLN
South America & Asia -24 PLN
Australia - 24 PLN



### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                              Return to top

More to explore :   Joanna Krupa

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support | LAST MINUTE DEALS | My eBay | Cart



inside: Joanna Brodzik (1 page), Joanna Krupa (6 pages), Magda Kielar (6 pages), Ola Woźniak (6 pages), Fiolka (1 page), Gary Oldman (4 pages).

Shipping Cost: Europe - 24 PLN
US & Africa - 24 PLN
South America & Asia -24 PLN
Australia - 24 PLN

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question



00002

GET $30 BACK

as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                          Return to top

More to explore :   Joanna Krupa

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 18

Case 3:13-cv-06801-MWF-E   Document 15-1   Filed 12/16/13   Page 29 of 159   Page ID #:225



CKM 7 2002 Lisa Boyle on cover Natalia Sokolova Nina Holly Valance | eBay
Case 2:13-cv-06801-MWF-E Document 15-1 Filed 12/16/13 Page 30 of 159 Page ID #:226
12/16/13 5:12 PM

# CKM POLISH MAGAZINE No. 7 (49) 2002

**Front cover: Lisa Boyle**

**Inside:** Lisa Boyle ( 6 pages) , Natalia Sokolova ( 6 pages) , Beata Kuroczycka ( 6 pages) , Nina Kaczorowski , Acid Drinkers ( 2 pages) , Holly Valance and more

**Condition: VERY GOOD**
**Pages: 124**
**Size: 23,0 x 30,0 cm**

**Ask me for more photos**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00003


ebay GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

Back to search results                                                                                      Return to top

More to explore :   Holly Valance,   7 Valances,   2002 Toyota Camry Wheel Cover,   2002 Ford Thunderbird Car Cover,   2002 Ford Explorer Front Bumper Cover

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

X

dvanced

/atch list

Choice

t item

74348



### CKM POLISH MAGAZINE No. 7 (49) 2002

**Front cover: Lisa Boyle**

**Inside:** Lisa Boyle ( 6 pages ) , Natalia Sokolova ( 6 pages ) , Beata Kuroczycka ( 6 pages ) , Nina Kaczorowski , Acid Drinkers ( 2 pages ) , Holly Valance
and more

**Condition: VERY GOOD**
**Pages: 124**
**Size: 23,0 x 30,0 cm**

**Ask me for more photos**

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

`00001`

Sponsored Links

**We Found Lisa Boyle**
www.beenverified.com/
1) **Lisa Boyle's** Phone 2) Address 3) Age & More. Search Free!

**Lisa 7**
www.sales-xmas.com/Lisa+7
Incredible savings on **Lisa** 7. Compare prices and save your money!

**Carlton sings Frank Ocean**
www.youtube.com/
Best Frank Ocean **cover** you've never heard.

**Now: Lisa 7**
www.sale-fire.com/Lisa+7
Incredible savings on **Lisa** 7. Save up to 85% off on many items!

**Boyle**
www.yahoo.com/
Great deals on everything **Boyle** themed.



Back to search results                                                                    Return to top
More to explore :   Holly Valance,   On Cover

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 19



Hi! Sign in or register | Daily Deals | Sell | Customer Support LAST MINUTE **DEALS** My eBay Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

Click to view larger image and other views

**Have one to sell?** Sell it yourself

# CKM * 7 2002 * Lisa Boyle on cover * Natalia Sokolova * Holly Valance

Polish Magazine * Acid Drinkers * Nina Kaczorowski

| Add to watch list

Item condition: **Very Good**

Time left: 9d 15h (Dec 21, 2013 12:32:51 PST)

Price: **30.00 PLN** Approximately **US $9.88**

**Buy It Now**

Add to watch list

Add to collection

100% positive Feedback

Shipping: Will ship to United States. Read item description or contact seller for shipping options. | See details
Item location: **Gdynia, Poland**
Ships to: **Worldwide**

Delivery: Varies

Payments: PayPal, Bank Transfer | See details

Returns: 14 days, kupujący | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

**Seller information**
**stass22** (332 ★)
100% Positive feedback

Follow this seller
See other items

ebay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
**Up to 70% off**
Gifts for everyone on your list—**with a free eBay tote***
SHOP THE COLLECTIONS

*Free with purchase, while supplies last.
AdChoice

**Description** | **Shipping and payments** Print | Report item

eBay item number: 370962368634

Seller assumes all responsibility for this listing.

## Item specifics

Condition: Very Good: Książka była czytana i nie wygląda jak nowa, ale jest nadal w doskonałym stanie. Okładka bez ... Read more

# CKM POLISH MAGAZINE No. 7 (49) 2002

**Front cover: Lisa Boyle**

**Inside:** **Lisa Boyle ( 6 pages) , Natalia Sokolova ( 6 pages) , Beata Kuroczycka ( 6 pages) , Nina Kaczorowski ,
Acid Drinkers ( 2 pages) , Holly Valance
and more**

**Condition: VERY GOOD**
**Pages: 124**
**Size: 23,0 x 30,0 cm**

**Ask me for more photos**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00002



ebay GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time
Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 20

Hi! Sign in or register | Daily Deals

My eBay Sell Community Customer Support Cart

ebay Shop by category All Categories Search Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

This is a private listing. Sign in to view your status or learn more about private listings.

Click to view larger image and other views

Have one to sell? Sell it yourself

# CKM 7/2002 in. Lisa Boyle, Holly Valance, Natalia Sokolova, Nina Kaczorowski.

Polish Magazine

Item condition: **Good**

Time left: 9d 19h (Sep 23, 2013 09:10:42 PDT)

Price: 69.99 PLN Approximately US $22.07 Buy It Now

Add to watch list

Shipping: **24.00 PLN** (approx. US $7.57) Przesyłka zagraniczna - zwykła | See details
See details about international shipping here.
Item location: Zawiercie, Poland
Ships to: Americas, Europe, Asia, Australia

Delivery: Varies for items shipped from an international location
Seller ships within 3 days after receiving cleared payment.

Payments: PayPal | See details

Returns: Returns accepted | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

| Add to watch list

Seller information
luki_kulka (393 )
99.6% Positive feedback

Save this seller
See other items

ebay deals
DEALS. FOR REALS.
Free Shipping
Shop now ▸
AdChoice

Description | Shipping and payments | Print | Report item

eBay item number: 350874891067

Seller assumes all responsibility for this listing.

## Item specifics

Condition: Good: Książka, która była czytana, ale nadal jest w dobrym stanie. Na okładce widoczne są nieznaczne ślady ... Read more

Polish Magazine CKM number 7/2002

LISA BOYLE on front cover

total 124 pages, dim. 23 x 30 cm

inside: Nina Kaczorowski (1 page), Lisa Boyle (6 pages), Beata Kuroczycka (6 pages), Natalia Sokolova (6 pages), Holly Valance (1 page).

Shipping Cost: Europe - 24 PLN
US & Africa - 24 PLN
South America & Asia -24 PLN
Australia - 24 PLN



CKM 7 2002 in Lisa Boyle Holly Valance Nora Customowki... eBay
Case 2:12-cv-06801-MWF-E  Document 15-1  Filed 12/16/13  Page 39 of 159  Page ID #:235
7/23/13 1:53 PM

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00001

### Sponsored Links

**Custom Window Valances**

www.3dayblinds.com/

Save 20% on a wide selection of Valances! Free In-Home Consultation

  Blinds                    Shades

  Curtains and Drapes       Shutters

**We Found:Lisa Boyle**

www.peoplesmart.com/

1) Get **Lisa Boyle's** Info - Try Free! 2) Current Phone, Address & More

  Background Checks        Criminal Records

  Search by Phone          Public Records

**Window Valances**

www.bedbathandbeyond.com/

Shop a Variety of Window Valances. Buy It Today at Bed Bath & Beyond!

**Brilliant Drapery Design**

www.brilliantdraperydesign.com/

Brilliant Drapery Design is the Leading Drapery Specialist in L. A.

**Lisa 7 sale**

www.sales-xmas.com/Lisa+7

**Lisa** 7 up to 75% off Order today with free shipping!

**We Found Lisa Boyle**

www.beenverified.com/

1) **Lisa Boyle's** Phone 2) Address 3) Age & More. Search Free!

**Lisa 7**

www.sale-fire.com/Lisa+7

Fast shipping and best prices on **Lisa** 7. Buy Now!


AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                           Return to top

More to explore :   Better in 7

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us

Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register  |  Daily Deals                                                                                          My eBay    Sell    Community    Customer Support         Cart



Shipping Cost: Europe - 24 PLN
              US & Africa - 24 PLN
              South America & Asia -24 PLN
              Australia - 24 PLN

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00001

### Sponsored Links

**Custom Window Valances**
www.3dayblinds.com/
Save 20% on a wide selection of Valances! Free In-Home Consultation

Blinds                          Shades
Curtains and Drapes       Shutters

**We Found:Lisa Boyle**
www.peoplesmart.com/
1) Get **Lisa Boyle's** Info - Try Free! 2) Current Phone, Address & More

Background Checks        Criminal Records
Search by Phone           Public Records

**Window Valances**
www.bedbathandbeyond.com/
Shop a Variety of Window Valances. Buy It Today at Bed Bath & Beyond!

**Brilliant Drapery Design**
www.brilliantdraperydesign.com/
Brilliant Drapery Design is the Leading Drapery Specialist in L. A.

**Lisa 7 sale**
www.sales-xmas.com/Lisa+7
**Lisa** 7 up to 75% off Order today with free shipping!

**We Found Lisa Boyle**
www.beenverified.com/
1) **Lisa Boyle's** Phone 2) Address 3) Age & More. Search Free!

**Lisa 7**
www.sale-fire.com/Lisa+7
Fast shipping and best prices on **Lisa** 7. Buy Now!



GET $30 BACK as a statement credit  when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                          Return to top
More to explore :   Better in 7

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

X

Shipping Cost: Europe - 24 PLN
US & Africa - 24 PLN
South America & Asia -24 PLN
Australia - 24 PLN

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

**00001**

### Sponsored Links

**Custom Window Valances**
www.3dayblinds.com/
Save 20% on a wide selection of Valances! Free In-Home Consultation

Blinds                    Shades
Curtains and Drapes       Shutters

**We Found:Lisa Boyle**
www.peoplesmart.com/
1) Get **Lisa Boyle's** Info - Try Free! 2) Current Phone, Address & More

Background Checks         Criminal Records
Search by Phone           Public Records

**Window Valances**
www.bedbathandbeyond.com/
Shop a Variety of Window Valances. Buy It Today at Bed Bath & Beyond!

**Brilliant Drapery Design**
www.brilliantdraperydesign.com/
Brilliant Drapery Design is the Leading Drapery Specialist in L. A.

**Lisa 7 sale**
www.sales-xmas.com/Lisa+7
**Lisa** 7 up to 75% off Order today with free shipping!

**We Found Lisa Boyle**
www.beenverified.com/
1) **Lisa Boyle's** Phone 2) Address 3) Age & More. Search Free!

**Lisa 7**
www.sale-fire.com/Lisa+7
Fast shipping and best prices on **Lisa** 7. Buy Now!



GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. Apply Now
AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                            Return to top
More to explore :   Better in 7

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 21



Hi! Sign in or register | Daily Deals

My eBay    Sell    Community    Customer Support    Cart

ebay    Shop by category

[All Categories]    Search    Advanced

Back to search results | Listed in category:    Książki i Komiksy>Czasopisma>Kultura i sztuka

Books  >  Magazine Back Issues





Click to view larger image and other views





$ Have one to sell?  Sell it yourself

## LISA BOYLE on front cover CKM 7/02 Polish magazine
Acid Drinkers, Skiba, Beata Kuroczycka, N. Sokolova

| | | |
|---|---|---|
| Item condition: | Like New | |
| Time left: | 3d 02h (Sep 07, 2013  11:54:13 PDT) | |
| Starting bid: | 14.99 PLN | [ 0 bid ] |
| | Approximately US $4.62 | |
| | [          ] | Place bid |
| | Enter 14.99 PLN or more | |
| Price: | 19.99 PLN | Buy It Now |
| | Approximately US $6.16 | |
| | [ Add to Watch list ▾ ] | |
| Shipping: | Will ship to United States. Read item description or contact seller for shipping options. | See details |
| | Item location: Wałbrzych, Poland | |
| | Ships to: Worldwide | |
| Delivery: | Varies | |
| Payments: | PayPal, Other - See seller's payment instructions  |  See details | |
| Returns: | No returns or exchanges, but item is covered by eBay Buyer Protection. | |

Add to Watch list

Seller information
kasiaemilia1 (951) ⭐  me
100% Positive feedback

Save this seller
See other items
Visit store:  The record shop ka...



AdChoice



eBay Buyer Protection
Covers your purchase price plus original shipping
Learn more

Print  |  Report item

| Description | Shipping and payments |
|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  290969872836

### Item specifics

| Condition: | Like New: Książka wygląda jak nowa choć była czytana. Egzemplarz bez brakujących lub uszkodzonych stron, bez ... Read more |
|---|---|

**The record shop kasiaemilia1**    Visit my eBay store

Add this store to favorites  |  Sign up for newsletter

[          ]  Search Store

płyty winylowe (vinyl records)  |  płyty CD (CD records)  |  pocztówki (flexi discs)  |  czasopisma (journals)

Lisa Boyle on front cover CKM 7-02 Polish Magazine | eBay
Case 2:13-cv-06801-MWF-E   Document 15-1   Filed 12/16/13   Page 46 of 159   Page ID #:242
12/16/13 9:05 AM

CKM 7(49)/2002, rare Polish magazine for men in excellent condition. **LISA BOYLE on the front cover and additional pictures inside - 6 pages.** Also in the magazine: Nina Kaczorowski, **Acid Drinkers - 2 pages, Skiba - 4 pages, Beata Kuroczycka - 6 pages, Natalia Sokolova - 6 pages,** Holly Valance and many more. All text in Polish. Ask for details, additional pictures or so. It has 124 pages, dimension 23 x 30 cm.

I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.

http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1

THIS ITEM IS IN POLAND !!
SHIPPING COST LISTED IN THE TABLE BELOW !!

| SHIPPING AND HANDLING TO | COSTS |
|---|---|
| EUROPE | 5 Euro - registered letter |
| | 6 Euro - priority registered letter |
| NORTH AMERICA, AFRICA | 5 Euro - registered letter |
| | 7 Euro - priority registered letter |
| SOUTH AND MIDDLE AMERICA, ASIA | 5 Euro - registered letter |
| | 8,5 Euro - priority registered letter |
| AUSTRALIA | 5 Euro - registered letter (very long time waiting for mail, till 3 months) |
| | 11 Euro - priority registered letter |

OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.

IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.

I ACCEPT MONEYBOOKERS !!



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002

Sponsored Links

**CKM Magazine Poland**
www.ask.com/CKM+Magazine+Poland
Search for **CKM Magazine Poland** Find Quick Results now!

**Front Polish**
www.**target**.com/
Find **Front Polish** Today. Shop **Front Polish** at Target.com.

**Lisa 7 up to 75% off**
www.sales-xmas.com/Lisa+7
Hurry **Lisa** 7 up to 75% off. Order today with free shipping!

**Now: Lisa 7**
www.sale-fire.com/Lisa+7
Incredible savings on **Lisa** 7. Save up to 85% off on many items!

**Lisa Boyle**
www.yahoo.com/
Everything to do with **Lisa Boyle** items.



Back to search results                                                                                Return to top

More to explore :   Magazine Covers,   Lisa Presley Magazines,   Old Magazine Covers,   Right On Magazine,   Cast on Magazine

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Lisa Boyle on front cover CKM 7 02 Polish Magazine | eBay

9:06 AM

Hi! Sign in or register  |  Daily Deals

My eBay    Sell    Community    Customer Support    Cart



Add this store to favorites  |  Sign up for newsletter

Search Store

płyty winylowe (vinyl records)  |  płyty CD (CD records)  |  pocztówki (flexi discs)  |  czasopisma (journals)

CKM 7(49)/2002, rare Polish magazine for men in excellent condition. **LISA BOYLE on the front cover and additional pictures inside - 6 pages.** Also in the magazine: Nina Kaczorowski, **Acid Drinkers - 2 pages, Skiba - 4 pages, Beata Kuroczycka - 6 pages, Natalia Sokolova - 6 pages,** Holly Valance and many more. All text in Polish. Ask for details, additional pictures or so. It has 124 pages, dimension 23 x 30 cm.

I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.

http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1

THIS ITEM IS IN POLAND !!
SHIPPING COST LISTED IN THE TABLE BELOW !!

| SHIPPING AND HANDLING TO | COSTS |
|---|---|
| **EUROPE** | 5 Euro - registered letter<br>6 Euro - priority registered letter |
| **NORTH AMERICA, AFRICA** | 5 Euro - registered letter<br>7 Euro - priority registered letter |
| **SOUTH AND MIDDLE AMERICA, ASIA** | 5 Euro - registered letter<br>8,5 Euro - priority registered letter |
| **AUSTRALIA** | 5 Euro - registered letter (very long time waiting for mail, till 3 months)<br>11 Euro - priority registered letter |

OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.

IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.

I ACCEPT MONEYBOOKERS !!



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002

Sponsored Links

**CKM Magazine Poland**
www.ask.com/CKM+Magazine+Poland
Search for **CKM Magazine Poland** Find Quick Results now!

**Front Polish**
www.target.com/
Find **Front Polish** Today. Shop **Front Polish** at Target.com.

**Lisa 7 up to 75% off**
www.sales-xmas.com/Lisa+7
Hurry **Lisa** 7 up to 75% off. Order today with free shipping!

**Now: Lisa 7**
www.sale-fire.com/Lisa+7
Incredible savings on **Lisa** 7. Save up to 85% off on many items!

**Lisa Boyle**
www.yahoo.com/
Everything to do with **Lisa Boyle** items.



AdChoice

Back to search results                                                    Return to top
More to explore :  Magazine Covers,  Lisa Presley Magazines,  Old Magazine Covers,  Right On Magazine,  Cast on Magazine

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



X

dvanced

/atch list

ays.

Choice

t item

72836

Add this store to favorites | Sign up for newsletter

Search Store

płyty winylowe (vinyl records) | płyty CD (CD records) | pocztówki (flexi discs) | czasopisma (journals)

CKM 7(49)/2002, rare Polish magazine for men in excellent condition. **LISA BOYLE on the front cover and additional pictures inside - 6 pages.** Also in the magazine: Nina Kaczorowski, **Acid Drinkers - 2 pages, Skiba - 4 pages, Beata Kuroczycka - 6 pages, Natalia Sokolova - 6 pages,** Holly Valance and many more. All text in Polish. Ask for details, additional pictures or so. It has 124 pages, dimension 23 x 30 cm.

I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.

http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1

THIS ITEM IS IN POLAND !!
SHIPPING COST LISTED IN THE TABLE BELOW !!

| SHIPPING AND HANDLING TO | COSTS |
|---|---|
| **EUROPE** | 5 Euro - registered letter |
| | 6 Euro - priority registered letter |
| **NORTH AMERICA, AFRICA** | 5 Euro - registered letter |
| | 7 Euro - priority registered letter |
| **SOUTH AND MIDDLE AMERICA, ASIA** | 5 Euro - registered letter |
| | 8,5 Euro - priority registered letter |
| **AUSTRALIA** | 5 Euro - registered letter (very long time waiting for mail, till 3 months) |
| | 11 Euro - priority registered letter |

OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.

IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.

I ACCEPT MONEYBOOKERS !!



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00002

Sponsored Links

**CKM Magazine Poland**
www.ask.com/CKM+Magazine+Poland
Search for **CKM Magazine Poland** Find Quick Results now!

**Front Polish**
www.target.com/
Find **Front Polish** Today. Shop **Front Polish** at Target.com.

**Lisa 7 up to 75% off**
www.sales-xmas.com/Lisa+7
Hurry **Lisa** 7 up to 75% off. Order today with free shipping!

**Now: Lisa 7**
www.sale-fire.com/Lisa+7
Incredible savings on **Lisa** 7. Save up to 85% off on many items!

**Lisa Boyle**
www.yahoo.com/
Everything to do with **Lisa Boyle** items.



AdChoice

Back to search results                                                                          Return to top

More to explore :    Magazine Covers,    Lisa Presley Magazines,    Old Magazine Covers,    Right On Magazine,    Cast on Magazine

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 22



Hi! Sign in or register | Daily Deals | Sell | Customer Support LAST MINUTE **DEALS** My eBay Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Książki i Komiksy > Czasopisma > Kultura i sztuka
Books > Magazine Back Issues

Click to view larger image and other views

**$ Have one to sell?** Sell it yourself

# LISA BOYLE on front cover CKM 7/02 Polish magazine

Acid Drinkers, Skiba, Beata Kuroczyczka, N. Sokolova

| Add to watch list

Item condition: **Like New**

Time left: 5d 16h (Dec 15, 2013 01:41:38 PST)

Starting bid: **14.99 PLN** [ 0 bids ]
Approximately **US $4.91**

Place bid

Enter 14.99 PLN or more

Price: **19.99 PLN** Buy It Now
Approximately **US $6.54**

Add to watch list
Add to collection

100% positive
Feedback

Shipping: Will ship to United States. Read item description or contact seller for shipping options. | See details
Item location: **Wałbrzych, Poland**
Ships to: **Worldwide**

Delivery: Varies

Payments: PayPal, Other - See seller's payment instructions | See details

Returns: 14 days, kupujący | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more

Get the item you ordered or get your money back.

**Seller information**
**kasiaemilia1** (976 ★) me
100% Positive feedback

Follow this seller
See other items

ebay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
**Up to 70% off**
Gifts for everyone on your list—**with a free eBay tote***
SHOP THE COLLECTIONS

*Free with purchase, while supplies last.
AdChoice

**Description** | Shipping and payments | Print | Report item

eBay item number: 291033831397

Seller assumes all responsibility for this listing.

## Item specifics

Condition: Like New: Książka wygląda jak nowa choć była czytana. Egzemplarz bez brakujących lub uszkodzonych stron, bez … Read more

CKM 7(49)/2002, rare Polish magazine for men in excellent condition. **LISA BOYLE on the front cover and additional pictures inside - 6 pages.** Also in the magazine: Nina Kaczorowski, **Acid Drinkers - 2 pages, Skiba - 4 pages, Beata Kuroczycka - 6 pages, Natalia Sokolova - 6 pages,** Holly Valance and many more. All text in Polish. Ask for details, additional pictures or so. It has 124 pages, dimension 23 x 30 cm.

**I HAVE A LOT OF INTERESTING AND CHEAP RECORDS AND MAGAZINES FOR COLLECTORS. IF YOU CAN SEE ALL, USE THE LINK BELOW, GO TO EBAY.PL AND CHECK IN MY SHOP.**

http://stores.shop.ebay.pl/The-record-shop-kasiaemilia1

**THIS ITEM IS IN POLAND !!**
**SHIPPING COST LISTED IN THE TABLE BELOW !!**

| SHIPPING AND HANDLING TO | COSTS |
|---|---|
| **EUROPE** | 5 Euro - registered letter<br>6 Euro - priority registered letter |
| **NORTH AMERICA, AFRICA** | 5 Euro - registered letter<br>7 Euro - priority registered letter |
| **SOUTH AND MIDDLE AMERICA, ASIA** | 5 Euro - registered letter<br>8,5 Euro - priority registered letter |
| **AUSTRALIA** | 5 Euro - registered letter (very long time waiting for mail, till 3 months)<br>11 Euro - priority registered letter |

—
**OSZCZĘDŹ NA KOSZTACH WYSYŁKI, ZOBACZ INNE MOJE AUKCJE.**
—
**IN CASE OF BUYING FEW THINGS, COSTS OF MAIL I WILL TELL YOU AFTER THE END OF AUCTIONS.**
—
**I ACCEPT MONEYBOOKERS !!**



Wystawiono przez eBay Turbo Lister
Bezpłatne narzędzie do wystawiania aukcji. Dzięki niemu możesz szybko wystawiać przedmioty i łatwo zarządzać aktywnymi aukcjami.

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00004



GET $30 BACK   Apply Now

Back to search results                                                    Return to top

More to explore :   Front Magazine,   Magazine Covers,   Fortune Magazine Cover,   Cast on Magazine,   Magazines on DVD

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 23



Hi! Sign in or register | Daily Deals | Sell | Customer Support BLACK FRIDAY COUNTDOWN My eBay Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Książki i Komiksy > Czasopisma > Pozostałe

**This listing has ended. The seller has relisted this item or one like this.**

Click to view larger image and other views

$ **Have one to sell?** Sell it yourself

# CKM * 3 2003 * Carmen Electra on cover * Naomi Allen * Priscilla Lee Taylor

Polish Magazine * Tom Jones * Keith Richards * DiCaprio

Item condition: **Very Good**

Ended: Sep 03, 2013 06:20:53 PDT

Price: **30.00 PLN**
Approximately
**US $9.71**

Shipping: Will ship to United States. Read item description or contact seller for shipping options. | See details
Item location: **Gdynia, Poland**
Ships to: **Worldwide**

Delivery: Varies

Payments: PayPal, Bank Transfer | See details

Returns: Returns accepted | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more

Get the item you ordered or get your money back.

## Seller information

**stass22** (326 ★)
100% Positive feedback

Follow this seller
See other items

**Description** | **Shipping and payments** | Print | Report item

eBay item number: 370884146040

Seller assumes all responsibility for this listing.

## Item specifics

Condition: Very Good: Książka była czytana i nie wygląda jak nowa, ale jest nadal w doskonałym stanie. Okładka bez ... Read more

# CKM POLISH MAGAZINE No. 3 (57) 2003

**Front cover: Carmen Electra**

**Inside:** Carmen Electra ( 6 pages) , Priscilla Lee Taylor ( 6 pages) , Monika Ruga ( 6 pages) , Naomi Allen ,
Keith Richards ( 4 pages) , Tom Jones , Anna Przybylska - Superprodukcja ,
Leonardo DiCaprio & Tom Hanks - Catch Me If You Can
and more

**Condition: VERY GOOD**
**Pages: 124**
**Size: 23,0 x 30,0 cm**

**Ask me for more photos**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00000



AdChoice

Back to search results                                                                                                          Return to top

More to explore :   Mary Lee Taylor,    Taylor Swift Cover,    Mary Lee Taylor Cookbook,    Focus on Grammar 3

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time
Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 24



Hi! Sign in or register | Daily Deals | Sell | Customer Support LAST MINUTE DEALS My eBay Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

Click to view larger image and other views

$ Have one to sell? Sell it yourself

# CKM * 3 2003 * Carmen Electra on cover * Naomi Allen * Priscilla Lee Taylor

Polish Magazine * Tom Jones * Keith Richards * DiCaprio

Add to watch list

Item condition: **Very Good**

Time left: 9d 15h (Dec 21, 2013 12:32:51 PST)

Price: **30.00 PLN**
Approximately
US $9.88

Buy It Now

Add to watch list

Add to collection

100% positive
Feedback

Shipping: Will ship to United States. Read item description or contact seller for shipping options. | See details
Item location: **Gdynia, Poland**
Ships to: **Worldwide**

Delivery: Varies

Payments: PayPal, Bank Transfer | See details

Returns: 14 days, kupujący | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more

Get the item you ordered or get your money back.

**Seller information**
**stass22** (332 ★)
100% Positive feedback

Follow this seller
See other items

AdChoice

**Description** | Shipping and payments

Print | Report item

eBay item number: 370962368620

Seller assumes all responsibility for this listing.

## Item specifics

Condition: Very Good: Książka była czytana i nie wygląda jak nowa, ale jest nadal w doskonałym stanie. Okładka bez ... Read more

# **CKM** POLISH MAGAZINE No. 3 (57) 2003

**Front cover: Carmen Electra**

**Inside:** Carmen Electra ( 6 pages) , Priscilla Lee Taylor ( 6 pages) , Monika Ruga ( 6 pages) , Naomi Allen , Keith Richards ( 4 pages) , Tom Jones , Anna Przybylska - Superprodukcja , Leonardo DiCaprio & Tom Hanks - Catch Me If You Can and more

**Condition: VERY GOOD**
**Pages: 124**
**Size: 23,0 x 30,0 cm**

**Ask me for more photos**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00002



eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. Apply Now

AdChoice

Back to search results                                                                                                    Return to top

More to explore :    Mary Lee Taylor ,    Taylor Swift Cover ,    Mary Lee Taylor Cookbook ,    Focus on Grammar 3

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 25



Hi! Sign in or register | Daily Deals | Sell | Customer Support My eBay Cart

ebay Shop by category All Categories Search Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Autographs-Original > Television

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# PSA/DNA SIGNED 11X14 PHOTO DAISY FUENTES 072

Item condition: --

Add to watch list

Price: US $79.98 Buy It Now

Add to cart

Best Offer: Make Offer

2 watchers Add to watch list

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$2.99** Standard Shipping | See details
Item location: United States
Ships to: United States

Delivery: Estimated between **Fri. Oct. 4 and Thu. Oct. 10**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: EBAY BUYER PROTECTION | Learn more
Get the item you ordered or get your money back. Guaranteed.

Seller information
aitx (26127 ) me
99.7% Positive feedback
Top Rated Plus

Save this seller
See other items
Visit store: American Icons Texas

AdChoice

Description | Shipping and payments | Print | Report item

eBay item number: 151135225016

Seller assumes all responsibility for this listing.

American Icons Texas Visit my eBay store

American ICONS

Add this store to favorites | Sign up for newsletter

Search Store

Sonstige

## PSA/DNA SIGNED 11X14 PHOTO DAISY FUENTES 072

| PHOTO: |
| --- |
|  |
| Click Image for Larger Preview |

| DESCRIPTION: |
| --- |
| PAYPAL ONLY... USA ONLY... $2.99 FLAT COMBINED SHIPPING! |

| SHIPPING & PAYMENT: |
| --- |
| WE DO NOT SHIP OUTSIDE THE USA. PAYPAL ONLY! |

Auction Management solutions provided by:

**AuctionHelper**



| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

## People who shopped for this item also bought



SALE! Shania Twain Signed Autographed...
**$199.95**
Buy It Now
Free shipping



MIKE PORTNOY " Dream Theater " - Signed...
**$69.99**
Buy It Now
Free shipping



Jessi Colter signed inscribed 8x10 photo,...
**$4.99**
0 bids



SEXY NICOLE KIDMAN - Signed 8x10 COLOR...
**$44.99**
0 bids



ESPERANZA SPALDING SIGNED 11x14 PHO...
**$9.95**
0 bids

## See what other people are watching



Sons of Anarchy - Cast signed leather...
**$2,500.00**
1 bid
Free shipping



Lynda Carter hand SIGNED Sexy Wonder...
**$79.99**
Buy It Now



Sopranos Autographed Baseball James...
**$122.50**
9 bids



2009 Razor Cut Signatures National...
**$13.00**
8 bids



OZZIE & HARRIET NELSON GROUP LOT...
**$11.50**
3 bids

### Sponsored Links

**DNA Photo by DNA 11™**
www.dna11.com/DNA+Photo
The Original Custom **DNA** Portrait™. As Seen on **TV**: CNN, MSNBC & HGTV.

**Daisy Fuentes at Kohl's**
www.kohls.com/DaisyFuentes
**Daisy Fuentes** Apparel Collection. Free Shipping on $75 Orders.

**11x14 Photos only $3.66**
www.nationsphotolab.com/
24hr. Turnaround - Professional Lab The leader in price and quality

**Psoriatic Arthritis Info**
www.psoriatic-arthritis-rx-therapy.com/
Learn the Causes Of Psoriatic Arthritis Its Effects & A Treatment

**PSA Software**
www.concertocloud.com/PSA-Software
Single Cloud **PSA** Solution for SMBs. Works On Any Web Device. Get Quote!



AdChoice

Back to search results    Return to top

More to explore :    PSA DNA Photo Signed,    Daisy Fuentes Photo,    11x14 Photo,    Star Wars Psa/dna,    PSA DNA Guitars

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

 

Hi! Sign in or register | Daily Deals | Sell | Customer Support My eBay Cart

X

vanced

watch list

ays.

Choice

t item

25016



## PSA/DNA SIGNED 11X14 PHOTO DAISY FUENTES 072

| PHOTO: |
|---|
|  |
| Click Image for Larger Preview |

**DESCRIPTION:**

PAYPAL ONLY… USA ONLY… $2.99 FLAT COMBINED SHIPPING!

**SHIPPING & PAYMENT:**

WE DO NOT SHIP OUTSIDE THE USA. PAYPAL ONLY!

Auction Management solutions provided by:
**AuctionHelper**



### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

## People who shopped for this item also bought

Feedback on our suggestions


SALE! Shania Twain Signed Autographed...
**$199.95**
Buy It Now
Free shipping


MIKE PORTNOY " Dream Theater " - Signed...
**$69.99**
Buy It Now
Free shipping


Jessi Colter signed inscribed 8x10 photo,...
**$4.99**
0 bids


SEXY NICOLE KIDMAN - Signed 8x10 COLOR...
**$44.99**
0 bids


ESPERANZA SPALDING SIGNED 11x14 PHO...
**$9.95**
0 bids

## See what other people are watching

Feedback on our suggestions


Sons of Anarchy - Cast signed leather...
**$2,500.00**
1 bid
Free shipping


Lynda Carter hand SIGNED Sexy Wonder...
**$79.99**
Buy It Now


Sopranos Autographed Baseball James...
**$122.50**
9 bids


2009 Razor Cut Signatures National...
**$13.00**
8 bids


OZZIE & HARRIET NELSON GROUP LOT...
**$11.50**
3 bids

## Sponsored Links

**DNA Photo by DNA 11™**
www.dna11.com/DNA+Photo
The Original Custom **DNA** Portrait™. As Seen on **TV**: CNN, MSNBC & HGTV.

**Daisy Fuentes at Kohl's**
www.kohls.com/DaisyFuentes
**Daisy Fuentes** Apparel Collection. Free Shipping on $75 Orders.

**11x14 Photos only $3.66**
www.nationsphotolab.com/
24hr. Turnaround - Professional Lab The leader in price and quality

**Psoriatic Arthritis Info**
www.psoriatic-arthritis-rx-therapy.com/
Learn the Causes Of Psoriatic Arthritis Its Effects & A Treatment

**PSA Software**
www.concertocloud.com/PSA-Software
Single Cloud **PSA** Solution for SMBs. Works On Any Web Device. Get Quote!



AdChoice

Back to search results    Return to top

More to explore :    PSA DNA Photo Signed,    Daisy Fuentes Photo,    11x14 Photo,    Star Wars Psa/dna,    PSA DNA Guitars

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

 

# Exhibit 26



Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# PSA/DNA SIGNED 11X14 PHOTO DAISY FUENTES 073

| Add to watch list

Item condition: --

Price: US $79.98 Buy It Now Add to cart

Best Offer: Make Offer

2 watchers Add to watch list

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$2.99** Standard Shipping | See details
Item location: United States
Ships to: United States

Delivery: Estimated between **Fri. Oct. 4 and Thu. Oct. 10**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: EBAY BUYER PROTECTION | Learn more
Get the item you ordered or get your money back. Guaranteed.

Seller information
aitx (26127 ) me
Top Rated Plus
99.7% Positive feedback

Save this seller
See other items
Visit store: American Icons Texas

AdChoice

Description | Shipping and payments    Print | Report item

eBay item number: 400582417916

Seller assumes all responsibility for this listing.

American Icons Texas    Visit my eBay store

American ICONS

Add this store to favorites | Sign up for newsletter
Search Store

Other

## PSA/DNA SIGNED 11X14 PHOTO DAISY FUENTES 073

| PHOTO: |
|---|



Click Image for Larger Preview

### DESCRIPTION:

PAYPAL ONLY... USA ONLY... $2.99 FLAT COMBINED SHIPPING!

### SHIPPING & PAYMENT:

WE DO NOT SHIP OUTSIDE THE USA. PAYPAL ONLY!

Auction Management solutions provided by:

**AuctionHelper**



### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### Sponsored Links

**DNA Photo by DNA 11™**
www.dna11.com/DNA+Photo
The Original Custom **DNA** Portrait™. As Seen on **TV**: CNN, MSNBC & HGTV.

**11x14 Photos only $3.66**
www.nationsphotolab.com/
24hr. Turnaround - Professional Lab The leader in price and quality

**Daisy Fuentes at Kohl's**
www.kohls.com/DaisyFuentes
**Daisy Fuentes** Apparel Collection. Free Shipping on $75 Orders.

**Psoriatic Arthritis Info**
www.psoriatic-arthritis-rx-therapy.com/
Learn the Causes Of Psoriatic Arthritis Its Effects & A Treatment

**Celebrity Autographs**
www.encoreautographs.com/
We offer a wide range of Authentic Celebrity Autographs. Great Prices



AdChoice

Back to search results                                                                                    Return to top
More to explore :   PSA DNA Photo Signed,   Daisy Fuentes Photo,   Star Wars Psa/dna,   PSA DNA Signed,   11x14 Photo

Community      About eBay      Announcements      Security Center      Resolution Center      Seller Information Center      Policies      Site Map      eBay official time
Preview new features      Contact us      Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.




Hi! Sign in or register    |    Daily Deals    |    Sell    |    Customer Support    My eBay    Cart



## PSA/DNA SIGNED 11X14 PHOTO DAISY FUENTES 073

| PHOTO: |
| --- |



Click Image for Larger Preview

| DESCRIPTION: |
| --- |
| PAYPAL ONLY… USA ONLY… $2.99 FLAT COMBINED SHIPPING! |

| SHIPPING & PAYMENT: |
| --- |
| WE DO NOT SHIP OUTSIDE THE USA. PAYPAL ONLY! |

Auction Management solutions provided by:

AuctionHelper



### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### Sponsored Links

**DNA Photo by DNA 11™**
www.dna11.com/DNA+Photo
The Original Custom **DNA** Portrait™. As Seen on **TV**: CNN, MSNBC & HGTV.

**11x14 Photos only $3.66**
www.nationsphotolab.com/
24hr. Turnaround - Professional Lab The leader in price and quality

**Daisy Fuentes at Kohl's**
www.kohls.com/DaisyFuentes
**Daisy Fuentes** Apparel Collection. Free Shipping on $75 Orders.

**Psoriatic Arthritis Info**
www.psoriatic-arthritis-rx-therapy.com/
Learn the Causes Of Psoriatic Arthritis Its Effects & A Treatment

**Celebrity Autographs**
www.encoreautographs.com/
We offer a wide range of Authentic Celebrity Autographs. Great Prices





AdChoice

Back to search results                                                                                                                            Return to top
More to explore :   PSA DNA Photo Signed,   Daisy Fuentes Photo,   Star Wars Psa/dna,   PSA DNA Signed,   11x14 Photo

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time
Preview new features     Contact us     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 27



Hi! Sign in or register | Daily Deals | Sell | Customer Support    My eBay    Cart

ebay Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

## Save 20-65% on Magazine Back Issues See all eligible items ▸

Mouse over image to zoom

$ Have one to sell? Sell it yourself

# ANGELA TAYLOR Spanish DT Magazine 9/04 PARIS HILTON PATRICIA CONDE

Item condition: **Like New**

| Add to watch list

Was: ~~US $29.99~~

You save: **$7.50 (25%)** Sale ends in 19 hours

Price: **US $22.49**

Buy It Now

Add to cart

Add to watch list

Add to collection

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$3.99** Economy Shipping | See details
Item location: **United States**
Ships to: **Worldwide** See exclusions

Delivery: Estimated between **Tue. Oct. 22 and Mon. Nov. 4**
Use Expedited Shipping to get it by Oct. 24

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: EBAY BUYER PROTECTION | Learn more
Get the item you ordered or get your money back. Guaranteed.

### Seller information

**kevol44** (30513 ★) me
100% Positive feedback

Top Rated Plus

Follow this seller

Visit store: KEVOL44'S Magazine...

**More from this seller**

See all

ebay deals
DEALS.
FOR REALS.
Free Shipping
Shop now ▸
AdChoice

## Save 20-65% on Magazine Back Issues See all eligible items ▸

Marked down item price reflects all savings. Items provided by **kevol44**

**Current item**

ANGELA TAYLOR Spanish DT Magazine 9/04 PARIS HILTON PATRICIA CONDE

Was: ~~$29.99~~
**Now: $22.49**

REBECCA DE MORNAY Longevity Magazine 2/93 SEXY

Was: ~~$14.99~~
**Now: $5.10**

FRAN DRESCHER Longevity Magazine 3/95 THE NANNY

Was: ~~$24.99~~
**Now: $8.50**

▸ See more items

### Add to cart and save on shipping!

| | |
|---|---|
| ANGELA TAYLOR Spa... | $22.49 |
| Subtotal: | US $22.49 |

Add to cart

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

## People who viewed this item also viewed 


**Playboy 2005 - Paris Hilton, Bai Ling and more**
$0.99


**PLAYBOY all 12 editions complete set 2005...**
$19.50


**FHM MARCH 2004 UK EDITION~SUPER HOT...**
$29.99


**PARIS HILTON BLENDER MAGAZINE 09/2006**
$7.77
Free shipping

Feedback on our suggestions

---

| **Description** | Shipping and payments |

Print   |   Report item

eBay item number:   380434485602

Seller assumes all responsibility for this listing.
Last updated on  Jun 08, 2013 15:14:16 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Like New: A book that looks new but has been read. Cover has no visible wear, and the dust jacket (if ... Read more | Subject: | Men's Interest |
| Language: | Spanish | Issue Type: | Monthly |
| Publication Year: | 2004 | Month: | September |

**KEVOL44'S Magazines and More**    Visit my eBay store

Add this store to favorites

[ ] Search Store

 Items On Sale

### Store Categories

Store home
$$ SALE BLOWOUT $$
** MAKE AN OFFER **
Music Babes
Movie Babes
TV Babes
Fashion Favorites
Music Hunks
Movie Hunks
TV Hunks
Men's Favorites
Movie Misc
Home & Garden
Sports
Other

GREAT COVER!!! Angela Taylor on the cover of this September 2004 SPANISH issue of DT magazine. Pictures and article inside, including paris hilton, patricia conde, fernando morientes, and more. Besides price sticker on cover, complete magazine is in excellent condition with NO MAILING LABEL. Lucky high bidder agrees to have payment to me within **TWO WEEKS** after end of auction and pay one of the shipping charges below:

| COUNTRY | SERVICE* | COST** | GOOD TO KNOW |
|---|---|---|---|
| **United States** | Parcel Post (5-10 days) | $3.99 | **********************************BEST DEAL********************************** Please add $.50 for each additional magazine. Email me for large quantity discount on parcel post shipping. ********************************************************************** |
| | Priority Mail (2-3 days) | $5.60 | **STANDARD** size magazines only. Can ship up to 3 additional standard size magazines for no additional costs. **OVERSIZE** magazines will be quoted depending on weight and destination. |
| **Canada/Mexico** | Priority Mail (6-8 days) | $19.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs.) |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |
| **All other countries** | Priority Mail (6-8 days) | $23.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs.) |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |

*Estimated delivery times in business days from time of mailing by the postal service depending on destination.  I ship 2 times a week.
**Oversize magazines such as Cigar Aficiando, Hello, Interview, Life, Rolling Stone, and W may be more. Email me for shipping charge.
***International buyers whose country does not accept Global Priority mail will pay international air mail rate.
****Tracking for US buyers is an added service through the postal service-email me to add to invoice.

## CLICK HERE TO CHECK OUT ALL MY OTHER GREAT MAGAZINES!!

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### Sponsored Links

**Spanish Magazine**
www.peopleenespanol.com/subscription
Official Site — Only $1 per **Issue**. Save 66% Off of the Cover Price!

**Hilton Hotels in Paris**
www.hilton.com/Hotels

Visit The Eiffel Tower & **Paris**' Fine Shopping District With **Hilton**.

**Find Your Doctor**
www.lifescript.com/MD
View Credentials, Malpractice, Bio, Ratings, Reviews & Background Now!

**Found: Angela Taylor**
www.publicrecords.com/
Public Records Found For: **Angela Taylor**. View Now!

**Magazine**
www.local.com/
Check Out Local.com To Find **Magazine** In Your Area!

**Spanish Magazine**
www.izito.com/Spanish+Magazine
Search **Spanish Magazine** Get Results from 6 Engines at Once

**We Found Patricia Taylor**
www.peoplefinders.com/
Current Address, Phone, and Age. Find **Patricia Taylor**, Anywhere.


GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

Back to search results                                                                                    Return to top

More to explore : Paris Hilton Magazine, DT Magazine, Paris Hilton Book, Spanish Magazines, Paris Match Magazine

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.





Hi! Sign in or register | Daily Deals | Sell | Customer Support | My eBay | Cart

| | | |
|---|---|---|
| ANGELA TAYLOR Spanish DT Magazine 9/04 PARIS HILTON PATRICIA CONDE | REBECCA DE MORNAY Longevity Magazine 2/93 SEXY | FRAN DRESCHER Longevity Magazine 3/95 THE NANNY |
| Was: ~~$29.99~~ | Was: ~~$14.99~~ | Was: ~~$24.99~~ |
| **Now:** **$22.49** | **Now:** **$5.10** | **Now:** **$8.50** |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

People who viewed this item also viewed

Feedback on our suggestions

Playboy 2005 - Paris Hilton, Bai Ling and more
$0.99

PLAYBOY all 12 editions complete set 2005...
$19.50

FHM MARCH 2004 UK EDITION~SUPER HOT...
$29.99

PARIS HILTON BLENDER MAGAZINE 09/2006
$7.77
Free shipping

| Description | Shipping and payments |

Print  |  Report item

Seller assumes all responsibility for this listing.

eBay item number: 380434485602

Last updated on  Jun 08, 2013 15:14:16 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Like New: A book that looks new but has been read. Cover has no visible wear, and the dust jacket (if ... Read more | Subject: | Men's Interest |
| Language: | Spanish | Issue Type: | Monthly |
| Publication Year: | 2004 | Month: | September |

**KEVOL44'S Magazines and More**    Visit my eBay store

Add this store to favorites

[ Search Store ]

🔴 SALE  Items On Sale

### Store Categories

Store home
$$ SALE BLOWOUT $$
** MAKE AN OFFER **
Music Babes
Movie Babes
TV Babes
Fashion Favorites
Music Hunks
Movie Hunks
TV Hunks
Men's Favorites
Movie Misc
Home & Garden
Sports
Other

GREAT COVER!!! Angela Taylor on the cover of this September 2004 SPANISH issue of DT magazine. Pictures and article inside, including paris hilton, patricia conde, fernando morientes, and more. Besides price sticker on cover, complete magazine is in excellent condition with NO MAILING LABEL. Lucky high bidder agrees to have payment to me within **TWO WEEKS** after end of auction and pay one of the shipping charges below:

| COUNTRY | SERVICE* | COST** | GOOD TO KNOW |
|---------|----------|--------|--------------|
| **United States** | Parcel Post (5-10 days) | $3.99 | *************************************BEST DEAL************************************* Please add $.50 for each additional magazine. Email me for large quantity discount on parcel post shipping. ******************************************************************************** |
| | Priority Mail (2-3 days) | $5.60 | **STANDARD** size magazines only. Can ship up to 3 additional standard size magazines for no additional costs. **OVERSIZE** magazines will be quoted depending on weight and destination. |
| **Canada/Mexico** | Priority Mail (6-8 days) | $19.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs). |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |
| **All other countries** | Priority Mail (6-8 days) | $23.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs). |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |

*Estimated delivery times in business days from time of mailing by the postal service depending on destination.  I ship 2 times a week.
**Oversize magazines such as Cigar Aficiando, Hello, Interview, Life, Rolling Stone, and W may be more. Email me for shipping charge.
***International buyers whose country does not accept Global Priority mail will pay international air mail rate.
****Tracking for US buyers is an added service through the postal service-email me to add to invoice.

## CLICK HERE TO CHECK OUT ALL MY OTHER GREAT MAGAZINES!!

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

**Sponsored Links**

**Spanish Magazine**
www.peopleenespanol.com/subscription
Official Site — Only $1 per **Issue**. Save 66% Off of the Cover Price!

**Hilton Hotels in Paris**
www.hilton.com/Hotels

Visit The Eiffel Tower & **Paris**' Fine Shopping District With **Hilton**.

**Find Your Doctor**
www.lifescript.com/MD
View Credentials, Malpractice, Bio, Ratings, Reviews & Background Now!

**Found: Angela Taylor**
www.publicrecords.com/
Public Records Found For: **Angela Taylor**. View Now!

**Magazine**
www.local.com/
Check Out Local.com To Find **Magazine** In Your Area!

**Spanish Magazine**
www.izito.com/Spanish+Magazine
Search **Spanish Magazine** Get Results from 6 Engines at Once

**We Found Patricia Taylor**
www.peoplefinders.com/
Current Address, Phone, and Age. Find **Patricia Taylor**, Anywhere.



ebay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. Apply Now AdChoice

Back to search results                                                                                    Return to top

More to explore :   Paris Hilton Magazine,   DT Magazine,   Paris Hilton Book,   Spanish Magazines,   Paris Match Magazine

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time
Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 28

**Subject: VeRO Program -- eBay Listing Removed**
**Date:** Sunday, October 20, 2013 9:45 PM
**From:** eBay Customer Support <vero@ebay.com>
**To:** Barry Rosen <brphoto@pacbell.net>

Thank you for contacting us.

We are pleased to inform you that the following listing(s) you reported have been removed from eBay in response to the Notice of Claimed Infringement you recently sent:

kevol44

380434485602

We have notified the seller and all participating bidders that the listing(s) has been removed due to your request.

If the Notice of Claimed Infringement contained items that are not listed above you will receive a separate email communication about those items. These notices may arrive at different times (over a period of up to several hours) as items for different sellers are processed separately.

If you should have any questions or concerns regarding this matter, please do not hesitate to contact us again.

VeRO Program
eBay Trust & Safety

# Exhibit 29



Hi! Sign in or register | Daily Deals | Sell | Customer Support

My eBay · Cart

ebay    Shop by category

All Categories    Search    Advanced

‹ Back to home page    Listed in category: Books > Magazine Back Issues

This listing has ended.

## More chances to get what you want

Feedback on our suggestions



FHM MARCH 2004 UK EDITION~SUPER HOT...
$29.99
0 bids



Playboy March 2005 PARIS HILTON * Debb...
$11.90
Buy It Now
Free shipping



March 2005 Playboy Magazine 25 Sexiest...
$12.95
Buy It Now
Free shipping



2005 PLAYBOY Magazines Jenny... 
$9.99
1 bid



PARIS HILTON BLENDER MAGAZINE
$7.77
Buy It Now
Free shipping

## More from the same seller

Feedback on our suggestions



MARIA CONCHITA ALONSO Latina...
$5.10
Buy It Now



AMY IRVING Lear's Magazine 5/93 ISAB... 
$8.03
Buy It Now



BARACK OBAMA Mad Magazine 2/09 FIRST...
$7.99
Buy It Now



BRITNEY SPEARS Life Story Magazine 6/03...
$34.99
Buy It Now



MEGAN FOX Angeleno Magazine 3/12 ALL...
$14.99
Buy It Now

## Sponsored Links



Paris Hilton is a Fool eBook
$1.99
Free Shipping
Kobo eBooks



Six Degrees of Paris Hilton eBook
$18.18
Free Shipping
Kobo eBooks



El Conde De Montecristo (Spanish...
$0.99
Free Shipping
Kobo eBooks



ANGELA TAYLOR Spanish DT Magazine 9/04 PARIS HILTON PATRICIA CONDE

Angela Taylor on the cover of this September 2004 Spanish issue of DT magazine...

Case 2:13-cv-06004-MWF-E Document 15-1 Filed 12/16/13 Page 91 of 159 Page ID #:287 11:05 AM



| | |
|---|---|
| Item condition: | **Like New** |
| Price: | **US $22.49** |
| Shipping: | $3.99  Economy Shipping | See details |
| | Item location:  United States |
| | Ships to:  Worldwide  See exclusions |
| Delivery: | Estimated within 2-11 business days ⓘ |
| Payments: | **PayPal** | See details |
| Returns: | 14 days money back, buyer pays return shipping |
| | | Read details |
| Guarantee: | 🛡 **EBAY BUYER PROTECTION** | Learn more |
| | Get the item you ordered or get your money back. Guaranteed. |



**Seller information**
kevol44 (30516 ⭐) 🅜 🅔
100% Positive feedback

➕ Follow this seller
See other items
Visit store: 🏪 KEVOL44'S Magazine...

$ **Have one to sell?** Sell it yourself

---

| **Description** | Shipping and payments | | | Print | Report item |

Seller assumes all responsibility for this listing.

eBay item number: 380434485602

### Item specifics

| Condition: | Like New: A book that looks new but has been read. Cover has no visible wear, and the dust jacket (if ... Read more | Subject: | Men's Interest |
|---|---|---|---|
| Language: | Spanish | Issue Type: | Monthly |
| Publication Year: | 2004 | Month: | September |

**KEVOL44'S Magazines and More**    Visit my eBay store 🏪

Add this store to favorites

[Search Store]

 Items On Sale

**Store Categories**

Store home
$$ SALE BLOWOUT $$
** MAKE AN OFFER **
Music Babes
Movie Babes
TV Babes
Fashion Favorites
Music Hunks
Movie Hunks
TV Hunks
Men's Favorites
Movie Misc
Home & Garden
Sports
Other

GREAT COVER!!! Angela Taylor on the cover of this September 2004 SPANISH issue of DT magazine. Pictures and article inside, including paris hilton, patricia conde, fernando morientes, and more. Besides price sticker on cover, complete magazine is in excellent condition with NO MAILING LABEL. Lucky high bidder agrees to have payment to me within **TWO WEEKS** after end of auction and pay one of the shipping charges below:

| COUNTRY | SERVICE* | COST** | GOOD TO KNOW |
|---|---|---|---|
| **United States** | Parcel Post (5-10 days) | $3.99 | *************************************BEST DEAL***********************************<br>Please add $.50 for each additional magazine. Email me for large quantity discount on parcel post shipping.<br>************************************************************************* |
| | Priority Mail (2-3 days) | $5.60 | **STANDARD** size magazines only. Can ship up to 3 additional standard size magazines for no additional costs. **OVERSIZE** magazines will be quoted depending on weight and destination. |
| **Canada/Mexico** | Priority Mail (6-8 days) International | $19.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs.)<br>**OVERSIZE** magazines will be quoted depending on weight and destination. Email |

| | Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |
| **All other countries** | Priority Mail (6-8 days) | $23.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs) |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |

*Estimated delivery times in business days from time of mailing by the postal service depending on destination.  I ship 2 times a week.
**Oversize magazines such as Cigar Aficiando, Hello, Interview, Life, Rolling Stone, and W may be more. Email me for shipping charge.
***International buyers whose country does not accept Global Priority mail will pay international air mail rate.
****Tracking for US buyers is an added service through the postal service-email me to add to invoice.

## CLICK HERE TO CHECK OUT ALL MY OTHER GREAT MAGAZINES!!

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

See what other people are watching

Feedback on our suggestions












BIKE, DECEMBER, 2012 ( BRITAIN'S BEST...
**$7.99**
Buy It Now

AMERICA'S BEST HOME WORKSHOPS, 2013 ( ...
**$7.99**
Buy It Now

CROSS STITCH CRAZY, CHRISTMAS, 2012 (...
**$12.99**
Buy It Now

FLY PAST, NO.377 (BRITAIN'S TOP...
**$7.99**
Buy It Now

Nintendo Power vol 74 Donkey Kong Land!...
**$22.58**
Buy It Now
Free shipping


eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. Apply Now
AdChoice

Back to home page                                                          Return to top
More to explore :   Paris Hilton Magazine,    DT Magazine,    Paris Match Magazine,    Conde Nast Traveler Magazine,    Taylor Swift Magazine

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time
Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 30





Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# ANGELA TAYLOR Spanish DT Magazine 9/04 PARIS HILTON PATRICIA CONDE

Item condition: **Very Good**

Add to watch list

Price: US $19.99

Buy It Now

Add to cart

Add to watch list

Add to collection

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$3.99** Economy Shipping | See details
Item location: United States
Ships to: Worldwide See exclusions

Delivery: Estimated between **Thu. Oct. 31 and Thu. Nov. 14**
Use Expedited Shipping to get it by Nov. 2

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: EBAY BUYER PROTECTION | Learn more
Get the item you ordered or get your money back. Guaranteed.

Seller information
**kevol44** (30552) me
100% Positive feedback

Follow this seller
See other items
Visit store: KEVOL44'S Magazine...

AdChoice

Description | Shipping and payments | Print | Report item

eBay item number: 380753700105

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | Very Good: A book that does not look new and has been read but is in excellent condition. No obvious damage to ... Read more | Subject: | Men's Interest |
| Language: | Spanish | Issue Type: | Monthly |
| Publication Year: | 2004 | Month: | September |

## KEVOL44'S Magazines and More

Visit my eBay store

Search Store

SALE Items On Sale

### Store Categories

**Store home**

**$$ SALE BLOWOUT $$**

GREAT COVER!!! Angela Taylor photographed by some washed up loser of a photographer on the cover of this September 2004 SPANISH issue of DT magazine. Pictures and article inside, including paris hilton, patricia conde, fernando morientes, and more. Besides price sticker on cover and some minor corner wear, complete ORIGINALLY PUBLISHED magazine is in excellent condition with NO MAILING LABEL. Lucky high bidder agrees to have payment to me within **TWO WEEKS** after end of auction and pay one of the shipping charges

Hi! Sign in or register | Daily Deals | Sell | Customer Support | Trending Collections | My eBay | Cart

Items On Sale

Store Categories

Store home

$$ SALE BLOWOUT $$

GREAT COVER!!! Angela Taylor photographed by some washed up loser of a photographer on the cover of this September 2004 SPANISH issue of DT magazine. Pictures and article inside, including paris hilton, patricia conde, fernando morientes, and more. Besides price sticker on cover and some minor corner wear, complete ORIGINALLY PUBLISHED magazine is in excellent condition with NO MAILING LABEL. Lucky high bidder agrees to have payment to me within **TWO WEEKS** after end of auction and pay one of the shipping charges

below:

| COUNTRY | SERVICE* | COST** | GOOD TO KNOW |
|---------|----------|--------|--------------|
| **United States** | Parcel Post (5-10 days) | $3.99 | ***************************BEST DEAL*************************************<br>Please add $.50 for each additional magazine. Email me for large quantity discount on parcel post shipping.<br>********************************************************************************* |
| | Priority Mail (2-3 days) | $5.60 | **STANDARD** size magazines only. Can ship up to 3 additional standard size magazines for no additional costs. **OVERSIZE** magazines will be quoted depending on weight and destination. |
| **Canada/Mexico** | Priority Mail (6-8 days) | $19.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs). |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |
| **All other countries** | Priority Mail (6-8 days) | $23.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs). |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |

*Estimated delivery times in business days from time of mailing by the postal service depending on destination.  I ship 2 times a week.
**Oversize magazines such as Cigar Aficiando, Hello, Interview, Life, Rolling Stone, and W may be more. Email me for shipping charge.
***International buyers whose country does not accept Global Priority mail will pay international air mail rate.
****Tracking for US buyers is an added service through the postal service-email me to add to invoice.

## CLICK HERE TO CHECK OUT ALL MY OTHER GREAT MAGAZINES!!

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### Sponsored Links

**Spanish Magazine**
www.peopleenespanol.com/subscription
Official Site — Only $1 per **Issue**. Save 66% Off of the Cover Price!

**Learn Angela**
www.rocksmith.ubi.com/
Rocksmith 2014 Includes over 50 New Songs. Order Now!

**Hilton Hotels Paris**
www.hilton.com/Hotels
Superb **Hilton** Hotels in **Paris**. **Hilton** Hotels in **Paris** - Book Now!

**Cole Haan Drawstring Bags**

www.colehaan.com/
Shop to Stand Out with the **Taylor** Drawstring Bag at Cole Haan.

**Find Your Doctor**

www.lifescript.com/MD
View Credentials, Malpractice, Bio, Ratings, Reviews & Background Now!

**Auto Parts**
www.become.com/
On Sale When You Compare Today! Save Big On Auto Parts. Become.

**Magazine**
www.local.com/
Check Out Local.com To Find **Magazine** In Your Area!



AdChoice

Back to search results                                                                                    Return to top

More to explore :   Paris Hilton Magazine,   DT Magazine,   Life Magazine Liz Taylor,   Taylor Lautner Magazine,   Elizabeth Taylor Magazine

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time
Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

below:

** MAKE AN OFFER **
Music Babes
Movie Babes
TV Babes
Fashion Favorites
Music Hunks
Movie Hunks
TV Hunks
Men's Favorites
Movie Misc
Home & Garden
Sports
Other

| COUNTRY | SERVICE* | COST** | GOOD TO KNOW |
|---|---|---|---|
| **United States** | Parcel Post (5-10 days) | $3.99 | ****************************BEST DEAL************************************ Please add $.50 for each additional magazine. Email me for large quantity discount on parcel post shipping. ********************************************************************* |
| | Priority Mail (2-3 days) | $5.60 | **STANDARD** size magazines only. Can ship up to 3 additional standard size magazines for no additional costs. **OVERSIZE** magazines will be quoted depending on weight and destination. |
| **Canada/Mexico** | Priority Mail (6-8 days) | $19.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs). |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |
| **All other countries** | Priority Mail (6-8 days) | $23.95 | **STANDARD** size magazines only. Can ship up to 2 more standard size magazines at no shipping costs. (Not to exceed 4 lbs). |
| | International Air Mail (8-10 days) | TBD | **OVERSIZE** magazines will be quoted depending on weight and destination. Email me for exact postage. |

*Estimated delivery times in business days from time of mailing by the postal service depending on destination.  I ship 2 times a week.
**Oversize magazines such as Cigar Aficiando, Hello, Interview, Life, Rolling Stone, and W may be more. Email me for shipping charge.
***International buyers whose country does not accept Global Priority mail will pay international air mail rate.
****Tracking for US buyers is an added service through the postal service-email me to add to invoice.

## CLICK HERE TO CHECK OUT ALL MY OTHER GREAT MAGAZINES!!

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### Sponsored Links

**Spanish Magazine**
www.peopleenespanol.com/subscription
Official Site — Only $1 per **Issue**. Save 66% Off of the Cover Price!

**Learn Angela**
www.rocksmith.ubi.com/
Rocksmith 2014 Includes over 50 New Songs. Order Now!

**Hilton Hotels Paris**
www.hilton.com/Hotels
Superb **Hilton** Hotels in **Paris**. **Hilton** Hotels in **Paris** - Book Now!

**Cole Haan Drawstring Bags**

Angela Taylor v. Angela Marie Taylor a/k/a Marie Patricia Conde, US Cue.

Case 2:13-cv-06801-MWF-E Document 15-1 Filed 12/16/13 Page 100 of 159 Page ID #:296

10/29/13 5:03 PM

www.colehaan.com/

Shop to Stand Out with the **Taylor** Drawstring Bag at Cole Haan.

**Find Your Doctor**

www.lifescript.com/MD

View Credentials, Malpractice, Bio, Ratings, Reviews & Background Now!

**Auto Parts**

www.become.com/

On Sale When You Compare Today! Save Big On Auto Parts. Become.

**Magazine**

www.local.com/

Check Out Local.com To Find **Magazine** In Your Area!



AdChoice

Back to search results                                                                                          Return to top

More to explore :   Paris Hilton Magazine,    DT Magazine,    Life Magazine Liz Taylor,    Taylor Lautner Magazine,    Elizabeth Taylor Magazine

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 31



Hi! Sign in or register | Daily Deals | Sell | Customer Support | BLACK FRIDAY COUNTDOWN | My eBay | Cart

ebay Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Books > Magazine Back Issues

## Save 40-50% on Magazine Back Issues See all eligible items ▸

Click to view larger image

$ Have one to sell? Sell it yourself

# Spanish DT 9/04,Angela Taylor,Paris Hilton,Lohmus,Conde

Item condition: **Brand New**

Add to watch list

Was: ~~US $59.99~~

You save: $30.00 (50%)

Price: **US $29.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

50% Savings | New Condition

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$4.95** Expedited Shipping | See details
Item location: **Phoenix, AZ, United States**
Ships to: **United States, Europe, Asia, Canada, Australia, Mexico**

Delivery: Estimated between **Sat. Nov. 23 and Tue. Nov. 26**
Use Expedited Shipping to get it by Nov. 26

Payments: PayPal, Bill Me Later | See details

Returns: No returns or exchanges, but item is covered by eBay Buyer Protection.

Guarantee: ebay MONEY BACK GUARANTEE | Learn more

Get the item you ordered or get your money back.

### Seller information

**backissuemagazinesnew** (2754 ★)
99.7% Positive feedback

Follow this seller
See other items
Visit store: New Back Issue Mag...

AdChoice

## Save 40-50% on Magazine Back Issues See all eligible items ▸

Marked down item price reflects all savings. Items provided by **backissuemagazinesnew**

**Current item**

Spanish DT 9/04,Angela Taylor,Paris Hilton,Lohmus,Conde
Was: ~~$59.99~~
**Now: $29.99**

Emmy 4/03,Charlie Sheen, Michael C Hall,April 2003,NEW
Was: ~~$12.99~~
**Now: $6.49**

Vogue 1/09,Anne Hathaway,Blake Lively,Carolyn Murphy,NR
Was: ~~$11.99~~
**Now: $7.19**

See all

### Add to cart and save on shipping!

| | |
|---|---|
| Spanish DT 9/04,Ange... | $29.99 |
| Subtotal: | US $29.99 |

Add to cart

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions | Learn about pricing

Tell us what you think
You can change quantities in your cart.

| **Description** | Shipping and payments | | Print | Report item |

Seller assumes all responsibility for this listing.

eBay item number: **180596330604**

### Item specifics

Condition:     Brand New: A new, unread, unused book in perfect condition
with no missing or damaged pages. See the seller's ... Read more



**New Back Issue Magazines**                                     Visit my eBay store

NewBackIssueMagazines

Sign up for newsletter

[          ]  Search Store

Vanity Fair | Vogue | GQ | Entertainment Weekly | Rolling Stone

SALE Items On Sale

**Store Categories**

ebay turbo lister
Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

NewBackIssueMagazines

Magazine Name: Spanish DT, September 2004
Cover Model: Angela Taylor
Magazine Condition: Brand New, Store Bought, Never Read, MINT Condition



Please note: The watermark "NewBackIssueMagazines" is not on the actual magazine, only on the small scan above.

**MAGAZINE CONTENT INFORMATION:**  ISSUE 99, 10 PAGES ON ANGELA TAYLOR WITH 8 PHOTOS (2 DOUBLE PAGE, 6 FULL PAGE), 2 PAGES ON PARIS HILTON WITH 2 FULL PAGE PHOTOS, 8 PAGES ON MONIKA LOHMUS WITH 7 PHOTOS (1 DOUBLE PAGE, 6 FULL PAGE), 8 PAGES ON PATRICIA CONDE WITH 6 PHOTOS, (2 DOUBLE PAGE, 2 FULL PAGE), 4 PAGES ON ACTOR JAMES GANDOLFINI WITH 9 PHOTOS (1 FULL PAGE)

**MAGAZINE HISTORY:**  THIS MAGAZINE WAS PURCHASED AND IMMEDATELY STORED FOR COLLECTION PURPOSES.

**SHIPPING AND HANDLING:**  ALL MAGAZINES ARE SEALED IN A HEAVY DUTY MAGAZINE ARCHIVAL STORAGE BAG AND ARE CARDBOARD BACKED TO ADD STIFFNESS FOR PROTECTION DURING SHIPMENT.

**UNITED STATES SHIPPING INFORMATION:**  **$4.95** USPS PRIORITY MAIL.

INCLUDED WITH THIS IS DELIVERY TRACKING AND DELIVERY CONFIRMATION.

ALSO, IF YOU BUY MULTIPLE MAGAZINES I WILL COMBINE AS MANY REGULAR SIZED MAGAZINES AS POSSIBLE IN THIS PACKAGE.  EMAIL ME WITH ANY QUESTIONS BEFORE PURCHASING IF YOU WANT TO KNOW IF MAGAZINES YOU'RE CONSIDERING CAN BE COMBINED.

**UNITED STATES MULTIPLE MAGAZINE SHIPPING INFORMATION:**  **$11.99** USPS PRIORITY MAIL RATE BOX

PURCHASE AS MANY MAGAZINES AS YOU WISH AND AS LONG AS THEIR STACKED HEIGHT IS 3 INCHES OR LESS YOU CAN HAVE THEM ALL SHIPPED TO YOU FOR A COMBINED SHIPPING COST OF $11.99.

IN ADDITION TO BEING BOXED THEY ALSO WILL BE BAGGED IN MAGAZINE PROTECTION BAGS FOR ADDITIONAL SECURITY AND PRESERVATION.

IF YOU WANT TO KNOW IF A PARTICULAR LIST OF MAGAZINES CAN FIT INTO 1 BOX JUST EMAIL ME, NO PROBLEM.

**CANADA AND MEXICO SHIPPING INFORMATION:**  **$12.99** USPS PRIORITY MAIL INTERNATIONAL

ALSO, IF YOU BUY MULTIPLE MAGAZINES I WILL COMBINE AS MANY REGULAR SIZED MAGAZINES AS POSSIBLE IN THIS PACKAGE.  EMAIL ME WITH ANY QUESTIONS BEFORE PURCHASING IF YOU WANT TO KNOW IF MAGAZINES YOU'RE CONSIDERING CAN BE COMBINED.

**WORLDWIDE SHIPPING INFORMATION:**  **$14.99** USPS PRIORITY MAIL INTERNATIONAL.*

*AS LONG AS THE COUNTRY OF DESTINATION HAS THE ABILITY TO ACCEPT PRIORITY MAIL INTERNATIONAL YOUR PURCHASE WILL BE SENT THIS WAY.  IT SHOULD ARRIVE IN 2-7 BUSINESS DAYS FROM THE TIME OF PURCHASE.  AGAIN, IF MULTIPLE PURCHASES ARE MADE I WILL TRY TO COMBINE AS MANY MAGAZINES INTO THIS PACKAGE AS POSSIBLE.  PLEASE EMAIL IF YOU HAVE ANY QUESTIONS OR WOULD LIKE TO KNOW THE SHIPPING CHARGE TO YOUR DESTINATION COUNTRY. IF EMAILING FOR A SHIPPING ESTIMATE, PLEASE LIST THE EXACT MAGAZINES (ISSUE, MONTH, YEAR) YOU ARE CONSIDERING SO I CAN GET THEIR WEIGHT AND SIZE FOR THE SHIPPING CHARGE!

**WORLDWIDE (INCLUDING CANADA) MULTIPLE MAGAZINE SHIPPING INFORMATION:**  **$47.99** UNITED STATES PRIORITY MAIL INTERNATIONAL RATE BOXED

PURCHASE AS MANY MAGAZINES AS YOU WISH AND AS LONG AS THEIR STACKED HEIGHT IS 3 INCHES OR LESS YOU CAN HAVE THEM ALL SHIPPED TO YOU FOR A COMBINED SHIPPING COST OF $45.99

IN ADDITION TO BEING BOXED THEY ALSO WILL BE BAGGED IN MAGAZINE PROTECTION BAGS FOR ADDITIONAL SECURITY AND PRESERVATION.

IF YOU WANT TO KNOW IF A PARTICULAR LIST OF MAGAZINES CAN FIT INTO 1 BOX JUST EMAIL ME!.

IF YOU HAVE ANY QUESTIONS PLEASE DON'T HESITATE TO EMAIL THEM TO US AT
NEWBACKISSUEMAGAZINES@NEWBACKISSUEMAGAZINES.COM

### Sidebar Navigation

**Store home**

**Men's**
- American Curves
- Arena
- Complex
- Details
- Edge
- Esquire
- FHM
- Gear
- Giant
- GQ
- Hooter's
- Maxim
- Men's Journal
- Miscellaneous Men's
- Ramp
- Razor
- Sports Illustrated Swimsuit
- Stuff

**Television and Movies**
- 24
- Alias
- Black Book
- Buffy the Vampire Slayer
- Calabasas Statement
- CBS Watch
- Emmy
- Entertainment Weekly
- Geek
- Heroes

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

## Sponsored Links

**Spanish Help**
helpouts.google.com/
Get Help Over Live Video From Real People With Helpouts by Google.

Learn French          Learn Japanese
Learn Italian         Learn Chinese

**Hilton Hotels in Paris**
www.hilton.com/Hotels
Visit The Eiffel Tower & **Paris**' Fine Shopping District With **Hilton**.

Paris La Defense      Trianon Palace
Paris Orly            Charles De Gaulle

**Paris Hilton for less**
www.xxl-sale.com/Paris-Hilton
Now or never: **Paris Hilton** Huge selection sale on!

**Cole Haan Official Site**
www.colehaan.com/
Free Shipping on All Orders this Holiday. Shop ColeHaan.com Today.

**Paris Hilton books**
www.alibris.com/
Buy books by **Paris Hilton**. Used, new, & out-of-print books.

**Academic Coaches + Tutors**
www.fact.vpweb.com/
Are you a savvy student? Tutoring, College Advice, Test Prep

**Chippewa Workboot 25405**
www.floridawesternwear.com/
Bay Apache Steel Toe Lace Up Boot $248.99 and Free Shipping!



eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.    Apply Now

AdChoice

More to explore :   Paris Hilton Book,   Paris Hilton Magazine

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 32





## Save 40-50% on Magazine Back Issues See all eligible items

Click to view larger image

Have one to sell? Sell it yourself

# Spanish DT 9/04,Angela Taylor,Paris Hilton,Lohmus,Conde

Item condition: **Brand New**

| Add to watch list

Was: ~~US $59.99~~

You save: **$30.00 (50%)** Sale ends in 5 days

Price: **US $29.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

| 50% Savings | New Condition |
|---|---|

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$4.95** Expedited Shipping | See details
Item location: **Phoenix, AZ, United States**
Ships to: **United States, Europe, Asia, Canada, Australia, Mexico**

Delivery: Estimated between **Fri. Nov. 29 and Mon. Dec. 2**
Use Expedited Shipping to get it by Dec. 2

Payments: PayPal, Bill Me Later | See details

Returns: No returns or exchanges, but item is covered by eBay Buyer Protection.

Guarantee: ebay MONEY BACK GUARANTEE | Learn more

Get the item you ordered or get your money back.

### Seller information

**backissuemagazinesnew** (2761 ★)
99.7% Positive feedback

Follow this seller

Visit store: New Back Issue Mag...

**More from this seller**

See all in same category | See all

AdChoice

## Save 40-50% on Magazine Back Issues See all eligible items

Marked down item price reflects all savings. Items provided by **backissuemagazinesnew**

**Current item**

Spanish DT 9/04,Angela Taylor,Paris Hilton,Lohmus,Conde
Was: ~~$59.99~~
**Now: $29.99**

Emmy 4/03,Charlie Sheen, Michael C Hall,April 2003,NEW
Was: ~~$12.99~~
**Now: $6.49**

TV Guide 8/08,Jon Hamm,January Jones,Mad Men,NEW
Was: ~~$9.99~~
**Now: $5.99**

See all

**Add to cart and save on shipping!**

| | |
|---|---|
| Spanish DT 9/04,Ange... | $29.99 |
| Subtotal: | US $29.99 |

Add to cart

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions | Learn about pricing

**Tell us what you think**
You can change quantities in your cart.

| Description | Shipping and payments | | Print  Report item |

Seller assumes all responsibility for this listing.

eBay item number:  180596330604

**Item specifics**

Condition:    Brand New: A new, unread, unused book in perfect condition
with no missing or damaged pages. See the seller's ... Read more

**New Back Issue Magazines**                                 Visit my eBay store

NewBackIssueMagazines

Sign up for newsletter
[                    ]   Search Store

Vanity Fair  |  Vogue  |  GQ  |  Entertainment Weekly  |  Rolling Stone

SALE  Items On Sale

**Store Categories**

ebay turbo lister
Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

NewBackIssueMagazines

MAGAZINE NAME: SPANISH DT, SEPTEMBER 2004
COVER MODEL: ANGELA TAYLOR
MAGAZINE CONDITION: BRAND NEW, STORE BOUGHT, NEVER READ, MINT CONDITION

Please note: The watermark "NewBackIssueMagazines" is not on the actual magazine, only on the small scan above.

MAGAZINE CONTENT    ISSUE 99, 10 PAGES ON ANGELA TAYLOR WITH 8 PHOTOS (2 DOUBLE PAGE, 6
INFORMATION:        FULL PAGE), 2 PAGES ON PARIS HILTON WITH 2 FULL PAGE PHOTOS, 8 PAGES ON
                    MONIKA LOHMUS WITH 7 PHOTOS (1 DOUBLE PAGE, 6 FULL PAGE), 8 PAGES ON
                    PATRICIA CONDE WITH 6 PHOTOS, (2 DOUBLE PAGE, 2 FULL PAGE), 4 PAGES ON
                    ACTOR JAMES GANDOLFINI WITH 9 PHOTOS (1 FULL PAGE)

MAGAZINE HISTORY:   THIS MAGAZINE WAS PURCHASED AND IMMEDATELY STORED FOR COLLECTION
                    PURPOSES.

SHIPPING AND HANDLING:  ALL MAGAZINES ARE SEALED IN A HEAVY DUTY MAGAZINE ARCHIVAL STORAGE
                        BAG AND ARE CARDBOARD BACKED TO ADD STIFFNESS FOR PROTECTION DURING
                        SHIPMENT.

UNITED STATES SHIPPING  **$4.95** USPS PRIORITY MAIL.
INFORMATION:
                        INCLUDED WITH THIS IS DELIVERY TRACKING AND DELIVERY CONFIRMATION.

                        ALSO, IF YOU BUY MULTIPLE MAGAZINES I WILL COMBINE AS MANY REGULAR SIZED
                        MAGAZINES AS POSSIBLE IN THIS PACKAGE.  EMAIL ME WITH ANY QUESTIONS
                        BEFORE PURCHASING IF YOU WANT TO KNOW IF MAGAZINES YOU'RE CONSIDERING
                        CAN BE COMBINED.

**Store home**

**Men's**
- American Curves
- Arena
- Complex
- Details
- Edge
- Esquire
- FHM
- Gear
- Giant
- GQ
- Hooter's
- Maxim
- Men's Journal
- Miscellaneous Men's
- Ramp
- Razor
- Sports Illustrated Swimsuit
- Stuff

**Television and Movies**
- 24
- Alias
- Black Book
- Buffy the Vampire Slayer
- Calabasas Statement
- CBS Watch
- Emmy
- Entertainment Weekly
- Geek
- Heroes

UNITED STATES MULTIPLE MAGAZINE SHIPPING INFORMATION:

**$11.99** USPS PRIORITY MAIL RATE BOX

PURCHASE AS MANY MAGAZINES AS YOU WISH AND AS LONG AS THEIR STACKED HEIGHT IS 3 INCHES OR LESS YOU CAN HAVE THEM ALL SHIPPED TO YOU FOR A COMBINED SHIPPING COST OF $11.99.

IN ADDITION TO BEING BOXED THEY ALSO WILL BE BAGGED IN MAGAZINE PROTECTION BAGS FOR ADDITIONAL SECURITY AND PRESERVATION.

IF YOU WANT TO KNOW IF A PARTICULAR LIST OF MAGAZINES CAN FIT INTO 1 BOX JUST EMAIL ME, NO PROBLEM.

CANADA AND MEXICO SHIPPING INFORMATION:

**$12.99** USPS PRIORITY MAIL INTERNATIONAL

ALSO, IF YOU BUY MULTIPLE MAGAZINES I WILL COMBINE AS MANY REGULAR SIZED MAGAZINES AS POSSIBLE IN THIS PACKAGE.  EMAIL ME WITH ANY QUESTIONS BEFORE PURCHASING IF YOU WANT TO KNOW IF MAGAZINES YOU'RE CONSIDERING CAN BE COMBINED.

WORLDWIDE SHIPPING INFORMATION:

**$14.99** USPS PRIORITY MAIL INTERNATIONAL*

*AS LONG AS THE COUNTRY OF DESTINATION HAS THE ABILITY TO ACCEPT PRIORITY MAIL INTERNATIONAL YOUR PURCHASE WILL BE SENT THIS WAY.  IT SHOULD ARRIVE IN 2-7 BUSINESS DAYS FROM THE TIME OF PURCHASE.  AGAIN, IF MULTIPLE PURCHASES ARE MADE I WILL TRY TO COMBINE AS MANY MAGAZINES INTO THIS PACKAGE AS POSSIBLE.  PLEASE EMAIL IF YOU HAVE ANY QUESTIONS OR WOULD LIKE TO KNOW THE SHIPPING CHARGE TO YOUR DESTINATION COUNTRY. IF EMAILING FOR A SHIPPING ESTIMATE, PLEASE LIST THE EXACT MAGAZINES (ISSUE, MONTH, YEAR) YOU ARE CONSIDERING SO I CAN GET THEIR WEIGHT AND SIZE FOR THE SHIPPING CHARGE!

WORLDWIDE (INCLUDING CANADA) MULTIPLE MAGAZINE SHIPPING INFORMATION:

**$47.99** UNITED STATES PRIORITY MAIL INTERNATIONAL RATE BOXED

PURCHASE AS MANY MAGAZINES AS YOU WISH AND AS LONG AS THEIR STACKED HEIGHT IS 3 INCHES OR LESS YOU CAN HAVE THEM ALL SHIPPED TO YOU FOR A COMBINED SHIPPING COST OF $45.99

IN ADDITION TO BEING BOXED THEY ALSO WILL BE BAGGED IN MAGAZINE PROTECTION BAGS FOR ADDITIONAL SECURITY AND PRESERVATION.

IF YOU WANT TO KNOW IF A PARTICULAR LIST OF MAGAZINES CAN FIT INTO 1 BOX JUST EMAIL ME!.

IF YOU HAVE ANY QUESTIONS PLEASE DON'T HESITATE TO EMAIL THEM TO US AT
NEWBACKISSUEMAGAZINES@NEWBACKISSUEMAGAZINES.COM



**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

See what other people are watching                                         Feedback on our suggestions



Guns Illustrated 1979
Completely New 11...

**$12.99** 

Buy It Now
Free shipping



Popular Hot Rodding
September 1965 ...

**$9.77**

Buy It Now



The Assassination Of R F
K & The Robert...

**$19.95** 

Buy It Now
Free shipping



IRON HORSE MAY 1984
INDIAN MOTOR WOR...

**$16.99**

Buy It Now
Free shipping



Ming Xi covers the
Bvlgari supplement...

**$14.99**

Buy It Now
Free shipping

## Sponsored Links

**Get Background & Criminal**
www.beenverified.com/Find-Anyone
History on Anyone Today Search by Name, Phone & Address Now

| Background Checks | Criminal Records |
| Public Records | Find Contact Information |

**We Found:Angela Taylor**
www.peoplesmart.com/
1) Contact **Angela Taylor** - Free Info! 2) Current Address, Phone & More.

| Search by Phone | Search by Email |
| Background Checks | Search by Address |

**Dr. Tyler's Profile**
www.zocdoc.com/Dr.Tyler
Read Reviews, Check Certifications. Book Your Appointment Online- Free!

**Cole Haan Gift Guide**
www.colehaan.com/
Merry & Bright: Visit ColeHaan.com to See Our 2013 Guide to Giving.

 **Complete Thanksgiving meal–just $2.03** **HELP NOW**  

AdChoice

Back to search results                                                                                Return to top

More to explore :   Paris Hilton Book,   Paris Hilton Magazine

Community      About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 33

eBay    Shop by category    [All Categories ▾]    Search    Advanced

◁  Back to search results | Listed in category:    Entertainment Memorabilia  >  Television Memorabilia  >  Photographs  >  2000-Now  >  Color



### Jeri Ryan 8x10 photo Star Trek Voyager, Down with Love, Body of Proof

Item condition: --

✉ f 🐦 📌 | Add to watch list

FREE SHIPPING

Mouse over image to zoom

Price:  US $7.95

Buy It Now

Add to cart 🛒

1 watcher

Add to watch list ▾

eBay Buyer Protection

Free Shipping

**Seller information**
tensistersimages (2116 ⭐ )
99.8% Positive feedback

Save this seller
See other items
Visit store: 🏬 Ten Sisters Images

$ Have one to sell?  Sell it yourself

BillMeLater  **New customers get $10 back on 1st purchase**
Subject to credit approval.  See terms

Shipping:  **FREE** Standard Shipping | See details
Item location:  United States
Ships to:  Americas, Europe, Asia, Australia

Delivery:  ▶ Estimated between **Thu. Oct. 3 and Mon. Oct. 7** ⓘ
This item has an extended handling time and a delivery estimate greater than 16 business days.

Payments:  **PayPal**, Bill Me Later | See details

Returns:  30 days money back or item exchange, buyer pays return shipping | Read details

**250 FREE Business Cards**
Order in minutes. Receive in as few as 3 days.
+ 1 FREE stamp
Vistaprint    Order Now ▶
AdChoice ▷


eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

| Description | Shipping and payments | | Print | Report item |
|---|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  251338494940

### Item specifics

| | | | |
|---|---|---|---|
| Original/Reproduction: | Original | Condition: | New |
| Type: | Original | | |



**Jeri Ryan 8x10 photo Star Trek Voyager, Down with Love, Body of Proof**

Shipping Info

**Description**

**** 8" x 10" Photograph not a copy or ink jet but a professional photograph.

From original slide material - good photo but not crystal clear like current technology. Color is pink tones like shown here. The words will not be on your copy. Please buy understanding this. Thanks!



**Jeri Ryan

**Photo is very clear unlike the image here because we try to stop people from coping them or printing them off.

All auctions are shipped as quickly as possible but this can take up to 10 days. We ship out all orders during the week.

Free shipping on this item within the United States.

Thank you for looking Check out my other items!

## Shipping Info

ALL PHOTOS ARE MADE IN AMERICA!!!!!!

WE SHIP OUT DAILY DURING NOVEMBER AND DECEMBER FOR THE CHRISTMAS HOLIDAYS!! Give us a try!

1. If you have questions email us before the end of the auction. If you have a PROBLEM with ANYTHING please email us before leave feedback or even bidding on the item.

2. Most images are clear we just do not post the clearest image tired of people coping them from here. If it is not Clear we tell you above in the auction as being fair, ok, so-so. Also if it is from a slide.

3. We do combine shipping, however that means that each additional item has a REDUCE RATE not a flat rate.

4. INTERNATIONAL SHIPPING is CURRENT cost of flat envelope rate. Email us for amount if concerned.

5. WE WILL NOT COMBINE SHIPPING ON GLASSWARE PERIOD! WE ARE JUST NOT LUCKY TO HAVE IT GET YOU YOU UNBROKEN AND WE WANT YOU AS HAPPY CUSTOMERS - PLEASE stop asking!!!

6. We do combine shipping on all other items except the GLASSWARE WHICH IS NOT COMBINED AT ALL. The checkout system combines the postage to provide you the best rates. We can't correctly combine it when you email us we can only give you rough estimates.

7. All photographs that are listed are from a professional photograph development lab or licensed sellers. We do not sell ink-jet copies or home generated copies.

8. All auctions are shipped as quickly as possible but this can take up to 10 days. We ship out all orders during the week. If you are concerned about your order getting to you, please add $1.30 for insurance. Once a package is shipped out to you we will not reship unless it is insured. Sorry but this option is ONLY available in the USA.

9. INTERNATIONAL BIDDERS/BUYERS: Import duties, taxes and charges are not included in the item price or shipping & handling charges. These charges are not additional shipping



charges and are the buyer's responsibility. Please check with your country's customs office to determine these additional charges, if any, prior to bidding. We don't under-value merchandise or mark the item as a gift on customs forms. Doing that is against U.S. and international laws.

Thanks for looking!



## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

## Sponsored Links

**Trek Voyager Poster**
www.cafepress.com/Star-Trek
Great Gifts for **Star Trek** Fans. Shop 1000+ Unique Designs Here!

Star Trek Gifts              Star Trek Apparel
Star Trek Kids Apparel       Star Trek Stickers

**Watch Star Trek: Voyager**
movies.netflix.com/StarTrekVoyager
Free Trial. Watch Instantly. TV Shows & Movies anytime anywhere

1 Month Free Trial    Watch on TVs and Tablets

**Watch Star Trek Voyager**
www.hulu.com/star-trek-voyager
Watch **Star Trek Voyager** Episodes. Watch on your TV & More. Try it Now

**8x10 Photo**
www.about.com/8x10+Photo
**8x10 Photo** Search Now! Over 60 Million Visitors.

**Plymouth Voyager Photos**
www.kbb.com/PlymouthVoyager
Get **Photos**, Prices, Ratings, Local Dealer Quotes at Kelley Blue Book®.

**Poster Jeri Ryan Sale**
www.allposters.com/
Find any Poster **Jeri Ryan** at The World's Largest Poster Store!

**Star Trek Voyager Poster**
www.wow.com/Star+Trek+Voyager+Poster
Search for **Star Trek Voyager** Poster Find Fast Results



AdChoice

Back to search results                                                                                                        Return to top
More to explore :   Photo Proof,   Star Trek Voyager Script,   Jennifer Love Hewitt Photo,   Star Wars Autograph 8x10,   Meg Ryan Photo

About eBay      Community      Announcements      Security Center      Resolution Center      Policies      Site Map      eBay official time      Preview new features      Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals

My eBay    Sell    Community    Customer Support    Cart

X



### Description

**** 8" x 10" Photograph not a copy or ink jet but a professional photograph.

From original slide material - good photo but not crystal clear like current technology. Color is pink tones like shown here. The words will not be on your copy. Please buy understanding this. Thanks!



**Jeri Ryan

**Photo is very clear unlike the image here because we try to stop people from coping them or printing them off.

All auctions are shipped as quickly as possible but this can take up to 10 days. We ship out all orders during the week.

Free shipping on this item within the United States.

Thank you for looking Check out my other items!

## Shipping Info

ALL PHOTOS ARE MADE IN AMERICA!!!!!!

WE SHIP OUT DAILY DURING NOVEMBER AND DECEMBER FOR THE CHRISTMAS HOLIDAYS!! Give us a try!

1. If you have questions email us before the end of the auction. If you have a PROBLEM with ANYTHING please email us before leave feedback or even bidding on the item.

2. Most images are clear we just do not post the clearest image tired of people coping them from here. If it is not Clear we tell you above in the auction as being fair, ok, so-so. Also if it is from a slide.

3. We do combine shipping, however that means that each additional item has a REDUCE RATE not a flat rate.

4. INTERNATIONAL SHIPPING is CURRENT cost of flat envelope rate. Email us for amount if concerned.

5. WE WILL NOT COMBINE SHIPPING ON GLASSWARE PERIOD! WE ARE JUST NOT LUCKY TO HAVE IT GET YOU YOU UNBROKEN AND WE WANT YOU AS HAPPY CUSTOMERS - PLEASE stop asking!!!

6. We do combine shipping on all other items except the GLASSWARE WHICH IS NOT COMBINED AT ALL. The checkout system combines the postage to provide you the best rates. We can't correctly combine it when you email us we can only give you rough estimates.

7. All photographs that are listed are from a professional photograph development lab or licensed sellers. We do not sell ink-jet copies or home generated copies.

8. All auctions are shipped as quickly as possible but this can take up to 10 days. We ship out all orders during the week. If you are concerned about your order getting to you, please add $1.30 for insurance. Once a package is shipped out to you we will not reship unless it is insured. Sorry but this option is ONLY available in the USA.

9. INTERNATIONAL BIDDERS/BUYERS: Import duties, taxes and charges are not included in the item price or shipping & handling charges. These charges are not additional shipping



charges and are the buyer's responsibility. Please check with your country's customs office to determine these additional charges, if any, prior to bidding. We don't under-value merchandise or mark the item as a gift on customs forms. Doing that is against U.S. and international laws.

Thanks for looking!



Powered by channeladvisor

---

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

---

Sponsored Links

**Trek Voyager Poster**
www.cafepress.com/Star-Trek
Great Gifts for **Star Trek** Fans. Shop 1000+ Unique Designs Here!

Star Trek Gifts              Star Trek Apparel
Star Trek Kids Apparel       Star Trek Stickers

**Watch Star Trek: Voyager**
movies.netflix.com/StarTrekVoyager
Free Trial. Watch Instantly. TV Shows & Movies anytime anywhere

1 Month Free Trial    Watch on TVs and Tablets

**Watch Star Trek Voyager**
www.hulu.com/star-trek-voyager
Watch **Star Trek Voyager** Episodes. Watch on your TV & More. Try it Now

**8x10 Photo**
www.about.com/8x10+Photo
**8x10 Photo** Search Now! Over 60 Million Visitors.

**Plymouth Voyager Photos**
www.kbb.com/PlymouthVoyager
Get **Photos**, Prices, Ratings, Local Dealer Quotes at Kelley Blue Book®.

**Poster Jeri Ryan Sale**
www.allposters.com/
Find any Poster **Jeri Ryan** at The World's Largest Poster Store!

**Star Trek Voyager Poster**
www.wow.com/Star+Trek+Voyager+Poster
Search for **Star Trek Voyager** Poster Find Fast Results



AdChoice

Back to search results

Return to top

More to explore : Photo Proof, Star Trek Voyager Script, Jennifer Love Hewitt Photo, Star Wars Autograph 8x10, Meg Ryan Photo

About eBay Community Announcements Security Center Resolution Center Policies Site Map eBay official time Preview new features Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 34



Hi! Sign in or register | Daily Deals | Sell | Customer Support    My eBay    Cart

Shop by category    All Categories    Search    Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Autographs-Original > Television

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# Tawny Kitten Autographed 8x10 Color Photo (Item #AE40)

Item condition: --

Time left: 3d 03h (Sep 30, 2013 13:44:29 PDT)

Starting bid: US $32.89 [ 0 bid ]

Place bid

Enter US $32.89 or more

Price: US $42.76

Buy It Now

Add to cart

Add to watch list

Add to collection

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **FREE** Standard Shipping | See details
Item location: San Bernardino, California, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between **Tue. Oct. 1 and Fri. Oct. 4**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

| Add to watch list

Seller information
**philcobb** (331 )
100% Positive feedback

Follow this seller
See other items

AdChoice

Description | Shipping and payments    Print | Report item

eBay item number: 181226089076

Seller assumes all responsibility for this listing.

## Tawny Kitten Autographed 8x10 color Photo

**COA From Autographs Etc**

All of my autographed photos have <u>authentic, original</u> (not reprinted) autographs. They are stored with acid-free boards (mats) in closed bags. Contact me if you have any questions about the autograph & what kind of authentication comes with it.

### U.S. Shipping & Handling

**Item will be mailed within 1 business day of payment**.

**All photos are mailed in stiff photo mailers.If you want the photo shipped in a box or some other way, the cost of shipping will be more.Contact me prior to purchase so I can send you an invoice for the extra shipping charges, all photos are mailed in bags with acid free boards (mats).**

I will combine shipping for multiple purchases if purchased on the same day.For Buy It Now items, please contact me prior to purchase.That way I won't have to refund excessive shipping charges and I can send you an invoice for the charges.

Shipping rate is based on the actual weight of all items purchased plus a shipping & handling fee.The combined handling fee is the greatest handling price plus 50 cents for each additional item, in addition to the shipping cost by weight.

## International Shipping

Item will be mailed within 1 business day of purchase. **Please remember that it can take 3 to 6 weeks to receive item.**
For First Class International, which is the least expensive way and is limited to 4 pounds, I will provide a Customs Label but it does not have to be scanned by USPS.I have no way to track the package.

**All photos are mailed in stiff photo mailers.If you want the photo shipped in a box or some other way, the cost of shipping will be more.Contact me prior to purchase so I can send you an invoice for the extra shipping charges, all photos are mailed in bags with acid free boards (mats).**

Shipping rate is based on the actual weight of all items purchase plus a shipping & handling fee.The combined handling fee is the greatest handling price plus 50 cents for each additional item, in addition to the shipping cost by weight.

**International Buyers Import Duties, taxes, etc.**

Import duties, taxes, and charges are not included in the item price or shipping cost. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding or buying.
I will not break US or International law so I won't under-value merchandise or mark the item as a "gift" on customs forms

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

People who shopped for this item also bought

Feedback on our suggestions



**CHRISTOPHER ATKINS HAND SIGNED 8X10...**

$19.99
0 bids



**CHERYL LADD - 8x10 COLOR PHOTO - RA...**

$9.95
Buy It Now



Original Vintage 1920's 8x10 Hand...



**DAVID MAZOUZ "TOUCH" HAND SIGN...**



**OLIVIA NEWTON-JOHN STUDIO POSE 8X10...**

See what other people are watching

Feedback on our suggestions



"The Simpsons" Bret McKenzie signed 8x...

$9.99
0 bids



**FRANK LUMPY BANK OF LEAVE IT TO**

$26.99
Buy It Now



**GENE AUTRY AUTOGRAPHED PHOTO**

$9.99
0 bids



Autographed Salute Your Shorts Bluray w/...

$25.00
Buy It Now
Free shipping



James Doohan Star Trek Signed 8X10 Photo...

$59.95
Buy It Now
Free shipping

### Sponsored Links

**Kittens**
losangeles.ebayclassifieds.com/
Find Cute **Kittens**! LA Area - Free Cats Classifieds.

**Tawny Kitten**
www.yahoo.com/
Looking for **Tawny Kitten**? Find exactly what you want today.

**Autographed Items**
www.shop411.com/Autographed+Items
Find our Lowest Possible Price! **Autographed Items** for Sale

**24 Hour Pet Emergency**
www.accessvetmed.com/
Accidents, Injuries, Trauma Always a Veterinarian In Hospital


GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.   Apply Now
AdChoice

Back to search results                                                                 Return to top

More to explore :   Autographed Items,   Elvis 8x10 Photos,   Autographed Jazz Photo,   Autographed Photo Big Bang,   Andy Griffith Autograph Photo

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time
Preview new features    Contact us    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.




Hi! Sign in or register    |    Daily Deals    |    Sell    |    Customer Support    My eBay    Cart



## Tawny Kitten Autographed 8x10 color Photo

**COA From Autographs Etc**

All of my autographed photos have <u>authentic, original</u> (not reprinted) autographs. They are stored with acid-free boards (mats) in closed bags. Contact me if you have any questions about the autograph & what kind of authentication comes with it.

### U.S. Shipping & Handling

**Item will be mailed within 1 business day of payment**.

**All photos are mailed in stiff photo mailers.If you want the photo shipped in a box or some other way, the cost of shipping will be more.Contact me prior to purchase so I can send you an invoice for the extra shipping charges, all photos are mailed in bags with acid free boards (mats).**

I will combine shipping for multiple purchases if purchased on the same day.For Buy It Now items, please contact me prior to purchase.That way I won't have to refund excessive shipping charges and I can send you an invoice for the charges.

Shipping rate is based on the actual weight of all items purchased plus a shipping & handling fee.The combined handling fee is the greatest handling price plus 50 cents for each additional item, in addition to the shipping cost by weight.

## International Shipping

Item will be mailed within 1 business day of purchase. **Please remember that it can take 3 to 6 weeks to receive item.**
For First Class International, which is the least expensive way and is limited to 4 pounds, I will provide a Customs Label but it does not have to be scanned by USPS.I have no way to track the package.

**All photos are mailed in stiff photo mailers.If you want the photo shipped in a box or some other way, the cost of shipping will be more.Contact me prior to purchase so I can send you an invoice for the extra shipping charges, all photos are mailed in bags with acid free boards (mats).**

Shipping rate is based on the actual weight of all items purchase plus a shipping & handling fee.The combined handling fee is the greatest handling price plus 50 cents for each additional item, in addition to the shipping cost by weight.

**International Buyers Import Duties, taxes, etc.**

Import duties, taxes, and charges are not included in the item price or shipping cost. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding or buying.
I will not break US or International law so I won't under-value merchandise or mark the item as a "gift" on customs forms

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

People who shopped for this item also bought

Feedback on our suggestions



**CHRISTOPHER ATKINS HAND SIGNED 8X10...**
$19.99
0 bids



**CHERYL LADD - 8x10 COLOR PHOTO - RA...**
$9.95
Buy It Now



Original Vintage 1920's 8x10 Hand...



DAVID MAZOUZ "TOUCH" HAND SIGN...



OLIVIA NEWTON-JOHN STUDIO POSE 8X10...

See what other people are watching

Feedback on our suggestions



"The Simpsons" Bret McKenzie signed 8x...
$9.99
0 bids



FRANK LUMPY BANK OF LEAVE IT TO
$26.99



GENE AUTRY AUTOGRAPHED PHOTO
$9.99
0 bids



Autographed Salute Your Shorts Bluray w/...
$25.00
Buy It Now
Free shipping



James Doohan Star Trek Signed 8X10 Photo...
$59.95
Buy It Now
Free shipping

## Sponsored Links

**Kittens**
losangeles.ebayclassifieds.com/
Find Cute **Kittens**! LA Area - Free Cats Classifieds.

**Tawny Kitten**
www.yahoo.com/
Looking for **Tawny Kitten**? Find exactly what you want today.

**Autographed Items**
www.shop411.com/Autographed+Items
Find our Lowest Possible Price! **Autographed Items** for Sale

**24 Hour Pet Emergency**
www.accessvetmed.com/
Accidents, Injuries, Trauma Always a Veterinarian In Hospital



AdChoice

Back to search results                                                                 Return to top
More to explore :   Autographed Items,   Elvis 8x10 Photos,   Autographed Jazz Photo,   Autographed Photo Big Bang,   Andy Griffith Autograph Photo

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time
Preview new features    Contact us    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

    

# Exhibit 35





Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Collectibles > Science Fiction & Horror > Star Trek > Deep Space Nine

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# 8 x 10 glossy Chase Masterson "Leeta" Signed Authentic Signature

Item condition: **New**

Add to watch list

Price: US $19.99

Buy It Now

Add to cart

Best Offer: Make Offer

Add to watch list

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$4.99** Standard Shipping | See details
Item location: Parker, Colorado, United States
Ships to: United States and many other countries | See details

Delivery: Estimated between **Tue. Sep. 10 and Mon. Sep. 16**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

Seller information
**bswitco** (522 )
99.7% Positive feedback

Save this seller
See other items
Visit store: Rocky Mountain Eco...

ebay deals
DEALS.
FOR REALS.
Free Shipping
Shop now ▸

AdChoice

## People who viewed this item also viewed

Feedback on our suggestions

Marina Sirtis Autographed 8x10...
**$15.00**

William Shatner - Star Trek Captain Kirk -...
**$26.00**

COOL!! "THE BUFFY CAST" SIGNED 8X10...
**$4.99**

Autographed by Renee O'Connor & Lucy...
**$25.00**

Description | Shipping and payments | Print | Report item

eBay item number: 200961214147

Seller assumes all responsibility for this listing.

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing ... Read more

Rocky Mountain Eco Auctions | Visit my eBay store

Add this store to favorites | Sign up for newsletter

[ ] [Search Store]

SALE Items On Sale

# 8 x 10 Glossy of "Leeta" from Star Trek Deep Space Nine
## Signed by Chase Masterson
## Glossy is in great shape and signed in gold writing
## Check out my other Star Trek Auctions on ebay
## Lowest price on ebay
## I give volume and multiples discounts
## if you find a lower price, I will beat it!
## Item will be packed and shipped same day in most cases
## Please feel free to contact me with questions
## I am proud of my feedback score
## I appreciate the opportunity to satisfy on every transaction
## Please ask questions BEFORE bidding or purchasing

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links

**Autograph Auction**
www.pristineauction.com/
Auction Ends Tonight **Autograph** Consignment Auction
Register To Bid       Consign
Browse Live Auction

**Bankruptcy $499.00**
www.hansslerlaw.com/
Specializing in BK since 1981 Chap 7 & 13 our specialty
Bankruptcy     Chapter 7
Chapter 13

**Authentic Signature sale**
www.sales-xmas.com/Authentic+Signature
**Authentic Signature** up to 75% off Order today with free shipping!

**Shop Signature Hardware**
www.signaturehardware.com/
Shop In-Stock Selection. Quality Hardware, Plumbing and Housewares.

**Nations Choice Mortgage**
www.nationschoicemortgage.com/
We have Lower Mortgage Rates! Get an Instant Mortgage Quote now



Back to search results Return to top

More to explore : Chase Masterson, Authentic Road Sign, Jim Lee Signed X-men, X-Men 1 Signed Jim Lee, X-15 Signed

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi! Sign in or register | Daily Deals | Sell | Customer Support | CYBER MONDAY DEAL FRENZY | My eBay | Cart

Description | Shipping and payments | Print | Report item

eBay item number: 190988357746

Seller assumes all responsibility for this listing.

**Item specifics**

| | |
|---|---|
| Condition: | **Used :** |
| Seller Notes: | "Excellent!" |

Chase Masterson Signed Glossy 8 x 10 Authentic From Deep Space Nine | eBay    12/12/13 6:18 PM



**Rocky Mountain Eco Auctions**

Visit my eBay store

Sign up for newsletter

[        ] Search Store

Items On Sale

# 100% authentic Signature From
# Chase Masterson of Deep Space Nine
# 8 x 10 glossy signed in silver
# Photo is in excellent condition!

### Best price on ebay
### I give volume and multiples discounts
### check out my store for other great items
### If you find a lower price, please bring it to my attention and I will beat it!
### I am experienced in shipping all types of items from large to small, expensive or not.
### Your item will be packed with care to arrive safely.
### Item will be packed and shipped same day in most cases
### Please feel free to contact me with questions
### I am proud of my feedback score
### I appreciate the opportunity to satisfy on every transaction
### My #1 priority is satisfied ebayers
Please ask questions BEFORE bidding or purchasing

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

People who shopped for this item also looked at

Feedback on our suggestions







 1992 Star Trek USS Enterprise Captain...
**$3.99**
0 bids
Free shipping

 Star Trek - Next gen. Space Talk series -...
**$25.00**
Buy It Now

 STAR TREK: The Collector's Edition...
**$7.95**
0 bids
Free shipping

 Star Trek: Enterprise TV Series Command...
**$16.50**
Buy It Now
Free shipping

 HALLMARK KEEPSAKE STAR TREK FUTURE...
**$16.99**
0 bids

## See what other people are watching

Feedback on our suggestions

‹

 RARE Star Trek DS9 Mobile solar system
**$1,500.00**
Buy It Now
Free shipping

 STAR TREK "DS9" JOURNAL with...
**$6.29**
Buy It Now

 Star Trek: Deep Space Nine Defiant...
**$9.99**
Buy It Now
Free shipping

 STAR TREK DEEP SPACE NINE 9 OFFICI...
**$499.00**
0 bids
Free shipping

 Star Trek - New Boxed set of 5 new Applau...
**$50.00**
Buy It Now
Free shipping

›

## Sponsored Links



Baby Shower Invitations - Nine...
**$22.40**
Free Shipping
Tiny Prints

Baby Shower Invitations - Nine...
**$22.40**
Free Shipping
Tiny Prints

Baby Shower Invitations - Nine...
**$22.40**
Free Shipping
Tiny Prints

Blair Chasing Snowflakes Puzzle
**$16.99**
+ $6.99 Shipping
BLAIR.com

Turquoise Glossy Gift Wrap, 24 x 417'
**$118.00**
+ $12.91 Shipping
Bags and Bows Online

GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

Back to search results                                                    Return to top
More to explore :   Chase Masterson,   Space Signed,   Star Trek Deep Space Nine Autograph,   Star Trek Deep Space Nine Comic,   Malcolm x Autograph

Community   About eBay   Announcements   Security Center   Resolution Center   Seller Information Center   Policies   Site Map   eBay official time
Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 36





Hi! Sign in or register | Daily Deals | Sell | Customer Support | CYBER MONDAY DEAL FRENZY | My eBay | Cart

ebay Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Collectibles > Science Fiction & Horror > Star Trek > Deep Space Nine

FREE SHIPPING

Mouse over image to zoom

$ Have one to sell? Sell it yourself

# Chase Masterson signed glossy 8 x 10 Autograph Leeta Leta Deep Space Nine

Item condition: **Used**
"*Excellent!*"

| Add to watch list

Price: **US $21.99** | Buy It Now | Add to cart

Best Offer: | Make Offer
Add to watch list
Add to collection

| Hassle-free Returns | Best offer available | Free Shipping |
|---|---|---|

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **FREE** Standard Shipping | See details
Item location: **Parker, Colorado, United States**
Ships to: United States and many other countries | See details

Delivery: On or before **Fri. Dec. 06** to 90623
Estimated by eBay **FAST 'N FREE**

Payments: PayPal, Bill Me Later | See details

Returns: Hassle-free returns | Learn more
14 days money back, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

## Seller information
**bswitco** (755 ★)
99.6% Positive feedback
Top Rated Plus

Follow this seller
See other items
Visit store: Rocky Mountain Eco...

AdChoice

## People who viewed this item also viewed

Feedback on our suggestions

~Franklin Mint Star Trek Deep Space Ni...
**$148.38**
Free shipping

Star Trek Deep Space Nine Filming Miniatu...
**$39.99**

Micro Machines Star Trek Deep Space Ni...
**$9.95**

Star Trek Deep Space Nine Runabout Desi...
**$29.99**

**Description** | **Shipping and payments** | Print | Report item

eBay item number: 190988357746

Seller assumes all responsibility for this listing.

### Item specifics

| | |
|---|---|
| Condition: | **Used :** |
| Seller Notes: | "Excellent!" |

## Rocky Mountain Eco Auctions

Visit my eBay store

Sign up for newsletter

[Search Store]

 Items On Sale

**100% authentic Signature From
Chase Masterson of Deep Space Nine
8 x 10 glossy signed in silver
Photo is in excellent condition!**

**Best price on ebay
I give volume and multiples discounts
check out my store for other great items
If you find a lower price, please bring it to my attention and I will beat it!
I am experienced in shipping all types of items from large to small, expensive or not.
Your item will be packed with care to arrive safely.
Item will be packed and shipped same day in most cases
Please feel free to contact me with questions
I am proud of my feedback score
I appreciate the opportunity to satisfy on every transaction
My #1 priority is satisfied ebayers**
Please ask questions BEFORE bidding or purchasing

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

People who shopped for this item also looked at

Feedback on our suggestions







 1992 Star Trek USS Enterprise Captain...
**$3.99**
0 bids
Free shipping

 Star Trek - Next gen. Space Talk series -...
**$25.00**
Buy It Now

 STAR TREK: The Collector's Edition...
**$7.95**
0 bids
Free shipping

 Star Trek: Enterprise TV Series Command...
**$16.50** 🏆
Buy It Now
Free shipping

 HALLMARK KEEPSAKE STAR TREK FUTURE...
**$16.99**
0 bids

## See what other people are watching

Feedback on our suggestions

‹  RARE Star Trek DS9 Mobile solar system
**$1,500.00**
Buy It Now
Free shipping

 STAR TREK *DS9* JOURNAL with...
**$6.29**
Buy It Now

 Star Trek: Deep Space Nine Defiant...
**$9.99** 🏆
Buy It Now
Free shipping

 STAR TREK DEEP SPACE NINE 9 OFFICI...
**$499.00**
0 bids
Free shipping

 Star Trek - New Boxed set of 5 new Applau...
**$50.00** 🏆
Buy It Now
Free shipping ›

## Sponsored Links



Baby Shower Invitati ons - Nine...
**$22.40**
Free Shipping
Tiny Prints

Baby Shower Invitati ons - Nine...
**$22.40**
Free Shipping
Tiny Prints

Baby Shower Invitati ons - Nine...
**$22.40**
Free Shipping
Tiny Prints

Blair Chasing Snowfl akes Puzzle
**$16.99**
+ $6.99 Shipping
BLAIR.com

Turquoise Glossy Gift Wrap, 24 x 417'
**$118.00**
+ $12.91 Shipping
Bags and Bows Onlin e

ebay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only. **Apply Now**
AdChoice ▷

Back to search results                                                                 Return to top

More to explore : Chase Masterson, Space Signed, Star Trek Deep Space Nine Autograph, Star Trek Deep Space Nine Comic, Malcolm x Autograph

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time
Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support

CYBER MONDAY
DEAL FRENZY

My eBay | Cart



Description | Shipping and payments

Print | Report item

Seller assumes all responsibility for this listing.

eBay item number: 190988357746

**Item specifics**

| Condition: | **Used** : |
| Seller Notes: | "Excellent!" |



## Rocky Mountain Eco Auctions

Visit my eBay store

Sign up for newsletter

[Search Store]

🔴 Items On Sale

**100% authentic Signature From**
**Chase Masterson of Deep Space Nine**
**8 x 10 glossy signed in silver**
**Photo is in excellent condition!**

**Best price on ebay**
**I give volume and multiples discounts**
**check out my store for other great items**
**If you find a lower price, please bring it to my attention and I will beat it!**
**I am experienced in shipping all types of items from large to small, expensive or not.**
**Your item will be packed with care to arrive safely.**
**Item will be packed and shipped same day in most cases**
**Please feel free to contact me with questions**
**I am proud of my feedback score**
**I appreciate the opportunity to satisfy on every transaction**
**My #1 priority is satisfied ebayers**
Please ask questions BEFORE bidding or purchasing

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

---

People who shopped for this item also looked at

Feedback on our suggestions

    


1992 Star Trek USS
Enterprise Captain...
**$3.99**
0 bids
Free shipping


Star Trek - Next gen.
Space Talk series -...
**$25.00**
Buy It Now


STAR TREK: The
Collector's Edition...
**$7.95**
0 bids
Free shipping


Star Trek: Enterprise TV
Series Command...
**$16.50** 🏅
Buy It Now
Free shipping


HALLMARK KEEPSAKE
STAR TREK FUTURE...
**$16.99**
0 bids

## See what other people are watching

Feedback on our suggestions

‹  
RARE Star Trek DS9
Mobile solar system
**$1,500.00**
Buy It Now
Free shipping


STAR TREK "DS9"
JOURNAL with...
**$6.29**
Buy It Now


Star Trek: Deep Space
Nine Defiant...
**$9.99** 🏅
Buy It Now
Free shipping


STAR TREK DEEP
SPACE NINE 9 OFFICI...
**$499.00**
0 bids
Free shipping


Star Trek - New Boxed
set of 5 new Applau...
**$50.00** 🏅
Buy It Now
Free shipping  ›

## Sponsored Links



Baby Shower Invitati
ons - Nine...
**$22.40**
Free Shipping
Tiny Prints

Baby Shower Invitati
ons - Nine...
**$22.40**
Free Shipping
Tiny Prints

Baby Shower Invitati
ons - Nine...
**$22.40**
Free Shipping
Tiny Prints

Blair Chasing Snowfl
akes Puzzle
**$16.99**
+ $6.99 Shipping
BLAIR.com

Turquoise Glossy Gift
Wrap, 24 x 417'
**$118.00**
+ $12.91 Shipping
Bags and Bows Onlin
e

eBay  GET $30 BACK  as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.  Apply Now  AdChoice

Back to search results                                                           Return to top
More to explore :   Chase Masterson,   Space Signed,   Star Trek Deep Space Nine Autograph,   Star Trek Deep Space Nine Comic,   Malcolm x Autograph

Community    About eBay    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time
Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 37



Hi! Sign in or register | Daily Deals | Sell | Customer Support | CYBER MONDAY DEAL FRENZY | My eBay | Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Autographs-Original > Television

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# Chase Masterson Star Trek Deep Space Nine Autographed / Signed 8x10 Photograph

Item condition: --

"*Excellent*"

Time left: 28d 21h (Dec 31, 2013 15:39:01 PST)

Add to watch list

Price: **US $19.95**

Buy It Now

Add to cart

Add to watch list

Add to collection

100% positive Feedback

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$6.95** Standard Shipping | See details
Item location: **Kansas City, Missouri, United States**
Ships to: **Worldwide**

Delivery: Estimated between **Wed. Dec. 4 and Tue. Dec. 10**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

**Seller information**
**vintage81** (3443 ★)
100% Positive feedback

Follow this seller
See other items
Visit store: Gallery Of Objects

ebay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
**Up to 70% off**
Gifts for everyone on your list—**with a free eBay tote***
SHOP THE COLLECTIONS

*Free with purchase, while supplies last.
AdChoice

**Description** | **Shipping and payments** | Print | Report item

eBay item number: 281219067794

Seller assumes all responsibility for this listing.

Seller Notes: "Excellent"

## Gallery Of Objects

Visit my eBay store

Sign up for newsletter

## Store Categories

Store home
Pottery
Art
Antiques
Textiles
Autographs
Glass
Native American
Advertising
Sports Cards
Books
Metalware
Bronze
Cast Iron
Staffordshire
Asian
Artifacts
Military
Folk Art
Mid Century Design
Decorative Arts
Lamps
Jewelry
Western
Historical
Seasonal
Toys
Primitives
Movie Memorabilia
Pressbooks
Vintage

## Chase Masterson Star Trek Deep Space Nine Autographed / Signed 8x10 Photograph

- We have purchased another wonderful collection of movie memorabilia from the estate of Bill ? Undisclosed?, a lifetime collector of wonderful items related to film; we will be listing most of these items for sale in our store over the next few months

- Here we have a very nice autographed 8x10 glossy color photograph of Chase Masterson Signed "To Bill with (Heart) God Bless you! XO Chase Masterson"

- Estate Fresh!

- Would make a welcome addition to any collection

- All of our listings are 100% unconditionally guaranteed authentic and as described

- Measurements: 8" x 10"

Please e-mail us with any questions.

## THANKS FOR LOOKING!

Purchaser pays $6.95 for shipping, handling and delivery confirmation



Powered by Selling Manager Pro

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00006

Sponsored Links



**Star Trek Klingon D7 Battle Cruiser...**
**$5.99**
+ $5.95 Shipping
T.G.F. Toys



**Star Trek Borg Cube Light-Up Key Chain**
**$15.99**
+ $6.95 Shipping
EntertainmentEarth.com



**Film Cells USFC2834 Star Trek Through...**
**$199.95**
Free Shipping
Walmart.com



**Film Cells USFC2145 Star Trek - The...**
**$89.95**
Free Shipping
Walmart.com



**Film Cells USFC2792 Star Trek - The...**
**$43.58**
Free Shipping
Walmart.com



AdChoice

Back to search results                                                                                                      Return to top

Related buying guides :   In-Person AUTOGRAPHS Collecting Etiquette,   Jennifer Aniston Signature Study,   HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS

More to explore :   Star Wars Autograph 8x10,   Star Trek Autographed Photo,   Star Wars 8x10,   Signed 8x10 COA,   Star Trek Signed Poster

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support     CYBER MONDAY     My eBay     Cart
DEAL FRENZY



Store Categories

Store home
Pottery
Art
Antiques
Textiles
Autographs
Glass
Native American
Advertising
Sports Cards
Books
Metalware
Bronze
Cast Iron
Staffordshire
Asian
Artifacts
Military
Folk Art
Mid Century Design
Decorative Arts
Lamps
Jewelry
Western
Historical
Seasonal
Toys
Primitives
Movie Memorabilia
Pressbooks
Vintage

## Chase Masterson Star Trek Deep Space Nine  Autographed / Signed 8x10  Photograph

- We have purchased another wonderful collection of movie memorabilia from the estate of Bill ? Undisclosed?, a lifetime collector of wonderful items related to film; we will be listing most of these items for sale in our store over the next few months

- Here we have a very nice autographed 8x10 glossy color photograph of Chase Masterson Signed "To Bill with (Heart) God Bless you! XO Chase Masterson"

- Estate Fresh!

- Would make a welcome addition to any collection

- All of our listings are 100% unconditionally guaranteed authentic and as described

- Measurements: 8" x 10"

Please e-mail us with any questions.

## THANKS FOR LOOKING!

Purchaser pays $6.95 for shipping, handling and delivery confirmation



Powered by Selling Manager Pro

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00006

## Sponsored Links



Star Trek Klingon D7
Battle Cruiser...

**$5.99**
+ $5.95 Shipping

T.G.F. Toys



Star Trek Borg Cube
Light-Up Key Chain

**$15.99**
+ $6.95 Shipping

EntertainmentEarth.com



Film Cells USFC2834
Star Trek Through...

**$199.95**
Free Shipping

Walmart.com



Film Cells USFC2145
Star Trek - The...

**$89.95**
Free Shipping

Walmart.com



Film Cells USFC2792
Star Trek - The...

**$43.58**
Free Shipping

Walmart.com



ebay GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase
with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

Back to search results                                                                                    Return to top

Related buying guides :   In-Person AUTOGRAPHS Collecting Etiquette,   Jennifer Aniston Signature Study,   HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS

More to explore :   Star Wars Autograph 8x10,   Star Trek Autographed Photo,   Star Wars 8x10,   Signed 8x10 COA,   Star Trek Signed Poster

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support CYBER MONDAY DEAL FRENZY My eBay Cart

Store Categories



Chase Masterson Star Trek Deep Space Nine Autographed / Signed 8x10 Photograph - eBay                    12/2/13 6:15 PM

| | |
|---|---|
| Store home | ### Chase Masterson Star Trek Deep Space Nine  Autographed / Signed 8x10  Photograph |
| Pottery | |
| Art | - We have purchased another wonderful collection of movie memorabilia from the estate of Bill ? |
| Antiques | Undisclosed?, a lifetime collector of wonderful items related to film; we will be listing most of these |
| Textiles | items for sale in our store over the next few months |
| Autographs | |
| Glass | - Here we have a very nice autographed 8x10 glossy color photograph of Chase Masterson |
| Native American | Signed "To Bill with (Heart) God Bless you! XO Chase Masterson" |
| Advertising | |
| Sports Cards | - Estate Fresh! |
| Books | |
| Metalware | - Would make a welcome addition to any collection |
| Bronze | |
| Cast Iron | - All of our listings are 100% unconditionally guaranteed authentic and as described |
| Staffordshire | |
| Asian | - Measurements: 8" x 10" |
| Artifacts | |
| Military | Please e-mail us with any questions. |
| Folk Art | |
| Mid Century Design | ## THANKS FOR LOOKING! |
| Decorative Arts | |
| Lamps | Purchaser pays $6.95 for shipping, handling and delivery confirmation |
| Jewelry | |
| Western | |
| Historical | |
| Seasonal | |
| Toys | |
| Primitives | |
| Movie Memorabilia | |
| Pressbooks | |
| Vintage | |



Powered by Selling Manager Pro

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

`00006`

## Sponsored Links



Star Trek Klingon D7
Battle Cruiser...

**$5.99**
+ $5.95 Shipping

T.G.F. Toys



Star Trek Borg Cube
Light-Up Key Chain

**$15.99**
+ $6.95 Shipping

EntertainmentEarth.com



Film Cells USFC2834
Star Trek Through...

**$199.95**
Free Shipping

Walmart.com



Film Cells USFC2145
Star Trek - The...

**$89.95**
Free Shipping

Walmart.com



Film Cells USFC2792
Star Trek - The...

**$43.58**
Free Shipping

Walmart.com



GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

Back to search results                                                                                    Return to top

Related buying guides :   In-Person AUTOGRAPHS Collecting Etiquette,   Jennifer Aniston Signature Study,   HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS

More to explore :   Star Wars Autograph 8x10,   Star Trek Autographed Photo,   Star Wars 8x10,   Signed 8x10 COA,   Star Trek Signed Poster

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 38







Hi, **Barry**! | Daily Deals    My eBay   Sell   Customer Support   Cart

Shop by category   All Categories   Search   Advanced

Back to search results | Listed in category: Everything Else > Adult Only > Erotic Art & Nudes > Photographs

Mouse over image to zoom

**Have one to sell?** Sell it yourself

# Celebrity Nude- Look A Likes - Anna Kournikova 9

Add to watch list

Item condition: --
"*New Print*"

Quantity: 1   8 available

Price: US $0.99   Buy It Now   Add to cart

1 watcher   Add to watch list

Shipping: **$3.00** Standard Shipping | See details
Item location: United States
Ships to: United States, Canada See exclusions

Delivery: Estimated between **Mon. Sep. 9 and Thu. Sep. 12**

Payments: PayPal, Money order/Cashiers check | See details

Returns: 14 days money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

## Seller information

**grand130** (3159 )
100% Positive feedback

Save this seller
See other items
Visit store: Photo-Cd Shop

ebay deals
DEALS. FOR REALS.
Free Shipping
Shop now ▸
AdChoice

Description | Shipping and payments    Print | Report item

eBay item number: 121165387241

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Seller Notes: | "New Print" | | |
| Orientation: | Straight | Original or Reproduction: | Reproduction |
| Special Interest: | Female Solo, All Girl, All Sex, Big Pussy, Celebrity Sex | Size: | 4 x 6 |

## Photo-Cd Shop

Visit my eBay store

Hi mr_tetris. If you like what you see, browse my Store to find more items you may love.

Add this store to favorites | Sign up for newsletter

Search Store

Mature Audiences Only | Funny Pictures CD

## Store Categories

**Store home**
**Actresses**
**Automobile Pictures**

**The Picture you can Buy here is a High Quality, Digitally reproduced**

**4 x 6 picture of a**

## "Celebrity Nude- Look A Like- Anna Kournikova 9 "

## The Picture Speaks for it's self!

**All of my Photos are Printed on HP Advanced Glossy Photo Paper.**

**(actual print size is 4 x 6)**

**I sell many other things on eBay and invite you to check out my eBay store @**

**stores.ebay.com/Computer-CDs**

**Check out my other items!**

**I offer Shipping Discounts for Multiple Purchases.**

## SPECIAL DISCOUNTS !!!!!

**I am now offering $2.50 ea., off the shipping charges on**

**any number of Pictures after the first Picture. That means**

**you pay the Bid price, plus $3.00 for the first Picture and**

**the Bid Price plus $.50 for each additional Picture.**

**I have changed my format to Fixed Price on all of my listings,**

**so you don't need to worry about being Outbid, so go ahead**

**and Buy as many as you would like.**

| CDs - Mature |
| Celebrities |
| Collectables |
| Custom License Plates |
| Funny Pictures CD |
| Lap Top Computer Tables |
| Mature Audiences Only |
| Natural World Photos |
| Other |

| Questions and answers about this item |
| No questions or answers have been posted about this item. |
| Ask a question |

Celebrity Nude Look A Likes Anna Kournikova 9 | eBay    12/5/13 9:35 PM

00008



Back to search results                                                                                          Return to top

More to explore :   Anna Kournikova,    Hummel Look A Like,    A Heart Like His,    A Shepherd Looks at Psalm 23,    Stampin Up Looks Like Spring

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi, **Barry**! | Daily Deals My eBay Sell Customer Support Cart

Mature Audiences Only | Funny Pictures CD

Store Categories

**Store home**

**Actresses**

**Automobile Pictures**

CDs - Mature
Celebrities
Collectables
Custom License Plates
Funny Pictures CD
Lap Top Computer Tables
Mature Audiences Only
Natural World Photos
Other



**The Picture you can Buy here is a High Quality, Digitally reproduced**

**4 x 6 picture of a**

## "Celebrity Nude- Look A Like- Anna Kournikova 9 "

## The Picture Speaks for it's self!

**All of my Photos are Printed on HP Advanced Glossy Photo Paper.**

**(actual print size is 4 x 6)**

**I sell many other things on eBay and invite you to check out my eBay store @**

**stores.ebay.com/Computer-CDs**

Check out my other items!

**I offer Shipping Discounts for Multiple Purchases.**

## SPECIAL DISCOUNTS !!!!!

**I am now offering $2.50 ea., off the shipping charges on**

**any number of Pictures after the first Picture. That means**

**you pay the Bid price, plus $3.00 for the first Picture and**

**the Bid Price plus $.50 for each additional Picture.**

**I have changed my format to Fixed Price on all of my listings,**

**so you don't need to worry about being Outbid, so go ahead**

**and Buy as many as you would like.**

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Celebrity Nude Look A Likes Anna Kournikova 9 | eBay   5/13 9:35 PM

00008



Back to search results                                                                                                                                    Return to top

More to explore :   Anna Kournikova,   Hummel Look A Like,   A Heart Like His,   A Shepherd Looks at Psalm 23,   Stampin Up Looks Like Spring

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 39