

Hi! Sign in or register | Daily Deals | Sell | Customer Support BLACK FRIDAY COUNTDOWN My eBay Cart

ebay Shop by category All Categories Search Advanced

Back to search results | Listed in category: Sports Mem, Cards & Fan Shop > Vintage Sports Memorabilia > Photos

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# ANNA KOURNIKOVA PHOTO UNSIGNED 8X10 ***SEXY**

Item condition: --

"NO DEFECTS"

Time left: 6d 04h (Nov 30, 2013 14:51:05 PST)

Starting bid: **US $7.99** [ 0 bids ]

Place bid

Enter US $7.99 or more

Price: **US $10.50**

Buy It Now

Add to cart

1 watcher Add to watch list

Add to collection

100% positive
Feedback

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$4.25** Economy Shipping | See details
Item location: **Deerfield Beach, Florida, United States**
Ships to: **United States** See exclusions

Delivery: Estimated between **Sat. Nov. 30 and Mon. Dec. 9**

Payments: PayPal, Bill Me Later | See details

Returns: No returns or exchanges, but item is covered by eBay Buyer Protection.

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

Add to watch list

**Seller information**
**nyc3870** (360)
100% Positive feedback

Follow this seller
See other items

AdChoice

**Description** | **Shipping and payments**

Print | Report item

eBay item number: 261337891570

Seller assumes all responsibility for this listing.

Seller Notes: "NO DEFECTS"

SEXY UNSIGNED 8X10 PHOTO OF FORMER TENNIS PLAYER ANNA KOURNIKOVA

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links



Tennis Express Anna
Kournikova ...

~~$100.00~~ **$69.99**
Free Shipping

Tennis Express



AdChoice

Back to search results                                    Return to top
More to explore : Anna Kournikova Photo, Anna Kournikova, 8x10 Photos Lots, Unsigned Golf Photos, MLB 8x10 Photos

Community   About eBay   Announcements   Security Center   Resolution Center   Seller Information Center   Policies   Site Map   eBay official time

Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support BLACK FRIDAY COUNTDOWN My eBay Cart

dvanced

atch list

BAY

embers

Choice

t item

70

Notes:

SEXY UNSIGNED 8X10 PHOTO OF FORMER TENNIS PLAYER ANNA KOURNIKOVA

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links



Tennis Express Anna
Kournikova ...
$100.00 **$69.99**
Free Shipping
Tennis Express

GET $30 BACK
ebay
as a statement credit when you open an eBay MasterCard® and make a purchase
with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now
AdChoice

Back to search results                                                                           Return to top

More to explore :   Anna Kournikova Photo,   Anna Kournikova,   8x10 Photos Lots,   Unsigned Golf Photos,   MLB 8x10 Photos

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 40





Hi! Sign in or register | Daily Deals   My eBay   Sell   Community   Customer Support   Cart

ebay Shop by category   All Categories   Search   Advanced

Back to search results | Listed in category: Sports Mem, Cards & Fan Shop > Autographs-Original > Tennis

This is a private listing. Sign in to view your status or learn more about private listings.

Mouse over image to zoom

$ Have one to sell? Sell it yourself

# SEXY! ANNA KOURNIKOVA SIGNED AUTOGRAPHED TENNIS 8X10 PHOTO, PSA/DNA #Q42451

Item condition: --

Time left: 4d 10h (Sep 22, 2013 18:02:55 PDT)

Starting bid: US $9.99 [ 0 bid ]

Place bid

Enter US $9.99 or more

Add to watch list

BillMeLater New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: $7.00 Expedited Shipping | See details
Item location: United States
Ships to: Americas, Europe, Asia, Australia

Delivery: Estimated between Tue. Sep. 24 and Thu. Sep. 26

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

| Add to watch list

## Seller information

westcoastrackers (2991 )

100% Positive feedback

Save this seller
See other items
Visit store: WESTCOASTRACKERS M...

ebay deals
DEALS. FOR REALS.
Free Shipping
Shop now ▸

AdChoice

Description | Shipping and payments   Print | Report item

eBay item number: 151124754041

Seller assumes all responsibility for this listing.

WESTCOASTRACKERS MEMORABILIA   Visit my eBay store

Add this store to favorites

SALE Items On Sale

Store Categories

SEXY! ANNA KOURNIKOVA SIGNED AUTOGRAPHED



## TENNIS 8X10 PHOTO, PSA/DNA #Q42451

Store home

**AUTHENTICATED- PSA/DNA**

**CELEBRITY- AUTOGRAPHS (MALE)**

**FOOTBALL- NFL AUTOGRAPHS**

**MUSIC- AUTOGRAPHS**

Other



**Description:**

WELCOME TO WESTCOASTRACKERS AUCTIONS! PLEASE READ THE ENTIRE DESCRIPTION IN FULL BEFORE BIDDING AND ASK ANY QUESTIONS YOU MAY HAVE OR CLARIFY ANYTHING BEFORE PLACING A BID, MAKING AN OFFER, OR USING THE BUY IT NOW!!! ONCE A BID IS PLACED YOU ARE RESPONSIBLE FOR UNDERSTANDING ALL TERMS AND CONDITIONS STATED IN AUCTION!

AUCTION DESCRIPTION:

THIS WILL MAKE A GREAT GIFT FOR ANY FAN OR ADDITION TO ANY COLLECTION! THIS AUCTION IS FOR A ANNA KOURNIKOVA SIGNED 8X10 PHOTO! THE ITEM HAS BEEN CERTIFIED AUTHENTIC BY PSA/DNA THE MOST RELIABLE 3RD PARTY AUTOGRAPH AUTHENTICATOR IN AMERICA. THE ITEM WILL COME WITH A PSA/DNA CERTIFICATE OF AUTHENTICITY AND MATCHING TAMPER PROOF PSA/DNA STICKER. AT ANYTIME YOU CAN GO TO WWW.PSADNA.COM AND ENTER THE CERTIFICATION # INTO THE SYSTEM FOR VERIFICATION! I HAVE MANY OTHER AUCTIONS LISTED WITH A $9.99 STARTING PRICE. I WILL COMBINE SHIPPING ON MULTIPLE ITEMS WON AS LONG AS THEY ARE PAID FOR IN ONE PAYPAL TRANSACTION.

GET THIS NOW WHILE YOU CAN! CHECK OUT OUR OTHER AUCTIONS FOR MANY MORE ITEMS WHICH INCLUDE MORE GREAT SIGNED ITEMS! BID WITH CONFIDENCE! E-MAIL WITH ANY QUESTIONS!

REFUNDS/ EXCHANGE POLICY:

AT NO TIME WILL ANY REFUNDS OR EXCHANGES BE GIVEN. BY BIDDING YOU AGREE TO A BINDING CONTRACT TO PURCHASE THE ITEM AND AGREE UPON ALL TERMS STATED!

ABOUT US:

WESTCOASTRACKERS MEMORABILIA IS HERE TO GIVE YOU A PIECE OF MIND ABOUT PURCHASING 100% AUTHENTIC AUTOGRAPHS. ALL AUTOGRAPHS ARE OBTAINED IN PERSON. WE DO NOT SELL ANY AUTOGRAPHED MEMORABILIA THAT WE DID NOT PERSONALLY SEE SIGNED. WE HAVE BEEN OBTAINING IN PERSON

WE DID NOT PERSONALLY SEE SIGNED. WE HAVE BEEN OBTAINING IN-PERSON AUTOGRAPHS AND HAVE BEEN IN THE BUSINESS FOR OVER 10 YEARS. WE OFFER A WIDE VARIETY OF ITEMS FROM PROFESSIONAL AND COLLEGIATE: BASEBALL, BASKETBALL, FOOTBALL, HOCKEY, NASCAR, OLYMPICS, ALONG WITH MUSIC AND CELEBRITY MEMORABILIA. WE ARE LOCATED ON THE WEST COAST BUT TRAVEL AROUND THE COUNTRY YEAR AROUND FOR MANY MAJOR EVENTS, SUCH AS, CELEBRITY AWARD SHOWS & GOLF TOURNAMENTS, BASEBALL: SPRING TRAINING, WORLD BASEBALL CLASSIC, & WORLD SERIES, FOOTBALL: TRAINING CAMPS, SUPER BOWL & PRO BOWL, BCS COLLEGE FOOTBALL GAMES AND MORE! PLEASE ALWAYS FEEL FREE TO E-MAIL US WITH ANY QUESTIONS OR SPECIFIC REQUESTS. THANK YOU AND WE HOPE TO DO BUSINESS WITH YOU!

Click Images to Enlarge

**Payment and Shipping:**

PAYPAL IS THE ONLY FORM OF ACCEPTABLE PAYMENT!!! PAYPAL IS PREFERED BECAUSE IT IS A FAST AND EASY WAY FOR US TO GET THE MONEY AND YOU TO GET THE ITEM!!! IF YOU HAVE AN ISSUE WITH WHY YOU CAN'T PAY WITH PAYPAL, WE WILL MAKE EXCEPTIONS BUT ONLY IF YOU CONTACT US BEFORE BIDDING! PAYMENT IS EXPECTED WITHIN 7 DAYS OF AUCTIONS END! IF NO PAYMENT IS RECEIVED WITHIN THAT TIME AN UNPAID ITEM DISPUTE WILL BE OPENED

WE SHIP WORLDWIDE!!! THE WINNING BIDDER AGREES TO PAY $7.00 FOR SHIPPING AND HANDLING CHARGES WITHIN THE USA $20 TO CANADA AND $25.00 TO EVERYWHERE ELSE! ALL OF OUR ITEMS ARE SHIPPED USING USPS PRIORITY MAIL! WE DO COMBINE SHIPPING BUT ONLY IF YOU PAY WITH ONE PAYPAL TRANSACTION. IF YOU DO NOT PAY WITH ONE PAYPAL TRANSACTION YOU ARE RESPONSIBLE FOR PAYING FULL SHIPPING COST FOR EACH ITEM.



launched using the world's ONLY SmartLister with *terapeak* research



Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links

**Los Cab Tennis Club**
www.loscab.com/
Full Service **Tennis** Facility, 23 Lighted Courts, Join Today!

  Youth Services     Youth Summer Camps

  Member Services

**DNA Photo by DNA 11™**
www.dna11.com/DNA+Photo
The Original Custom **DNA** Portrait™. As Seen on TV: CNN, MSNBC & HGTV.

  DNA Portraits™        DNA Mini Portraits™

  DNA Ancestry Portraits™     Fingerprint Portraits™

**Anna Kournikova Photos**
www.sportsmemorabilia.com/Kournikova
100% Certified **Kournikova** Gear. Free Shipping On Over 13,000 Items!

**Cloud-Based PSA Solutions**
www.concertocloud.com/PSA-Software
Align **PSA** Software W/CRM & ERP Single Cloud Solution. Get Quote

**Temecula Free cremation**
www.research-for-life.org/
No cost cremation in Southern Cali. Contact us for more info!



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                           Return to top
More to explore :  Anna Kournikova Autograph,   PSA Signed Photo 8x10,   Psa/dna 8x10,   Historic Autographs Psa/dna,   PSA DNA Baseball Signed Graded

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals My eBay Sell Community Customer Support Cart

SALE Items On Sale

Store Categories

SEXY! ANNA KOURNIKOVA SIGNED AUTOGRAPHED

Sexy Anna Kournikova Signed Autographed Tennis 8x10 Photo PSA/DNA #Q42451 | eBay                                                    12/4/13 7:48 AM

## TENNIS 8X10 PHOTO, PSA/DNA #Q42451

Store home

AUTHENTICATED- PSA/DNA

CELEBRITY- AUTOGRAPHS (MALE)

FOOTBALL- NFL AUTOGRAPHS

MUSIC- AUTOGRAPHS

Other



**Description:**

WELCOME TO WESTCOASTRACKERS AUCTIONS! PLEASE READ THE ENTIRE DESCRIPTION IN FULL BEFORE BIDDING AND ASK ANY QUESTIONS YOU MAY HAVE OR CLARIFY ANYTHING BEFORE PLACING A BID, MAKING AN OFFER, OR USING THE BUY IT NOW!!! ONCE A BID IS PLACED YOU ARE RESPONSIBLE FOR UNDERSTANDING ALL TERMS AND CONDITIONS STATED IN AUCTION!

AUCTION DESCRIPTION:

THIS WILL MAKE A GREAT GIFT FOR ANY FAN OR ADDITION TO ANY COLLECTION! THIS AUCTION IS FOR A ANNA KOURNIKOVA SIGNED 8X10 PHOTO! THE ITEM HAS BEEN CERTIFIED AUTHENTIC BY PSA/DNA THE MOST RELIABLE 3RD PARTY AUTOGRAPH AUTHENTICATOR IN AMERICA. THE ITEM WILL COME WITH A PSA/DNA CERTIFICATE OF AUTHENTICITY AND MATCHING TAMPER PROOF PSA/DNA STICKER. AT ANYTIME YOU CAN GO TO WWW.PSADNA.COM AND ENTER THE CERTIFICATION # INTO THE SYSTEM FOR VERIFICATION! I HAVE MANY OTHER AUCTIONS LISTED WITH A $9.99 STARTING PRICE. I WILL COMBINE SHIPPING ON MULTIPLE ITEMS WON AS LONG AS THEY ARE PAID FOR IN ONE PAYPAL TRANSACTION.

GET THIS NOW WHILE YOU CAN! CHECK OUT OUR OTHER AUCTIONS FOR MANY MORE ITEMS WHICH INCLUDE MORE GREAT SIGNED ITEMS! BID WITH CONFIDENCE! E-MAIL WITH ANY QUESTIONS!

REFUNDS/ EXCHANGE POLICY:

AT NO TIME WILL ANY REFUNDS OR EXCHANGES BE GIVEN. BY BIDDING YOU AGREE TO A BINDING CONTRACT TO PURCHASE THE ITEM AND AGREE UPON ALL TERMS STATED!

ABOUT US:

WESTCOASTRACKERS MEMORABILIA IS HERE TO GIVE YOU A PIECE OF MIND ABOUT PURCHASING 100% AUTHENTIC AUTOGRAPHS. ALL AUTOGRAPHS ARE OBTAINED IN PERSON. WE DO NOT SELL ANY AUTOGRAPHED MEMORABILIA THAT WE DID NOT PERSONALLY SEE SIGNED. WE HAVE BEEN OBTAINING IN PERSON

WE DID NOT PERSONALLY SEE SIGNED. WE HAVE BEEN OBTAINING IN PERSON AUTOGRAPHS AND HAVE BEEN IN THE BUSINESS FOR OVER 10 YEARS. WE OFFER A WIDE VARIETY OF ITEMS FROM PROFESSIONAL AND COLLEGIATE: BASEBALL, BASKETBALL, FOOTBALL, HOCKEY, NASCAR, OLYMPICS, ALONG WITH MUSIC AND CELEBRITY MEMORABILIA. WE ARE LOCATED ON THE WEST COAST BUT TRAVEL AROUND THE COUNTRY YEAR AROUND FOR MANY MAJOR EVENTS, SUCH AS, CELEBRITY AWARD SHOWS & GOLF TOURNAMENTS, BASEBALL: SPRING TRAINING, WORLD BASEBALL CLASSIC, & WORLD SERIES, FOOTBALL: TRAINING CAMPS, SUPER BOWL & PRO BOWL, BCS COLLEGE FOOTBALL GAMES AND MORE! PLEASE ALWAYS FEEL FREE TO E-MAIL US WITH ANY QUESTIONS OR SPECIFIC REQUESTS. THANK YOU AND WE HOPE TO DO BUSINESS WITH YOU!

Click Images to Enlarge

**Payment and Shipping:**

PAYPAL IS THE ONLY FORM OF ACCEPTABLE PAYMENT!!! PAYPAL IS PREFERED BECAUSE IT IS A FAST AND EASY WAY FOR US TO GET THE MONEY AND YOU TO GET THE ITEM!!! IF YOU HAVE AN ISSUE WITH WHY YOU CAN'T PAY WITH PAYPAL, WE WILL MAKE EXCEPTIONS BUT ONLY IF YOU CONTACT US BEFORE BIDDING! PAYMENT IS EXPECTED WITHIN 7 DAYS OF AUCTIONS END! IF NO PAYMENT IS RECEIVED WITHIN THAT TIME AN UNPAID ITEM DISPUTE WILL BE OPENED

WE SHIP WORLDWIDE!!! THE WINNING BIDDER AGREES TO PAY $7.00 FOR SHIPPING AND HANDLING CHARGES WITHIN THE USA $20 TO CANADA AND $25.00 TO EVERYWHERE ELSE! ALL OF OUR ITEMS ARE SHIPPED USING USPS PRIORITY MAIL! WE DO COMBINE SHIPPING BUT ONLY IF YOU PAY WITH ONE PAYPAL TRANSACTION. IF YOU DO NOT PAY WITH ONE PAYPAL TRANSACTION YOU ARE RESPONSIBLE FOR PAYING FULL SHIPPING COST FOR EACH ITEM.



launched using the world's ONLY
SmartLister with terapeak research



Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

## Sponsored Links

**Los Cab Tennis Club**
www.loscab.com/
Full Service **Tennis** Facility, 23 Lighted Courts, Join Today!
Youth Services       Youth Summer Camps
Member Services

**DNA Photo by DNA 11™**
www.dna11.com/DNA+Photo
The Original Custom **DNA** Portrait™. As Seen on TV: CNN, MSNBC & HGTV.
DNA Portraits™       DNA Mini Portraits™
DNA Ancestry Portraits™       Fingerprint Portraits™

**Anna Kournikova Photos**
www.sportsmemorabilia.com/Kournikova
100% Certified **Kournikova** Gear. Free Shipping On Over 13,000 Items!

**Cloud-Based PSA Solutions**
www.concertocloud.com/PSA-Software
Align **PSA** Software W/CRM & ERP Single Cloud Solution. Get Quote

**Temecula Free cremation**
www.research-for-life.org/
No cost cremation in Southern Cali. Contact us for more info!



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                 Return to top
More to explore :   Anna Kournikova Autograph,   PSA Signed Photo 8x10,   Psa/dna 8x10,   Historic Autographs Psa/dna,   PSA DNA Baseball Signed Graded

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 41





Hi! Sign in or register | Daily Deals | Sell | Customer Support BLACK FRIDAY COUNTDOWN My eBay Cart

ebay Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Sports Mem, Cards & Fan Shop > Autographs-Original > Tennis

Click to view larger image

$ **Have one to sell?** Sell it yourself

# ANNA KOURNIKOVA JSA SIGNED 8X10 PHOTO AUTOGRAPH AUTHENTIC

| Add to watch list

Price: **US $45.00**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to watch list

Add to collection

100% positive Feedback | Best offer available

**Item Details**

Condition: --

Item number: 360797804154

Shipping & Delivery $3.00 Shipping | Wed. Nov. 27

Payments & Returns 14 days money back return

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

**Seller information**
khw (54555) me
100% Positive feedback
Top Rated Plus

Follow this seller
See other items
Visit store: KHW Hall of Fame G...

AdChoice

## People who viewed this item also viewed

Feedback on our suggestions

ANNA KOURNIKOVA AUTOGRAPHED TENN...
$14.99

Anna Kournikova Autographed 8x10...
$10.50

ANNA KOURNIKOVA TENNIS SIGNED 8X10...
$19.99
Free shipping

Anna Kournikova Autographed 8x10...
$19.95
Free shipping

**Description** | **Shipping and payments** Print | Report item

Seller assumes all responsibility for this listing.
Last updated on Nov 21, 2013 15:51:38 PST View all revisions

**KHW Hall of Fame Gallery** Visit my eBay store

Sign up for newsletter

Search Store

baseball autographs  |  football autographs  |  Store Special Page

## Store Categories

Store home
baseball autographs
football autographs
baseball memorabilia
football memorabilia
football programs
celebrity autographs
historical presidential etc
boxing autographs
hockey autographs
golf autographs
basketball autographs
Other

## ANNA KOURNIKOVA JSA SIGNED 8X10 PHOTO AUTOGRAPH AUTHENTIC

### PHOTO:



Click Image for Larger Preview

### DESCRIPTION:

CERTIFIED BY EBAYS RECOMMENDED AUTHENTICATOR JSA BROUGHT TO YOU BY EBAYS #1 SELLER OF VINTAGE AND HARD TO FIND SIGNATURES , AS ALWAYS SHIPPED THE SAME DAY

### SHIPPING & PAYMENT:

thanks for looking. All items are mailed within 24 hrs of payment , most within a few hours.We combine shipping so if you have more than one item request total when done.We combine shipping at about .50 extra a piece to point then free.Feel free to ask . International shipping rates have gone up this year, we will ship at the cost we pay.Most will be between 6-12.00 for like slabbed cards to a baseball. Feel free to email any questions about items or to talk collectibles, thanks always!!!!

**Auction Management solutions provided by:**
**AuctionHelper**



### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### People who shopped for this item also looked at

Feedback on our suggestions



**MICHAEL CHANG Tennis Star 8x10...**
$3.59
Buy It Now



**Anna Kournikova legs clay court lunge ...**
$6.99 ⭐
Buy It Now



**Robert Kendrick Ace 2005 Debut Edition...**
$0.99
Buy It Now



**Bjorn Borg "Express" Advertising Card Lot**
$3.00
Buy It Now



**CORRADO BARAZZUTTI Tennis 1979...**
$3.95
Buy It Now

### See what other people are watching

Feedback on our suggestions



**Jack Kramer signed autograph auto 2x3...**
$65.00
Buy It Now



**ANNA KOURNIKOVA signed 8 x 10 MAXIM...**
$29.99
Buy It Now
Free shipping



**Shirley Fry Irvin signed autograph 2x3.5 cut...**
$50.00
Buy It Now



**Francoise Durr signed autograph auto 2x3...**
$50.00
Buy It Now



**Doris Hart signed autograph auto 2x3...**
$45.00
Buy It Now

### Sponsored Links



**Tennis Express Anna Kournikova ...**
$100.00 **$69.99**
Free Shipping
Tennis Express



GET $30 BACK
as a statement credit when you open an eBay MasterCard® and make a purchase
with your new card now through December 31, 2013. Valid for new accounts only.
Apply Now

Back to search results                                                                      Return to top

More to explore :   Anna Kournikova Autograph,   Anna Kournikova Photo,   Ted Williams Photo Signed 8x10,   Orioles 8x10 Signed Photos,   Signed 8x10 JSA

Community      About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features      Contact us      eBay Talk      Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

X

Anna Kournikova JSA Signed 8X10 Autograph Photo with Authentic COA







[redacted]

# Exhibit 42









This is a private listing. Sign in to view your status or learn more about private listings.

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# GENA LEE NOLIN - 8 x 10 Photo #5 - SHEENA - BAYWATCH

Item condition: --

Add to watch list

Price: US $7.95

Buy It Now

Add to cart

Add to watch list

Add to collection

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **FREE** Standard Shipping | See details
Item location: Henderson, Nevada, United States
Ships to: United States, Europe, Canada, Australia, Japan

Delivery: Estimated between **Tue. Oct. 1 and Fri. Oct. 4**

Payments: PayPal, Bill Me Later | See details

Returns: No returns or exchanges, but item is covered by eBay Buyer Protection.

**eBay Buyer Protection**
Covers your purchase price plus original shipping.
Learn more

Seller information
**1stchoicephotosandposters** (1664 )
100% Positive feedback

Follow this seller
See other items
Visit store: 1st Choice Photos ...

AdChoice

Description | Shipping and payments | Print | Report item

eBay item number: 370908300111

Seller assumes all responsibility for this listing.

1st Choice Photos And Posters | Visit my eBay store

1st Choice Photos And Posters

Add this store to favorites | Sign up for newsletter

Search Store

Celebrity Photos | Collectibles | Posters | Posters | Autographed Item

SALE Items On Sale

FREE
auctiva
Present your best items with Auctiva's FREE Scrolling Gallery.

# GENA LEE NOLIN - 8 x 10 Photo #5 - SHEENA - BAYWATCH

Mouseover images to enlarge

 

Click to view supersized image

 **Description**

## GENA LEE NOLIN - 8 x 10 Photo #5 - SHEENA - BAYWATCH

This Photo Was Part Of A Large Collection Purchase!

We have many more photos of this celebrity and thousands of other celebs. If you don't see who you want a picture of, please contact us through eBay, and we might have photos of them!

* * * * * BUY ANY FOUR 8 X 10 PHOTOS, GET THE FIFTH PHOTO FREE * * * * *

(All 4 photos must be purchased at the same time.)

*This auction is for an 8 x 10 photo of the celebrity named above.*

*The photo was printed on professional photo paper, printed at a professional photo lab, NOT on a home inkjet printer!*

Size:  This quality photo measures approximately 8 inches by 10 inches.

Condition:  This item is in EXCELLENT condition.

FREE SHIPPING in the United States!

# FAQ - (Frequently Asked Questions)

*Q. - Do you "fix up" the scanned pics to make them look better than they really are?*

*A. - No, all scans are straight from my scanner or camera, and the only thing that is done to them, is to crop them to a standard size.*

*Q. - Do you package items to protect them while being shipped?*

*A. - As anyone who has purchased items from us can attest, we package all items well to protect them from damage. Whether the item is worth $5.00 or $500.00, they all get the same attention to detail and our desire to protect them while in transit.*

  **Payment**

Please make payment via PayPal.

Paying with PayPal will get your item shipped as soon as possible!

  **Shipping**

SHIPPING & INSURANCE: We will try to ship items out as soon as possible after payment is received.

Obviously Sunday's and Holiday's can disrupt this, so the items will ship out the very next day available.

We ship primarily through the US Postal Service (USPS) and 1st Class Mail and Priority Mail is our preference. We will also ship through United Parcel Service (UPS) and Federal Express (FedEx), if those are the only way to your location OR if that is your choice. Appropriate charges will apply for those shipping services.

AS ALWAYS, high bidder pays shipping to your location. All items are NOT insured unless in the details of the item description, it states that insurance is included in the cost of the item/s.

Delivery comfirmation is included with item cost for shipments in the United States. It is NOT included for other countries.

*Q. - Who pays for any import duties, taxes or charges not*

Q. Who pays for any import duties, taxes or charges not
included in the item price or shipping charges?

A. - These charges are the BUYER's responsibility. Please check
with your country's customs office to determine what these
additional charges might be (if any) BEFORE bidding or buying
items.

Please check out our other auctions or our store items. We offer combined shipping for multiple winning
bids, whenever possible. The one exception would be, if all items do not fit inside a package without
the possibility of damage to one or the other in transit.

(Example: You could not ship a rolled poster with a hardcover book, without the chance of damage in
transit.)



### Terms of Sale

TERMS & DETAILS:

If you are the winning bidder, please read the following instructions:

Once this auction ends, please e-mail us your address and shipping preference (USPS, UPS or FedEx),
so we can calculate the shipping costs and send you an invoice. (Wait for shipping costs to be added to
the total in an invoice we will send you!)

Or...

If we have provided the information (weight, etc.) in the auction ad, you may be able to calculate your
own rates for shipping using eBay's handy calculator.

If more then one item is won, it is sometimes better to request an invoice from us, so we can
combine the shipping charges... and you save money!

POLICIES:

All items (unless noted) are sold AS IS with no return, unless other arrangements are made prior to
bidding. Please read description carefully before bidding, so you know what you are bidding on. If you
have any questions, please ask prior to bidding.

Bids are considered binding just like a contract. All sales are final and there will be absolutely no
exchanges or refunds given.

Response is expected within 3 days of auction close. Our program automatically notifies all winning
bidders. If you do not receive an e-mail from us within 24 hours after the close of auction, please e-
mail us at once. Please make payment within 7 days from end of auction unless prior arrangements
have been made with us.



### About Us

We have been selling memorabilia and collectibles for over 20 years on a part time basis.

Hopefully you will find some items we have to your liking and give them a new home.

Thank you for looking at our items!



Pictures sell!
Auctiva FREE Image Hosting.

Auctiva's Listing Templates
improve your auctions in minutes.



Attention Sellers - Get Templates
Image Hosting, Scheduling at Auctiva.com

Every buyer gets a MyStoreRewards invitation for cash back     GET BACK! 2%

1
SELLATHON.COM
Click to see my other items ranked by popularity!

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

## Sponsored Links

**Lee® Official Site**
www.lee.com/
Save 15% w/ Code FALLSAVINGS & Get Free Shipping On All Orders $50+!

**Lee Clothing at JCPenney®**
www.jcpenney.com/Lee
Shop & Save on Lee Clothing at JCP® Over $99 Ships Free, Easy Returns.

**Lee Re-Loading Products**
www.fsreloading.com/
Buy Lee Precision Products In Stock Ready to ship

**Restaurant Bay Watch**
www.restaurantbaywatch.com/
american foods - breakfast & lunch delicious, fresh & healthy meals

**Get Background & Criminal**
www.beenverified.com/Find-Gena+Lee
History on Gena Lee Today Found-Name DOB & Recent Address Now

**GET $30 BACK**

as a statement credit when you open an eBay MasterCard® and make a purchase
with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                    Return to top

More to explore :   Baywatch Photo,   Sheena Easton Photo,   Lee Majors Photo,   X-files Photo,   Stan Lee Photo

Community      About eBay      Announcements      Security Center      Resolution Center      Seller Information Center      Policies      Site Map      eBay official time

Preview new features      Contact us      Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.








Hi! Sign in or register | Daily Deals | Sell | Customer Support My eBay Cart

X

Check out these other items that I have on eBay right now!

FREE
auctiva
Present your best items with Auctiva's FREE Scrolling Gallery.

## GENA LEE NOLIN - 8 x 10 Photo #5 - SHEENA - BAYWATCH

Mouseover images to enlarge







Click to view supersized image

## Description

### GENA LEE NOLIN - 8 x 10 Photo #5 - SHEENA - BAYWATCH

This Photo Was Part Of A Large Collection Purchase!

We have many more photos of this celebrity and thousands of other celebs. If you don't see who you want a picture of, please contact us through eBay, and we might have photos of them!

***** BUY ANY FOUR 8 X 10 PHOTOS, GET THE FIFTH PHOTO FREE *****

(All 4 photos must be purchased at the same time.)

This auction is for an 8 x 10 photo of the celebrity named above.

The photo was printed on professional photo paper, printed at a professional photo lab, NOT on a home inkjet printer!

Size:  This quality photo measures approximately 8 inches by 10 inches.

Condition:  This item is in EXCELLENT condition.

FREE SHIPPING in the United States!

# FAQ - (Frequently Asked Questions)

Q. - Do you "fix up" the scanned pics to make them look better than they really are?
A. - No, all scans are straight from my scanner or camera, and the only thing that is done to them, is to crop them to a standard size.

Q. - Do you package items to protect them while being shipped?
A. - As anyone who has purchased items from us can attest, we package all items well to protect them from damage. Whether the item is worth $5.00 or $500.00, they all get the same attention to detail and our desire to protect them while in transit.

 **Payment** 

Please make payment via PayPal.

Paying with PayPal will get your item shipped as soon as possible!

 **Shipping** 

SHIPPING & INSURANCE: We will try to ship items out as soon as possible after payment is received.

Obviously Sunday's and Holiday's can disrupt this, so the items will ship out the very next day available.

We ship primarily through the US Postal Service (USPS) and 1st Class Mail and Priority Mail is our preference. We will also ship through United Parcel Service (UPS) and Federal Express (FedEx), if those are the only way to your location OR if that is your choice. Appropriate charges will apply for those shipping services.

AS ALWAYS, high bidder pays shipping to your location. All items are NOT insured unless in the details of the item description, it states that insurance is included in the cost of the item/s.

Delivery comfirmation is included with item cost for shipments in the United States.  It is NOT included for other countries.

Q. - Who pays for any import duties, taxes or charges not

Q. Who pays for any import duties, taxes or charges not included in the item price or shipping charges?

A. - These charges are the BUYER's responsibility. Please check with your country's customs office to determine what these additional charges might be (if any) BEFORE bidding or buying items.

Please check out our other auctions or our store items. We offer combined shipping for multiple winning bids, whenever possible. The one exception would be, if all items do not fit inside a package without the possibility of damage to one or the other in transit.

(Example: You could not ship a rolled poster with a hardcover book, without the chance of damage in transit.)



## Terms of Sale

TERMS & DETAILS:

If you are the winning bidder, please read the following instructions:

Once this auction ends, please e-mail us your address and shipping preference (USPS, UPS or FedEx), so we can calculate the shipping costs and send you an invoice. (Wait for shipping costs to be added to the total in an invoice we will send you!)

Or...

If we have provided the information (weight, etc.) in the auction ad, you may be able to calculate your own rates for shipping using eBay's handy calculator.

If more then one item is won, it is sometimes better to request an invoice from us, so we can combine the shipping charges... and you save money!

POLICIES:

All items (unless noted) are sold AS IS with no return, unless other arrangements are made prior to bidding. Please read description carefully before bidding, so you know what you are bidding on. If you have any questions, please ask prior to bidding.

Bids are considered binding just like a contract. All sales are final and there will be absolutely no exchanges or refunds given.

Response is expected within 3 days of auction close. Our program automatically notifies all winning bidders. If you do not receive an e-mail from us within 24 hours after the close of auction, please e-mail us at once. Please make payment within 7 days from end of auction unless prior arrangements have been made with us.



## About Us

We have been selling memorabilia and collectibles for over 20 years on a part time basis.

Hopefully you will find some items we have to your liking and give them a new home.

Thank you for looking at our items!



**CONTACTING US:** Any e-mails sent to us, should have eBay and the item listed in the subject heading,
as this helps to separate it from SPAM or JUNKMAIL in our e-mail inbox.

DATE          SCENE          TAKE

Pictures sell!
Auctiva FREE Image Hosting.

Auctiva's Listing Templates
improve your auctions in minutes.



Attention Sellers - Get Templates
Image Hosting, Scheduling at Auctiva.com

Every buyer gets a MyStoreRewards invitation for cash back    GET BACK! 2%

1
SELLATHON.COM
Click to see my other items ranked by popularity!

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### Sponsored Links

**Lee® Official Site**
www.lee.com/
Save 15% w/ Code FALLSAVINGS & Get Free Shipping On All Orders $50+!

**Lee Clothing at JCPenney®**
www.jcpenney.com/Lee
Shop & Save on **Lee** Clothing at JCP® Over $99 Ships Free, Easy Returns.

**Lee Re-Loading Products**
www.fsreloading.com/
Buy **Lee** Precision Products In Stock Ready to ship

**Restaurant Bay Watch**
www.restaurantbaywatch.com/
american foods - breakfast & lunch delicious, fresh & healthy meals

**Get Background & Criminal**
www.beenverified.com/Find-Gena+Lee
History on **Gena Lee** Today Found-Name DOB & Recent Address Now


AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                          Return to top

More to explore :    Baywatch Photo,    Sheena Easton Photo,    Lee Majors Photo,    X-files Photo,    Stan Lee Photo

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 43







Hi! Sign in or register | Daily Deals | Sell | Customer Support WARRIORS IN PINK POWERED BY FORD My eBay Cart

ebay Shop by category All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Autographs > Television

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# GENA LEE NOLIN In-Person Signed Photo w/ SuperStars Gallery (SSG) COA - PROOF

Item condition: **New**

| Add to watch list

Price: US $44.95

Buy It Now

Add to cart

Add to watch list

Shipping: **$12.95** USPS First Class Mail Intl / First Class Package Intl Service | See details
See details about international shipping here.
Item location: United States
Ships to: Worldwide

Delivery: Estimated between **Mon. Oct. 21 and Tue. Oct. 29**
Seller ships within 1 day after receiving cleared payment.

Payments: PayPal | See details

Returns: Hassle-free returns
30 days money back, you pay return shipping
| Read details

Guarantee: EBAY BUYER PROTECTION | Learn more
Get the item you ordered or get your money back. Guaranteed.

Seller information
**superstarsgallery** (2000 ★ ) me Top Rated Plus
100% Positive feedback

Save this seller
See other items
Visit store: SuperStars Gallery

AdChoice

## People who viewed this item also viewed

Feedback on our suggestions

KERI RUSSELL In-Person Signed Photo w/...
$39.95

MARTINE BESWICK In-Person Signed Pho...
$39.95

SEAN ASTIN In-Person Signed Photo w/...
$39.95

RACHEL BILSON In-Person Signed Pho...
$39.95

Description | Shipping and payments | Print | Report item

eBay item number: 261304359887

Seller assumes all responsibility for this listing.

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing ... Read more

SuperStars Gallery Visit my eBay store

Add this store to favorites | Sign up for newsletter

Female Celebrities | Male Celebrities | Cast and Combos | Sports | Books/Magazines

## Store Categories

- **Store home**
- **Female Celebrities**
- **Male Celebrities**
- **Cast and Combos**
- **Animation**
- **Sci - Fi**
- **Music**
- **Sports**
- **Memorabilia**
- **Books/Magazines**
- **PSA/DNA & GAI Certified**

## In-Person Signed Autographs

### IF WE DO NOT WITNESS THE SIGNING – WE WILL NOT SELL IT...



### GENA LEE NOLIN

This is a very sexy Gena Lee Nolin In-Person Signed 8X10 Color Photo.

*As usual the exact date, location and event that the signature was obtained will be listed on the accompanying Premium Matching Numbered SSG Certificate Of Authenticity.

## Celebrity Signing Photos



The Candid Celebrity Photo is for Authentication Purposes and is not included in the purchase of the In-Person Signed Photo or Memorabilia.

## Certificate of Authenticity

All of our In-Person Signed Photos and Memorabilia comes with a SuperStars Gallery (SSG) Premium Matching Numbered Certificate of Authenticity.

The picture on the COA is an exact duplicate of the item you buy from us!



We affix a sticker to the lower front of the photo or to an inconspicuous place on the item of memorabilia that matches the SSG authentication id number.

#01795 - SSG Authentication ID



The COA also states who signed it:

Signed by: **LORI PETTY**

What Date they signed it:

Obtained on: **August 16, 2005**

And the exact location the signature was obtained:

Location: **The Arclight Cineram Theatre in Hollywood special Screening of 'of Their Own'**

Lastly, we place a SSG Seal over the



## Payment Method

We accept all major forms of credit cards through PayPal.

Please let us know if you intend on paying by other means so that we can have your item carefully packaged and ready to ship.

SuperStars Gallery/ImmCon
13223 Black Mountain Rd., Ste 205
San Diego, CA 92129

## Shipping

All items are shipped via the United States Postal Service (USPS) within *One* business day of purchase.
Individual shipping fees are posted in the listing.
*Shipping on any additional item is just $1.00 each when purchased and shipped at the same time.
Domestic Shipping:
All Photo(s) are shipped First Class Insured Mail.
All Memorabilia is shipped Parcel Post Insured Mail.
International Shipping:
All Photo(s) are shipped First Class uninsured Mail.
All Memorabilia is shipped International Flat Rate.
*Shipping on any additional item is just $1.00 each when purchased and shipped at the same time.

## Packaging

PHOTO(s) - All our photos are placed into individual protective sleeves and packaged between two thick custom cut pieces of cardboard. Photo(s) are then placed into a SuperStars Gallery Envelope that is bodly marked PHOTOS - DO NOT BEND.
MEMORABILIA - First all items are carefully placed into a protective sleeve or bubble wrapped. Items are then boxed using generous amounts of cushing material (packing popcorn or something similar). The exterior of the box is bodly marked FRAGILE.

## Return Policy

Any item can be returned for a full refund for any reason within 30 days of purchase.
Additionally, all of our In-Person Signed items are Guaranteed Authentic for life. We Guarantee that they will pass any examination by all major authentication service, such as GAI, PSA/DNA or JSA, etc.

## Check out our eBay Store too!

 If you are looking for some unique one-of-a-kind items, please take a look at our eBay Store SuperStarsGallery where you will be able to see nearly 1000 In-Person Obtained Celebrity Signed Photos, In-Person Obtained Sports Signed Photos and In-Person Signed Memorabilia.

SuperStars Gallery. 13223 Black Mountain Rd., Suite 205, San Diego, CA 92129.



Powered by **eBay Turbo Lister**
The free listing tool. List your items fast and easy and manage your active items.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |



DEALS. FOR REALS.
Free Shipping
ebay deals
Shop now ▶
AdChoice

Back to search results                                                                 Return to top

Related buying guides : AN AUTOGRAPH UPDATE YOU MUST READ
More to explore : Stan Lee Signed COA,   Press Photo Gallery,   Robert E Lee Photo,   Amazing Spiderman Signed Stan Lee,   Jim Lee Signed Comic

Community   About eBay   Announcements   Security Center   Resolution Center   Seller Information Center   Policies   Site Map   eBay official time   Preview new features
Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support My eBay Cart

Advanced

ROOF

Add to watch list

ery

AdChoice

on our suggestions

KERI RUSSELL In-Person Signed Photo w/...

$39.95

SEAN ASTIN In-Person Signed Photo w/...

$39.95

RACHEL BILSON In-Person Signed Pho...

$39.95

CAROLINE MUNRO In-Person Signed Pho...

$39.95

Description | Shipping and payments

Print | Report item

eBay item number: 261304359887

Seller assumes all responsibility for this listing.

Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing ... Read more

SuperStars Gallery

Visit my eBay store

Add this store to favorites | Sign up for newsletter

Female Celebrities | Male Celebrities | Cast and Combos | Sports | Books/Magazines



Gena Lee Nolin In-Person Signed Photo - SuperStars Gallery DOCUMENT 15 - 2   Filed 12/16/13   Page 42 of 147   Page ID #:397   12/13/13 2:19 PM

Case 2:13-cv-06801-MWF-E   Document 15-2



## Store Categories

- **Store home**
- **Female Celebrities**
- **Male Celebrities**
- **Cast and Combos**
- **Animation**
- **Sci - Fi**
- **Music**
- **Sports**
- **Memorabilia**
- **Books/Magazines**
- **PSA/DNA & GAI Certified**

## In-Person Signed Autographs

### IF WE DO NOT WITNESS THE SIGNING – WE WILL NOT SELL IT...



### GENA LEE NOLIN

This is a very sexy Gena Lee Nolin In-Person Signed 8X10 Color Photo.

*As usual the exact date, location and event that the signature was obtained will be listed on the accompanying Premium Matching Numbered SSG Certificate Of Authenticity.

## Celebrity Signing Photos



The Candid Celebrity Photo is for Authentication Purposes and is not included in the purchase of the In-Person Signed Photo or Memorabilia.

## Certificate of Authenticity

All of our In-Person Signed Photos and Memorabilia comes with a **SuperStars Gallery (SSG)** Premium Matching Numbered Certificate of Authenticity.

The picture on the COA is an exact duplicate of the item you buy from us!



We affix a sticker to the lower front of the photo or to an inconspicuous place on the item of memorabilia that matches the SSG authentication id number.

#01795 - SSG Authentication ID



The COA also states who signed it:

Signed by: **LORI PETTY**

What Date they signed it:

Obtained on: **August 16, 2005**

And the exact location the signature was obtained:

Location: **The Arclight Cineram Theatre in Hollywood, special Screening of 'A League of Their Own'**

Lastly, we place a SSG Seal over the



COA is signed verifying it's authenticity

Al Zimmerman

## Payment Method

We accept all major forms of credit cards through PayPal.

Please let us know if you intend on paying by other means so that we can have your item carefully packaged and ready to ship.

SuperStars Gallery/ImmCon
13223 Black Mountain Rd., Ste 205
San Diego, CA 92129

## Shipping

All items are shipped via the United States Postal Service (USPS) within *One* business day of purchase.
Individual shipping fees are posted in the listing.
*Shipping on any additional item is just $1.00 each when purchased and shipped at the same time.
Domestic Shipping:
All Photo(s) are shipped First Class Insured Mail.
All Memorabilia is shipped Parcel Post Insured Mail.
International Shipping:
All Photo(s) are shipped First Class uninsured Mail.
All Memorabilia is shipped International Flat Rate.
*Shipping on any additional item is just $1.00 each when purchased and shipped at the same time.

## Packaging

PHOTO(s) - All our photos are placed into individual protective sleeves and packaged between two thick custom cut pieces of cardboard. Photo(s) are then placed into a SuperStars Gallery Envelope that is boldly marked PHOTOS - DO NOT BEND.
MEMORABILIA - First all items are carefully placed into a protective sleeve or bubble wrapped. Items are then boxed using generous amounts of cushing material (packing popcorn or something similar). The exterior of the box is boldly marked FRAGILE.

## Return Policy

Any item can be returned for a full refund for any reason within 30 days of purchase.
Additionally, all of our In-Person Signed items are Guaranteed Authentic for life. We Guarantee that they will pass any examination by all major authentication service, such as GAI, PSA/DNA or JSA, etc.

## Check out our eBay Store too!

If you are looking for some unique one-of-a-kind items, please take a look at our Ebay Store SuperStarsGallery where you will be able to see nearly 1000 In-Person Obtained Celebrity Signed Photos, In-Person Obtained Sports Signed Photos and In-Person Signed Memorabilia.

SuperStars Gallery. 13223 Black Mountain Rd., Suite 205, San Diego, CA 92129.



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00000

## Sponsored Links

**Lee® Official Site**
www.lee.com/
Free Shipping On All Orders + Buy 2 Get 1 50% Off at Lee.com!

**Photo Gallery**
www.istockphoto.com/Photo_Gallery
Find the Perfect Stock Photos. Royalty-Free Inspiration for Less!

**Lee Online**
www.zalando.es/Lee
Compra ahora Lee. ¡Envios y Devoluciones Gratis!

**Photo gallery**
www.local.com/
Looking For **Photo Gallery**? Find It Nearby With Local.com!

DEALS. FOR REALS. ebay deals
Free Shipping    Shop now ▶

AdChoice

Back to search results                                                          Return to top
Related buying guides :   AN AUTOGRAPH UPDATE YOU MUST READ
More to explore :   Stan Lee Signed COA,   Press Photo Gallery,   Amazing Spiderman Signed Stan Lee,   Jim Lee Signed,   Jim Lee Signed Comic

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time    Preview new features
Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 44



Click to view larger image

$ **Have one to sell?** Sell it yourself

# Ali Landry - Glossy Photo 914-N

Item condition: **New**

Time left: 9d 01h (Oct 26, 2013 11:54:56 PDT)

Starting bid: GBP 3.99 [ 0 bids ]
Approximately US $6.36

Place bid

Enter GBP 3.99 or more

Add to watch list

Add to collection

Shipping: **GBP 3.99** (approx. US $6.36) Royal Mail Airmail (Small Packets) | See details
See details about international shipping here.
Item location: Kent, United Kingdom
Ships to: Worldwide

Delivery: Estimated between **Tue. Nov. 5 and Wed. Nov. 13**
Seller ships within 2 days after receiving cleared payment.

Payments: PayPal, Money order/Cashiers check | See details

Returns: 14 days, buyer pays return shipping | Read details

Guarantee: EBAY BUYER PROTECTION | Learn more
Get the item you ordered or get your money back. Guaranteed.

| Add to watch list

Seller information
**dave-charles-art** (2051 )
100% Positive feedback

Follow this seller
See other items
Visit store: Dave-Charles Celeb...

AdChoice

Description | Shipping and payments | Print | Report item

eBay item number: 310771160208

Seller assumes all responsibility for this listing.

## Item specifics

Condition: New: A brand-new, unused, unopened and undamaged item. See the seller's listing for full details.

## Dave-Charles Celebrity Photographs

Visit my eBay store

Add this store to favorites | Sign up for newsletter

Search Store

Store Categories

# Dave Charles Celebrity Photographs

**Glossy Photograph, A4 (8.25 x 11.75 inches) Borders (if any) As Displayed**

## Ali Landry - Glossy Photo 914-N

Glossy Photograph, A4 Size (8.25 x 11.75 inchs) - Borders (If Any) As Displayed Below

Store home

All Celebrities

Ariana Grande

Ashley Benson

Asian Idols

Bella Thorne

Buy Now

Glamour/Models

Jamie Chung

Jarah Mariano

Jennette Mccurdy

Karen Gillan

Lucy Liu

Miranda Kerr

Olivia Holt

Other Celebrities

Photo Sets

Victoria Justice

Zendaya Coleman



Not satisfied with your photograph, just ask for a refund - please read notes below

**Watermark** - will not appear on the photograph or artwork.

**Postage** - combined postage on all multiple photo purchases - just pay the postage cost for one item.

**Shipping** - your purchased photo or artwork will be protected in a clear folder and posted flat in a hardboard envelope.

**Payment** - PayPal (preferred), may be made via PayPal, Personal Cheque or Postal Order.

Not Satisfied - Just ask for a complete refund, no questions asked and you keep the photo.

Due to different **viewing monitors**  and their various settings the colours  you view on your monitor might be slightly different then the actual colours of  the photo/art itself, and thus there  might be  slight colour variations  in the photo/art  you receive.

**Feedback Notes -** I always leave positive feedback -  Please may I ask you not to leave neutral or negative feedback without

first contacting me in order to give me the opportunity to correct any problem that you might have. EBay flags 4 stars as being a bad seller - so please consider leaving that area blank,  and contact me first so that I can  resolve any issues you may have.

Thank you for your consideration - Dave.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |



AdChoice

Back to search results                                                                                                    Return to top

More to explore :   Ali Landry,   Tom Landry Photo,   Premium Glossy Photo Paper,   Muhammad Ali Photo,   13X19 Glossy Photo Paper

Community      About eBay      Announcements      Security Center      Resolution Center      Seller Information Center      Policies      Site Map      eBay official time      Preview new features      Contact us
eBay Talk      Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi! Sign in or register | Daily Deals | Sell | Customer Support My eBay Cart

Search Advanced

| Add to watch list

harles Celeb...

0 BACK
when you open an eBay
a purchase with your
December 31, 2013.
only.

AdChoice

Print | Report item

number: 310771160208

my eBay store

Store Categories

# Dave Charles Celebrity Photographs

Glossy Photograph, A4 (8.25 x 11.75 inches) Borders (if any) As Displayed

## Ali Landry - Glossy Photo 914-N

Glossy Photograph, A4 Size (8.25 x 11.75 inchs) - Borders (If Any) As Displayed Below

Store home

All Celebrities

Ariana Grande

Ashley Benson

Asian Idols

Bella Thorne

Buy Now

Glamour/Models

Jamie Chung

Jarah Mariano

Jennette Mccurdy

Karen Gillan

Lucy Liu

Miranda Kerr

Olivia Holt

Other Celebrities

Photo Sets

Victoria Justice

Zendaya Coleman



Not satisfied with your photograph, just ask for a refund - please read notes below

**Watermark** - will not appear on the photograph or artwork.

**Postage** - combined postage on all multiple photo purchases - just pay the postage cost for one item.

**Shipping** - your purchased photo or artwork will be protected in a clear folder and posted flat in a hardboard envelope.

**Payment** - PayPal (preferred), may be made via PayPal, Personal Cheque or Postal Order.

Not Satisfied - just ask for a complete refund, no questions asked and you keep the photo.

Due to different **viewing monitors** and their various settings the colours you view on your monitor might be slightly different then the actual colours of the photo/art itself, and thus there might be slight colour variations in the photo/art you receive.

**Feedback Notes** - I always leave positive feedback - Please may I ask you not to leave neutral or negative feedback without



first contacting me in order to give me the opportunity to correct any problem that you might have. EBay flags 4 stars as being a bad seller - so please consider leaving that area blank,  and contact me first so that I can  resolve any issues you may have.

Thank you for your consideration - Dave.

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

Back to search results                                                                                                    Return to top

More to explore :    Ali Landry,    Tom Landry Photo,    Premium Glossy Photo Paper,    Muhammad Ali Photo,    13X19 Glossy Photo Paper

Community      About eBay      Announcements      Security Center      Resolution Center      Seller Information Center      Policies      Site Map      eBay official time      Preview new features      Contact us
eBay Talk      Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 45



Hi! Sign in or register | Daily Deals | Sell | Customer Support | Trending Collections | My eBay | Cart

ebay Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Autographs-Original > Television

Mouse over image to zoom

# Jeri Ryan autograph photo Star Trek Boston Public Body of Proof signed auto

Item condition: --

Add to watch list

Price: US $40.00

Buy It Now

Add to cart

Best Offer: Make Offer

Add to watch list

Add to collection

Best offer available

BillMeLater New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: **$3.00** Standard Shipping | See details
Item location: Columbus, Ohio, United States
Ships to: Worldwide

Delivery: Estimated between **Mon. Nov. 4 and Thu. Nov. 7**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back or item exchange, buyer pays return shipping | Read details

Guarantee: EBAY BUYER PROTECTION | Learn more
Get the item you ordered or get your money back. Guaranteed.

Seller information
konofrio79 (3261 )
99.8% Positive feedback

Follow this seller
See other items
Visit store: konofrio79

AdChoice

**$ Have one to sell?** Sell it yourself

Description | Shipping and payments | Print | Report item

eBay item number: 321238934384

Seller assumes all responsibility for this listing.

konofrio79 Visit my eBay store

Playmates/Models | Actors/Actresses
SALE Items On Sale

## Store Categories

- Store home
- Baseball
- Football
- Hockey
- Actors/Actresses
- Playmates/Models

This great 4x6 photo has been personally signed by Jeri Ryan.

I personally guarantee all my autographed photos to be authentic. If requested a letter of authenticity will accompany any purchase. I have been a collector for 15 years and have recently started to sell some of my items since the birth of my baby boy.

If you have any questions please feel free to ask, I will be happy to answer!

Please check out my other listings for great autographed memorabilia!

Playmates/Models

MMA/Boxing

Basketball

Baseball Cards

Football cards

Other

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

People who shopped for this item also looked at

Feedback on our suggestions



Natalie Portman Hand
Signed Autographed...



Delta Airlines Boarding
Pass Jacket Signed by...



WHITNEY HOUSTON
HAND SIGNED...

$23.51
19 bids



STAR WARS GEORGE
LUCAS SIGNED ON S...



Angelina Jolie signed
Sexy Actress "HEAD...

See what other people are watching

Feedback on our suggestions



Dean Stockwell
Autograph Autograph...

$6.00
Buy It Now
Free shipping



HORROR TV LEGEND
SVENGOOLIE...

$24.99
Buy It Now
Free shipping



Frances Reid Signed 3x5
Index Card Days ...

$15.99
Buy It Now



Alice in Wonderland Door
Knob Prop NON...

$60.00
Buy It Now



original signed autograph
Erle Stanley...

$49.99
Buy It Now

| Sponsored Links |
| --- |

**Star Trek Autographs**
www.goautographs.com/
Buy Authentic Rare **Star Trek Autographed Photos** & Posters

**New: Zagat Boston**
www.zagat.com/Boston
Discover places you'll love in **Boston**, with the new Zagat.com.

**Autograph Auction**
www.pristineauction.com/
**autograph photos**... Collectible Consignment Auction

**Boston Postseason Shop**
www.bochamps.com/
**Boston** Baseball 2013 Champs Gear! Shop Licensed World Series Apparel.

**Autograph Star Photo**
www.sportsmemorabilia.com/Starr
100% Certified **Signed** Starr **Photos**. Free Shipping On Over 13,000 Items!

**Star Trek Autograph**
www.guaranteeautograph.com/
Domestic and International Provider of classic Hollywood Memorabilia.

**Find Autograph Photos**
www.wow.com/Autograph+Photos
Search **autograph photos** Look Up Quick Results Here!



AdChoice

Back to search results                                                                                                    Return to top

Related buying guides :   HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS,   In-Person AUTOGRAPHS Collecting Etiquette,   Jennifer Aniston Signature Study,
Autographs, Original or Fake???

More to explore :   Star Trek Autographed Photo,   Photo Proof,   Meg Ryan Photo,   Ryan Reynolds Autograph,   Star Trek Captains Signed

Community        About eBay       Announcements       Security Center        Resolution Center        Seller Information Center        Policies        Site Map        eBay official time

Preview new features        Contact us        eBay Talk        Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Case 2:13-cv-06801-MWF-E Document 15-2 Filed 12/16/13 Page 56 of 147 Page ID #:411

X

## Store Categories

- Store home
- Baseball
- Football
- Hockey
- Actors/Actresses
- Playmates/Models

This great 4x6 photo has been personally signed by Jeri Ryan.

I personally guarantee all my autographed photos to be authentic. If requested a letter of authenticity will accompany any purchase. I have been a collector for 15 years and have recently started to sell some of my items since the birth of my baby boy.

If you have any questions please feel free to ask, I will be happy to answer!

Please check out my other listings for great autographed memorabilia!

- Playmates/Models
- MMA/Boxing
- Basketball
- Baseball Cards
- Football cards
- Other

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

### People who shopped for this item also looked at

Feedback on our suggestions



Natalie Portman Hand Signed Autographed...



Delta Airlines Boarding Pass Jacket Signed by...



WHITNEY HOUSTON HAND SIGNED...

$23.51
19 bids



STAR WARS GEORGE LUCAS SIGNED ON S...

Angelina Jolie signed Sexy Actress "HEAD...

### See what other people are watching

Feedback on our suggestions



Dean Stockwell Autograph Autograph...

$6.00
Buy It Now
Free shipping



HORROR TV LEGEND SVENGOOLIE...

$24.99
Buy It Now
Free shipping



Frances Reid Signed 3x5 Index Card Days ...

$15.99
Buy It Now



Alice in Wonderland Door Knob Prop NON...

$60.00
Buy It Now



original signed autograph Erle Stanley...

$49.99
Buy It Now

## Sponsored Links

**Star Trek Autographs**
www.goautographs.com/
Buy Authentic Rare **Star Trek Autographed Photos** & Posters

**New: Zagat Boston**
www.zagat.com/Boston
Discover places you'll love in **Boston**, with the new Zagat.com.

**Autograph Auction**
www.pristineauction.com/
**autograph photos**... Collectible Consignment Auction

**Boston Postseason Shop**
www.bochamps.com/
**Boston** Baseball 2013 Champs Gear! Shop Licensed World Series Apparel.

**Autograph Star Photo**
www.sportsmemorabilia.com/Starr
100% Certified **Signed** Starr **Photos**. Free Shipping On Over 13,000 Items!

**Star Trek Autograph**
www.guaranteeautograph.com/
Domestic and International Provider of classic Hollywood Memorabilia.

**Find Autograph Photos**
www.wow.com/Autograph+Photos
Search **autograph photos** Look Up Quick Results Here!



eBay GET $30 BACK as a statement credit when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.  Apply Now
AdChoice

Back to search results                                                                                                            Return to top

Related buying guides :  HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS,  In-Person AUTOGRAPHS Collecting Etiquette,  Jennifer Aniston Signature Study,
Autographs, Original or Fake???

More to explore :  Star Trek Autographed Photo,  Photo Proof,  Meg Ryan Photo,  Ryan Reynolds Autograph,  Star Trek Captains Signed

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time
Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 46



Case 2:13-cv-06801-MWF-E Document 15-2 Filed 12/16/13 Page 60 of 147 Page ID #:415

Hi! Sign in or register | Daily Deals | Sell | Customer Support UP TO 70% OFF My eBay Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Autographs-Original > Movies > Cards & Papers

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

## Erika Eleniak - Baywatch SIGNED Autographed Photo

Add to watch list

Item condition: --

Time left: 5h 27m 41s (Nov 17, 2013 19:00:39 PST)

Current bid: **US $1.25** [ 2 bids ]

Place bid

Enter US $1.50 or more

Add to watch list

Shipping: **Does not ship to United Kingdom** | See details
Item location: **Valencia, California, United States**
Ships to: **United States**

Delivery: Varies

Payments: PayPal | See details

Returns: 60 days money back, buyer pays return shipping | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

**Seller information**
**bluefly64** (561 ★)
99.6% Positive feedback

Save this seller
See other items

AdChoice

**Description** | Shipping and payments | Print | Report item

eBay item number: 121214978174

Seller assumes all responsibility for this listing.

## ITEM DESCRIPTION:

This is a signed 8x10 photo. Photo shown is the photo you will receive. Each signed photo comes with a Letter Of Authenticity from Try CW. These autographs were obtained TTM (through the mail). Since obtained they have been stored in protective sleeve. We leave feedback for those who leave us feedback.

## SHIPPING:

Shipping is just $2.50 and each additional autographed item you win can be shipped together at no additional charge. We ship each order in photos mailers to protect it in shipping.

## BIDDER REQUIREMENT:

If you have less then 5 feedback ranking contact us before buying or your bid will be canceled.

## PAYMENTS:

Payments are **REQUIRED** within 24 hours of auction close. We ONLY accept paypal as payment.

# NO BIDDERS OUTSIDE USA

Please email with any further questions.



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

---

### Questions and answers about this item.

No questions or answers have been posted about this item.

Ask a question

---

Sponsored Links


Personalized Gradua tion Wooden Photo...
**$29.95**
+ $6.95 Shipping
Personalization Mall


Personalized Gradua tion Photo...
**$34.99**
+ $13.98 Shipping
Personal Creations


Townsend FN05Erika Personalized...
**$46.99**
Free Shipping
Walmart.com



EARLY HOLIDAY SAVINGS
Up to **70% off** | Ends November 18
ebay **deals**
Shop now ▶
AdChoice

Back to search results                                                                                                          Return to top

More to explore :   Erika Eleniak Photo,    Erika Eleniak Signed,    Autographed Photo Big Bang,    Baywatch Autograph,    Original AUTOGRAPH Photos

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time
Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register | Daily Deals | Sell | Customer Support UP TO 70% OFF My eBay Cart

dvanced

atch list

Top Rated Plus

GS

Choice

t item

74

Seller assumes all responsibility for this listing.

# ITEM DESCRIPTION:

This is a signed 8x10 photo. Photo shown is the photo you will receive. Each signed photo comes with a Letter Of Authenticity from Try CW. These autographs were obtained TTM (through the mail). Since obtained they have been stored in protective sleeve. We leave feedback for those who leave us feedback.

# SHIPPING:

Shipping is just $2.50 and each additional autographed item you win can be shipped together at no additional charge. We ship each order in photos mailers to protect it in shipping.

# BIDDER REQUIREMENT:

If you have less then 5 feedback ranking contact us before buying or your bid will be canceled.

# PAYMENTS:

Payments are **REQUIRED** within 24 hours of auction close.  We ONLY accept paypal as payment.

# NO BIDDERS OUTSIDE USA

Please email with any further questions.



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

## Sponsored Links



Personalized Gradua
tion Wooden Photo...

**$29.95**
+ $6.95 Shipping

Personalization Mall



Personalized Gradua
tion Photo...

**$34.99**
+ $13.98 Shipping

Personal Creations



Townsend FN05Erika
Personalized...

**$46.99**
Free Shipping

Walmart.com



EARLY HOLIDAY SAVINGS
Up to **70%** off | Ends November 18

ebay deals

Shop now ▶

AdChoice

Back to search results

Return to top

More to explore :   Erika Eleniak Photo,   Erika Eleniak Signed,   Autographed Photo Big Bang,   Baywatch Autograph,   Original AUTOGRAPH Photos

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 47

**Wednesday, December 11, 2013 10:17 AM**

**Subject: Confirmation of your order of Erika Eleniak - Baywatch SIGNED Autographed Photo...**
**Date:** Monday, November 18, 2013 7:44 AM
**From:** eBay <ebay@ebay.com>
**Reply-To:** ebay@ebay.com
**To:** Barry Rosen brphoto@pacbell.net
**Conversation:** Confirmation of your order of Erika Eleniak - Baywatch SIGNED Autographed Photo...

Thanks for your purchase!





# Here's your order confirmation

Hi Barry,

Here is a summary of your recent order. You can also view your updated **order details** in My eBay.

Thank you for shopping on eBay!

Go to order details

## Order details

You completed checkout on Nov-18-13

| Ship to: | Payment details: | Total: |
| --- | --- | --- |
| Barry Rosen | PayPal | **$9.00** |
| PO Box 48032 | | |
| Los Angeles, CA 90048-0032 US | | |

Seller: **bluefly64** ( **562** [?] )

| Item title | Price | Shipping price | Qty | Item total |
| --- | --- | --- | --- | --- |
| Erika Eleniak - Baywatch SIGNED Autographed Photo ( **121214978174** ) | | | | |
| Paid on Nov-18-13 | $6.50 | $2.50 | 1 | $6.50 |
| USPS First Class Package | | | | |
| Estimated delivery: Thu. Nov. 21 | | | | |

| | | |
| --- | --- | --- |
| | Subtotal | $6.50 |
| | Shipping and handling | $2.50 |
| | Total | **$9.00** |

Email reference id: [#0d98f2c87e6e47428d5ff06f57738c0e#]

eBay sent this message to Barry Rosen (mr_tetris). Learn more
eBay is committed to your privacy. Learn more about our privacy policy and user agreement.

© 2013 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125

**Subject: Enjoy your Erika Eleniak - Baywatch SIGNED Autographed Photo!**
**Date:** Sunday, November 17, 2013 7:00 PM
**From:** eBay <ebay@ebay.com>
**Reply-To:** ebay@ebay.com
**To:** Barry Rosen brphoto@pacbell.net
**Conversation:** Enjoy your Erika Eleniak - Baywatch SIGNED Autographed Photo!



Way to go mr_tetris! The next step is to pay.

# Congratulations, it's all yours!

Hi mr_tetris,

We hope you enjoy your Erika Eleniak - Baywatch SIGNED Autographed Photo. The next step is to pay.
Pay now to get your item as quickly as possible.

Pay now

## Item Information

**Erika Eleniak - Baywatch SIGNED Autographed Photo**
Item number:        121214978174
**Sale price:**         $6.50
Estimated delivery:  Varies (USPS delivers within 2-5 days after seller ships item)
Shipping & Handling: USPS First Class Package $2.50

**Seller Information:**   Sonia  Hall   contact seller
bluefly64(560   )
Valencia, CA 91354



## Others bought these to complement their purchase

| Autographed 8x10 Mickey... | Maura Tierney signed Scotla... | ALESSANDRA TORRESANI... | Monica Roach Autographed... |
|---|---|---|---|
| **$7.99** | **$9.99** | **$14.99** | **$4.99** |

## Select your email preferences

Want to change your email settings? Go to Communication Preferences in My eBay

Email reference id: [#798348a782354b2a9b76e459fba107f7#]

eBay sent this message to Barry Rosen (mr_tetris). Learn more

Why am I receiving this email?
You are receiving this email based on your eBay account preferences. If you'd rather not receive these emails, click <u>unsubscribe</u>.

eBay is committed to your privacy. Learn more about our <u>privacy policy</u> and <u>user agreement</u>.

© 2013 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125

Wednesday, December 11, 2013 10:16 AM

**Subject: Your invoice for eBay purchases: Erika Eleniak - Baywatch SIGNED Autographed Photo (121214978174#)**
**Date:** Sunday, November 17, 2013 11:20 PM
**From:** eBay <ebay@ebay.com>
**To:** Barry Rosen brphoto@pacbell.net
**Conversation:** Your invoice for eBay purchases: Erika Eleniak - Baywatch SIGNED Autographed Photo (121214978174#)

 eBay sent this message to Barry Rosen (mr_tetris).
Your registered name is included to show this message originated from eBay. Learn more

# Invoice

Dear mr_tetris,



Thank you for shopping on eBay! Your total amount due is $9.00. More details about your purchase are included below.

| Item # | Item Title | Quantity | Price | Amount |
|--------|-----------|----------|-------|--------|
| 121214978174 | Erika Eleniak - Baywatch SIGNED Autographed Photo | 1 | $6.50 | $6.50 |

Subtotal: $6.50

Shipping and handling via USPS First Class Package: $2.50

**Total: $9.00**

Email reference id: [#7d77881dcd8249d9ba5fc35770e81704#]

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at brphoto@pacbell.net about your account registered on www.ebay.com.

eBay will periodically send you required emails about the site and your transactions. Visit our Privacy Policy and User Agreement if you have any questions.

Copyright © 2013 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

# Exhibit 48

Wednesday, December 11, 2013 10:17 AM

**Subject: MC999 The listing you're interested in is no longer available**
**Date:** Monday, November 18, 2013 9:03 AM
**From:** customerhelp@ebay.com
**To:** Barry Rosen brphoto@pacbell.net
**Conversation:** MC999 The listing you're interested in is no longer available

 eBay sent this message to Rosen, Barry (mr_tetris).
Your registered name is included to show this message came from eBay. Learn more about how to tell if an email is really from eBay.

# MC999 The listing you're interested in is no longer available

Hello mr_tetris,

Thanks for your interest in this item.
121214978174 - Erika Eleniak - Baywatch SIGNED Autographed Photo

We had to remove this listing, and the item is no longer available. We do our best to make sure listings that may not comply with our policies don't appear on eBay. Because millions of items are listed every day, occasionally a noncompliant item could appear on our site.

The most common reasons we remove listings are:
-- The item isn't allowed on eBay or can only be listed under certain conditions.
-- The listing or item may have violated the intellectual property rights of others.

What to do now:

If you won the item and haven't paid yet:
-- This transaction is now canceled. You don't need to pay for the item.

If you won the item and already paid:
-- Don't worry -- your item should still arrive.
-- If you have any questions about the transaction or delivery, check the shipment tracking if it's available. Contact your seller for more information.
-- If you don't receive the item, or if the item arrives in significantly different condition than it was described, your purchase price plus original shipping may be covered by eBay Buyer Protection:
http://pages.ebay.com/help/buy/resolving-problems.html

We're sorry for the inconvenience. eBay still has lots of other great deals.

**Fortunately, we've got more items you might like**

| Erika Eleniak - Baywatch, The Beverly Hillbillies Signed Card 1064 | ERIKA ELENIAK UNDER SEIGE BAYWATCH SIGNED 8X10 PHOTO 1 | Erika Eleniak BAYWATCH autograph, IP signed photo | ERIKA ELENIAK BAYWATCH signed autograph 8x10 photo COA PLAYBOY | Erika Eleniak Signed 8x10 Photo Autographed Baywatch Beverly Hillbillies |



| $9.99 | $ 50.00 | $119.00 | $ 39.00 | $ 9.99 |

See more

Go to http://www.ebay.com to shop. We hope to see you soon.

Thanks,

eBay

Please don't reply to this message. It was sent from an address that doesn't accept incoming email.

eBay Document ID: 7675162000

Learn More about how to protect yourself from spoof (fake) emails.

This administrative email was sent to brphoto@pacbell.net from eBay. As outlined in our User Agreement, eBay will periodically send you required emails about site changes, site enhancements, and your transactions. Read our Privacy Policy and User Agreement for more details if you have any questions.

Copyright ©2013 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

# Exhibit 49



Hi, **Barry!** ▾ | Daily Deals | Sell | Customer Support          FedEx One Rate℠          My eBay          Cart
*Learn more ›*

**ebay** Customer Support

Home ▸ **Customer support** ▸ Search results

◉ High phone volume leading to extended wait times **Read more**

| **Find an answer** | Contact eBay |

## What can we help you with?

🔍 I didn't receive my item.          **Search**

Example: `selling fees` (Does not search for items or products)

### We're here to help resolve this issue  [ **Previous** ]

eBay Money Back Guarantee has got you covered. We're here to help.

**Open case**

Erika Eleniak - Baywatch
SIGNED Autographed
Photo
**Item no:** 121214978174
**Sale date:** 11/17/13
**Quantity:** 1
**View order details**

▾ **Related Help**

• **PayPal Seller Protection**
• **Seller performance report**
• **Protecting yourself against scams**

Was this information helpful?  **Yes**  **No** ▾

Community   About eBay   Announcements   Security Center   Resolution Center   Seller Information Center   Policies   Site Map   eBay official time
Preview new features   Contact us   eBay Talk   Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 50





Hi, **Barry**! | Daily Deals    My eBay    Sell    Customer Support    Cart

ebay Shop by category    All Categories    Search    Advanced

Back to search results | Listed in category: Everything Else > Adult Only > Erotic Art & Nudes > Photographs

Mouse over image to zoom

$ **Have one to sell?** Sell it yourself

# 8x10 FANTASY NUDE PHOTO OF ANNA KOURNIKOVA 2044

Item condition: --

Time left: 2d 08h (Sep 08, 2013 05:58:17 PDT)

Starting bid: US $3.95 [ 0 bid ]

Place bid

Enter US $3.95 or more

Price: US $5.95

Buy It Now

Add to cart

Add to watch list

Shipping: **$3.25** Standard Shipping | See details
Item location: Knightdale, North Carolina, United States
Ships to: United States

Delivery: Estimated between **Mon. Sep. 9 and Fri. Sep. 13**

Payments: PayPal | See details

Returns: 14 days money back, buyer pays return shipping | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

| Add to watch list

Seller information
**123-packfan** (2464 )
100% Positive feedback

Save this seller
See other items

ebay deals
DEALS. FOR REALS.
Free Shipping
Shop now ▸
AdChoice

Description | Shipping and payments    Print | Report item

eBay item number: 390652989896

Seller assumes all responsibility for this listing.

BIDDING ON A FANTASY PHOTO OF ABOVE STAR.ALL PICTURES ARE ON HEAVY STOCK PHOTO PAPER.SHIPPING IS 3.25 FOR FIRST PHOTO AND .25 FOR EACH ADDITIONAL PICTURE WON WITHIN A 3 DAY PERIOD ALL PAYMENTS DUE WITHIN 3 DAYS OF AUCTIONS END TAKE THE TIME TO CHECK MY FEEDBACK. MY SHIPPING DATES ARE TUESDAY AND FRIDAY AM .FREE PICTURE OF SELLERS CHOICE INCLUDED WITH ORDERS OF AT LEAST 2 PHOTOS

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00001

GET $30 BACK    Apply Now

Back to search results

Return to top

More to explore :   Anna Kournikova Photo,   Anna Kournikova,   Signed 8x10 Photo,   Photo Album Holds 8x10,   Black Photo Frame 8x10

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi, **Barry!** ▾ | Daily Deals

My eBay    Sell    Customer Support    🔔    🛒 Cart



00001



GET $30 BACK        Apply Now

Back to search results                                                                                                          Return to top
More to explore :   Anna Kournikova Photo,   Anna Kournikova,   Signed 8x10 Photo,   Photo Album Holds 8x10,   Black Photo Frame 8x10

About eBay      Community      Announcements      Security Center      Resolution Center      Policies      Site Map      eBay official time      Preview new features      Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 51





Hi, **Barry**! | Daily Deals | Sell | Customer Support | My eBay | Cart

Shop by category | kournikova | Adult Only | Search | Advanced

Refine your search for **kournikova**

### Categories
Everything Else

Adult Only

- Erotic Art & Nudes (25)
- Magazine Back Issues (9)
- Collectibles (2)
- DVDs & Movies (1)

### Condition
see all

- New
- Used
- Not Specified

### Price
$ to $

### Format
see all

- All Listings (37)
- Auction (20)
- Buy It Now (22)

### Item Location
- on eBay.com
- US Only
- North America
- Worldwide

### Show only
see all

- Expedited shipping
- Returns accepted
- Free shipping
- Completed listings
- Sold listings

**More refinements...**

See also

- Kournikova
- Anna Kournikova
- Kournikova Magazine
- Anna Kournikova Posters
- Anna Kournikova Photo

**All Listings** | Auction | Buy It Now

Sort: End Date: recent first View:

**37** results for kournikova Save search

Completed listings

:"ANNA KOURNIKOVA "- NUDE #1- ARTIST PRINT- 8"X 10"- DIGITAL PAINTING

Top Rated Plus

View similar active items | Sell one like this

Oct-01 08:09

**$19.95**
0 bids

Free shipping

Celebrity Sleuth Vol 13 No 7 Kournikova 102112ELP

View similar active items | Sell one like this

Oct-01 06:44

**$18.99**
Buy It Now

CELEBRITY SKIN #101 BRITNEY SPEARS CHRISTINA AGUILERA ANNA KOURNIKOVA

View similar active items | Sell one like this

Sep-29 19:41

**$10.00**
0 bids

**$13.00**
Buy It Now

PENTHOUSE MAGAZINE / JUNE 2002 / VICTORIA ZDROK / ANNA KOURNIKOVA / JADE HSU

View similar active items | Sell one

Sep-28 23:13

**$7.99**
Buy It Now

8x10 FANTASY NUDE
PHOTO OF ANNA
KOURNIKOVA 4091

Jul-17 08:23

**$3.95**
2 bids

View similar active items | Sell one
like this



ANNA KOURNIKOVA
-3176

Jul-06 14:05

**$3.99**
1 bid

View similar active items | Sell one
like this

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

 

*Learn about pricing

This page was last updated:  Oct-02 16:24. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

# Exhibit 52



Hi, **Barry!** ▾ | Daily Deals

My eBay    Sell    Customer Support    🔔    🛒 Cart

Shop by category ▾

[All Categories ▾]    **Search**    Advanced

‹ Back to search results | Listed in category:    Everything Else › Adult Only › Erotic Art & Nudes › Photographs

Bidding has ended on this item.

### 8x10 FANTASY NUDE PHOTO OF ANNA KOURNIKOVA 4091

| | |
|---|---|
| Item condition: | -- |
| Ended: | Jul 17, 2013  08:23:00 PDT |
| Winning bid: | US $3.95    [ 2 bids ] |
| | Add to list ▾ |
| Shipping: | $3.25  Standard Shipping | See details |
| | Item location: Knightdale, North Carolina, United States |
| | Ships to: United States |
| Delivery: | Estimated within 2-6 business days ⓘ |
| Payments: | *PayPal* | See details |
| Returns: | 14 days money back, buyer pays return shipping |
| | Read details |

**Seller information**
123-packfan (2464 ⭐ )
100% Positive feedback

Save this seller
See other items

✉ f ✔ 🅿

$ Have one to sell? Sell it yourself

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

Mouse over image to zoom

---

| Description | Shipping and payments | | Print | Report item |
|---|---|---|---|---|

Seller assumes all responsibility for this listing.                    eBay item number:  161063672817

BIDDING ON A FANTASY PHOTO OF ABOVE STAR.ALL PICTURES ARE ON HEAVY STOCK PHOTO PAPER.SHIPPING IS 3.25 FOR FIRST PHOTO AND .25 FOR EACH ADDITIONAL PICTURE WON WITHIN  A 3 DAY PERIOD ALL PAYMENTS DUE WITHIN 3 DAYS OF AUCTIONS END TAKE THE TIME TO CHECK MY FEEDBACK. MY SHIPPING DATES ARE TUESDAY AND FRIDAY AM .FREE PICTURE OF SELLERS CHOICE INCLUDED WITH ORDERS OF AT LEAST 2 PHOTOS

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00009



ebay  GET $30 BACK

as a statement credit  when you open an eBay MasterCard® and make a purchase with your new card now through December 31, 2013. Valid for new accounts only.

Apply Now

AdChoice ▷

Back to search results                                                                                        Return to top

More to explore :   Anna Kournikova Photo,    Anna Kournikova,    8x10 Photos Lots,    8x10 Glossy Photo Paper,    8x10 Photo Frame Lot

About eBay    Community    Announcements    Security Center    Resolution Center    Policies    Site Map    eBay official time    Preview new features    Contact us
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 53





Hi! Sign in or register | Daily Deals | Sell | Customer Support | CYBER MONDAY DEAL FRENZY | My eBay | Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Collectibles > Paper > Other

This is a private listing. Sign in to view your status or learn more about private listings.

Click to view larger image

$ Have one to sell? Sell it yourself

## enrique iglesias anna kournikova gloria trevi magazine

Add to watch list

Item condition: **Used**

Time left: 27d 16h (Dec 30, 2013 10:59:01 PST)

Price: **US $23.00**

Buy It Now

Add to cart

Add to watch list

Add to collection

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$7.80** Economy Shipping from outside US | See details
See details about international shipping here.
Item location: **santiago, Chile**
Ships to: **Worldwide** See exclusions

Delivery: Estimated between **Thu. Jan. 30 and Mon. Feb. 17**
This item has an extended handling time and a delivery estimate **greater than 40 business days.**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

### Seller information

***madonna*** (5964 ★) me
99.1% Positive feedback

Follow this seller
See other items

AdChoice

## People who viewed this item also viewed

Feedback on our suggestions

2001 ANNA KOURNIKOVA SEXY...
**$4.99**

ENRIQUE IGLESIAS 2014 Desktop Holid...
**$18.99**
Free shipping

ENRIQUE IGLESIAS 2014 Wall Holiday...
**$25.50**
Free shipping

ANNA KOURNIKOVA Official 2005 Calend...
**$9.99**

**Description** | **Shipping and payments** | Print | Report item

eBay item number: 271335458444

Seller assumes all responsibility for this listing.

### Item specifics

Condition: Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more

### * ITEM DESCRIPTION *

Magazine title: tv grama.
Dated: april 2002.
On the cover: titi
Inside of the mag: …. beto cuevas, luis miguel 1 pg 4 pics, gloria trevi 2 pg 6 pics, anna kournikova 2 pg 8 pics, diego torres 1 pg 2 pics, lynda 1 pin up, five pin up, westlife thalia, paulina rubio 1 pg 7 pics, pet shop boys 2 pg 3 pics,   …..

The magazine is second hand but it is in good condition. I do not send extra scanners.
the word (my ebay id) over the picture is not in the original item.
pg = number of pages, pic = number of pictures, pin up = picture full page,
centerfold = poster 2 pages, adv = advertisement.

By bidding you agree to ALL the terms of thesale stated below. Please bid accordingly.

### * PAYMENT METHODS *

I accept most payment methods allowed by EBAY.
please check below at the Payment method accept, or email us for any question

Once auction ends we will send an EBAY INVOICE with the total for PAYPAL payment, please wait for the invoice
If you are the winner and you want another payment method you must send shipping info
If you pay by mistake before I send you an invoice, I will not send your item until the correct amount is paid.
High Bidder Pays all costs associated with the transaction. Pays Shipping Handling or Any Other Extra Cost.
Unpaid Dispute I will wait for only three days for payment.

### * SHIPPING & HANDLING *

International shipping charges is variable, we live in South America.
We will combine shipping charges if you bid on two items or more.
Combined is cheaper but we can not send two or more items for the the cost of one…
so if you buy various items and they have different shipping and handling costs,
the one with the higher costs must be used.

### * SHIPPING COST BY RISTERED AIRMAIL *

so the buyer must pay for:
ONE MAGAZINE to USA or SOUTH AMERICA (AIRMAIL) $ 7.80 U$Dollars, $ 5.30 U$Dollars for each extra mag
ONE MAGAZINE to the REST OF THE WORLD (AIRMAIL) $ 9.60 U$Dollars, $ 6.20 U$Dollars for each extra mag
REST OF THE WORLD: canada, mexico, central america, asia, australia, europe

### * ONLY THE ARTICLE OF YOUR FAVOURITE STAR BY REGULAR AIRMAIL *

ONE ARTICLE to USA or SOUTH AMERICA (AIRMAIL) $ 6.60 U$Dollars, $ 3.30 U$Dollars for each extra article
ONE ARTICLE to the REST OF THE WORLD (AIRMAIL) $ 6.10 U$Dollars, $ 3.60 U$Dollars for each extra article

REGISTERED MAIL INSURANCE WITH TRACKING NUMBER
I can provide you with the tracking number of your registered package, only ask for it,
so that you can make inquiries in your local post office.

### * WE WILL NOT BE HELD RESPONSIBLE FOR *

1.- If your country does not have online tracking.
2.- If your local mail office does not left you a notice when a registered package can not be delivered
3.- If your item is return to me, buyer must pay again for shipping costs if package has to be resent again.

we ship items in plastic bags with cardboard for protection
Shipping charges are not negotiable and
Local pick-up is not available.

we ship items and packages twice a week, by airmail, first class only.
Usually items take 20 business days (4 weeks), specially if you live overseas,

my country does not have sea mail, second class airmail or surface..

If you have questions regarding your order or if you feel that you have a problem,
please contact us for a resolution before leaving feedback.
We appreciate the opportunity to have a fair transaction!



Winning bidder accepts the auction terms and enters a legally-binding agreement to purchase the item.
THE MAGAZINES ARE NOT MINT. THEY HAVE MARKS OF USE…!!!
email us for any question before bidding, any suggestion is welcomed.

* THANKS & GOOD LUCK *

Frequently questions and much more extra information
click here

PayPal-eBay's service to make fast, easy, and secure payments !




Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

Sponsored Links

    


AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                    Return to top

More to explore :   Enrique Iglesias Magazine,   Enrique Iglesias,   Enrique Iglesias Photo,   Enrique Iglesias Bailamos,   Gloria Trevi CD

Community      About eBay      Announcements      Security Center      Resolution Center      Policies      Site Map      eBay official time

Preview new features      Contact us      eBay Talk      Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.





eBay item number: 271335458444

Seller assumes all responsibility for this listing.

**Item specifics**

Condition: Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more

### * ITEM DESCRIPTION *

Magazine title: tv grama.
Dated: april 2002.
On the cover: titi
Inside of the mag: .... beto cuevas, luis miguel 1 pg 4 pics, gloria trevi 2 pg 6 pics, anna kournikova 2 pg 8 pics, diego torres 1 pg 2 pics, lynda 1 pin up, five pin up, westlife thalia, paulina rubio 1 pg 7 pics, pet shop boys 2 pg 3 pics,  .....

The magazine is second hand but it is in good condition. I do not send extra scanners.
the word (my ebay id) over the picture is not in the original item.
pg = number of pages, pic = number of pictures, pin up = picture full page,
centerfold = poster 2 pages, adv = advertisement.

By bidding you agree to ALL the terms of thesale stated below. Please bid accordingly.

### * PAYMENT METHODS *

I accept most payment methods allowed by EBAY.
please check below at the Payment method accept, or email us for any question

Once auction ends we will send an EBAY INVOICE with the total for PAYPAL payment, please wait for the invoice
If you are the winner and you want another payment method you must send shipping info
If you pay by mistake before I send you an invoice, I will not send your item until the correct amount is paid.
High Bidder Pays all costs associated with the transaction. Pays Shipping Handling or Any Other Extra Cost.
Unpaid Dispute I will wait for only three days for payment.

### * SHIPPING & HANDLING *

International shipping charges is variable, we live in South America.
We will combine shipping charges if you bid on two items or more.
Combined is cheaper but we can not send two or more items for the the cost of one...
so if you buy various items and they have different shipping and handling costs,
the one with the higher costs must be used.

### * SHIPPING COST BY RISTERED AIRMAIL *

so the buyer must pay for:
ONE MAGAZINE to USA or SOUTH AMERICA (AIRMAIL) $ 7.80 U$Dollars, $ 5.30 U$Dollars for each extra mag
ONE MAGAZINE to the REST OF THE WORLD (AIRMAIL) $ 9.60 U$Dollars, $ 6.20 U$Dollars for each extra mag
REST OF THE WORLD: canada, mexico, central america, asia, australia, europe

### * ONLY THE ARTICLE OF YOUR FAVOURITE STAR BY REGULAR AIRMAIL *

ONE ARTICLE to USA or SOUTH AMERICA (AIRMAIL) $ 6.60 U$Dollars, $ 3.30 U$Dollars for each extra article
ONE ARTICLE to the REST OF THE WORLD (AIRMAIL) $ 6.10 U$Dollars, $ 3.60 U$Dollars for each extra article

REGISTERED MAIL INSURANCE WITH TRACKING NUMBER
I can provide you with the tracking number of your registered package, only ask for it,
so that you can make inquiries in your local post office.

### * WE WILL NOT BE HELD RESPONSIBLE FOR *

1.- If your country does not have online tracking.
2.- If your local mail office does not left you a notice when a registered package can not be delivered
3.- If your item is return to me, buyer must pay again for shipping costs if package has to be resent again.

we ship items in plastic bags with cardboard for protection
Shipping charges are not negotiable and
Local pick-up is not available.

we ship items and packages twice a week, by airmail, first class only.
Usually items take 20 business days (4 weeks), specially if you live overseas,

my country does not have sea mail, second class airmail or surface..

If you have questions regarding your order or if you feel that you have a problem,
please contact us for a resolution before leaving feedback.
We appreciate the opportunity to have a fair transaction!



Winning bidder accepts the auction terms and enters a legally-binding agreement to purchase the item.
THE MAGAZINES ARE NOT MINT. THEY HAVE MARKS OF USE...!!!
email us for any question before bidding, any suggestion is welcomed.

\* THANKS & GOOD LUCK \*

Frequently questions and much more extra information
click here

PayPal-eBay's service to make fast, easy, and secure payments !




Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Sponsored Links

    


AdChoice

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                                    Return to top

More to explore :    Enrique Iglesias Magazine,    Enrique Iglesias,    Enrique Iglesias Photo,    Enrique Iglesias Bailamos,    Gloria Trevi CD

Community        About eBay        Announcements        Security Center        Resolution Center        Seller Information Center        Policies        Site Map        eBay official time

Preview new features        Contact us        eBay Talk        Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 54





Hi! Sign in or register | Daily Deals | Sell | Customer Support THANKSGIVING DEAL FRENZY My eBay Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Collectibles > Autographs > Celebrities

Mouse over image to zoom

$ Have one to sell? Sell it yourself

# 8x10 SIGNED PHOTO #733 - ALI LANDRY - ACTRESS - MODEL - MISS USA

Item condition: **New**

| Add to watch list

Price: **US $19.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Experienced Seller

New Condition

BillMeLater **New customers get $10 back on 1st purchase**
Subject to credit approval. See terms

Shipping: **$3.77** Standard Shipping | See details
Item location: **New Berlin, Wisconsin, United States**
Ships to: **Worldwide**

Delivery: Estimated between **Fri. Dec. 6 and Tue. Dec. 10**
Includes 5 business days handling time after receipt of cleared payment.

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

## Seller information

**powerangers** (43544 )
99.6% Positive feedback

Follow this seller
See other items
Visit store: ANTIQUE PAPER SHOP

ebay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
Up to 70% off
Gifts for everyone on your list—with a free eBay tote*
SHOP THE COLLECTIONS

*Free with purchase, while supplies last.
AdChoice

## People who viewed this item also viewed

Feedback on our suggestions

Devon Sawa, & Kerr Smith Hand Signed 8...
**$3.75**

Doctor Who Autographed 8x10...
**$99.99**

Anne Baxter Hand Signed 8 x 10 Phot...
**$34.00**

Sean Connery signed autograph 8x10 pho...
**$49.00**

**Description** | Shipping and payments | Print | Report item

eBay item number: 390712954996

Seller assumes all responsibility for this listing.

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing ... Read more

**ANTIQUE PAPER SHOP** Visit my eBay store

Sign up for newsletter

[Search Store]

LOBBY CARDS | Magazines | Catalogs | Vintage Photos | 1800s Engravings

[SALE] Items On Sale

**Store Categories**

Store home

* VINTAGE EUROPEAN
IMPORTS *

* WHOLESALE - DEALER
LOTS *

* WHOLESALE - MAGAZINE
LOTS *

1800s Engravings

Advertising and Ads

Antique Medicine Advertising

Art

Autographs

BELT BUCKLES

BICYCLE PARTS - VINTAGE

Books

CALENDARS

Cameras

CAR OWNERS MANUALS

Catalogs

Character Glasses

Comic Books

Entertainment Memorabilia

Fashion Plates - Prints

Games - Toys

GAMES and TOYS

Historical Items

Lead Soldiers

LOBBY CARDS

Magazines

MENU

Movie Memorabilia

Newspapers

Paper Dolls

PINBACKS

Vintage hand signed photo.



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

## People who shopped for this item also looked at

Feedback on our suggestions



Sam Trammell Hand Signed Autograph...

**$54.99** 🏅
Buy It Now
Free shipping



DWIGHT EVANS AUTOGRAPHED 8X10...

**$17.95**
0 bids



Nelsan Ellis True Blood signed...

**$55.96** 🏅
Buy It Now



PAU GASOL AUTOGRAPHED 8 X ...

**$34.95**
0 bids
Free shipping



Kristin Bauer True Blood signed...

**$55.96** 🏅
Buy It Now

## See what other people are watching

Feedback on our suggestions



John Wayne Authentic Signature 1962 On...

**$100.00**
33 bids
Free shipping



2012 Leaf Pop Century Stunning...

**$10.50** 🏅
6 bids



LINNEA QUIGLEY Hand-Signed "Retu...

**$99.99** 🏅
Buy It Now



2012 Leaf Pop Century Kepping It...

**$7.00** 🏅
7 bids



2012 Leaf Pop Century Signatures...

**$10.51** 🏅
10 bids

## Sponsored Links



Hummel by Goebel Girl With Trumpet 733

**$109.95**
Free Shipping
Maggies Gift Shop



Department 56 General Village...

**$13.99**
+ $8.99 Shipping
Replacements, Ltd.



17% OFF

Hollywood Collectibles - Signed King...

~~$238.01~~ **$197.37**
Free Shipping
SportsMemorabilia.com



Sunset Pro Photo Albums 12 Pack- 8x10...

**$505.00**
LexJet



Personalized Photo Puzzle With Box -...

**$12.99**
+ $5.79 Shipping
PrinterStudio.com



Back to search results                                                                                     Return to top

Related buying guides :   What is a 'White Sheet' Autographed Photo?,   HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS,
Nonauthentic Tim Allen signed photo Home Improvement

More to explore :   Miss USA Photos,   Actress Photo,   Model A Photo,   Cabinet PHOTO Actress,   Miss USA Pageant

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



# Exhibit 55



Mouse over image to zoom

# ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12 TENNIS PHOTO PSA/DNA #F85875

Item condition: --

Add to watch list

Price: **US $99.00**

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to watch list

Add to collection

100% positive Feedback | Hassle-free Returns | Best offer available

BillMeLater **Spend $99+ and get 6 months to pay**
Subject to credit approval. See terms

Shipping: **$8.00** Expedited Shipping | See details
Item location: **Houston, Texas, United States**
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Mon. Dec. 16** to 90011

Payments: PayPal, Bill Me Later , Visa/MasterCard, Amex, Discover | See details

Returns: Hassle-free returns | Learn more
14 days money back or item exchange, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

**Seller information**
historyofthegame (16993 )
100% Positive feedback
Top Rated Plus

Follow this seller
See other items
Visit store: The History of the...

ebay
AN EBAY EXCLUSIVE:
The Wrapped & Ready Gift Event
Up to 70% off
Gifts for everyone on your list—with a free eBay tote*
SHOP THE COLLECTIONS

*Free with purchase, while supplies last.
AdChoice

**$ Have one to sell?** Sell it yourself

**Description** | Shipping and payments

Print | Report item

eBay item number: 141138310798

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Autograph Authentication: | Professional Sports (PSA/DNA) | Country of Manufacture: | United States |
| Product: | Photo | UPC: | F85875 |

Anna Kournikova Signed Autographed Tennis Photo PSA DNA Item F85875 12/11/13 8:10 AM





ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12 TENNIS PHOTO PSA/DNA #F85875

**PSA/DNA** **Certification #** F85875

FOR MORE INFORMATION CALL US TOLL FREE 713-672-2793



# THE INTERNET'S LARGEST INVENTORY OF AUTHENTIC AUTOGRAPHED BABE RUTH AND OTHER HIGH-END INVESTMENT GRADE SPORTS MEMORABILIA.

All Autographs Certified Authentic By The Industry Leaders In Autograph Authentication.







Powered by [eBay Blackthorne 04.10.043](#)

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

---

00009

---

## Sponsored Links



Tennis Express Anna Kournikova ...

~~$100.00~~ **$69.99**

Free Shipping

Tennis Express



Sports Memorabilia - Ricky Rubio...

~~$150.34~~ **$141.85**

Free Shipping

SportsMemorabilia.com



Sports Memorabilia - Framed...

~~$242.79~~ **$161.86**

Free Shipping

SportsMemorabilia.com



Sports Memorabilia - Autographed...

~~$599.00~~ **$412.66**

Free Shipping

SportsMemorabilia.com



Encore Select Auto-1 114TenAK Anna...

**$260.08**

Free Shipping

Walmart.com



with your new card now through December 31, 2013. Valid for new accounts only.

AdChoice

Back to search results

Return to top

More to explore :   Anna Kournikova Autograph,   Anna Kournikova Photo,   Autograph Jerseys Psa/dna,   Michael Jordan Psa/dna Autograph,   Autographed Baseball PSA DNA HOF

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.







ANNA KOURNIKOVA SIGNED AUTOGRAPHED 8X12 TENNIS PHOTO PSA/DNA #F85875

**PSA**/**DNA** Certification # F85875

FOR MORE INFORMATION CALL US TOLL FREE 713-672-2793



# THE INTERNET'S LARGEST INVENTORY OF AUTHENTIC AUTOGRAPHED BABE RUTH AND OTHER HIGH-END INVESTMENT GRADE SPORTS MEMORABILIA.

**All Autographs Certified Authentic By The Industry Leaders In Autograph Authentication.**







Powered by eBay Blackthorne 04.10.043

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

00009

Sponsored Links







Tennis Express Anna Kournikova ...
~~$100.00~~ **$69.99**
Free Shipping
Tennis Express

Sports Memorabilia - Ricky Rubio...
~~$150.34~~ **$141.85**
Free Shipping
SportsMemorabilia.com

Sports Memorabilia - Framed...
~~$242.79~~ **$161.86**
Free Shipping
SportsMemorabilia.com

Sports Memorabilia - Autographed...
~~$599.99~~ **$412.66**
Free Shipping
SportsMemorabilia.com

Encore Select Auto-1 114TenAK Anna...
**$260.08**
Free Shipping
Walmart.com



with your new card now through December 31, 2013. Valid for new accounts only.

AdChoice ℹ

Back to search results                                                                                                          Return to top

More to explore :   Anna Kournikova Autograph,   Anna Kournikova Photo,   Autograph Jerseys Psa/dna,   Michael Jordan Psa/dna Autograph,
Autographed Baseball PSA DNA HOF

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

# Exhibit 56



Safari Power Saver
Click to Start Flash Plug-in
We're obsessed with details.
Truth in Engineering Audi

Home > Worthopedia™ > Gena Lee Nolin "Baywatch" Autographed Photo

*Terms and Conditions* for using our site

## Gena Lee Nolin "Baywatch" Autographed Photo




Sold For: **Start free trial!**

or **Sign In** to see what it's worth.

Sold Date: 02/11/2012
**Channel:** Online Auction
**Source:** eBay

 

Safari Power Saver
Click to Start Flash Plug-in

We're obsessed with details.

Truth in Engineering Audi

Gena Lee Nolin "Baywatch" 8" x 10" Autographed Photo. I did not see the photo signed, so I gave a closeup for you to decide on authenticity. I have over 200 autographs to sell. Check out my other items ! Be sure to add me to your favorites list !

Flag item for content or copyright.

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

Worthopedia™ price guide   ebay
Raw data from eBay under sublicense

### VIEW SIMILAR ITEMS






2002 Gena Lee Nolin Auto Bench Warmer Card

RARE Gena Lee Nolin Benchwarmer 2002 Autograph

LEAF POP CENTURY SIGNATURES GENA LEE NOLIN

LEAF POP CENTURY SIGNATURES GENA LEE NOLIN

### MORE ITEMS FROM EBAY






**WorthPoint** Marketplace Partners


Playboy Magazine 2001 December Gala Christmas Issue Gena Lee Nolin
$3.00 ebay


2011 leaf pop century Gena lee Nolin autograph auto signed
$3.99 ebay


Gena Lee Nolin color glossy 8 by 10 photograph
$4.00 GOAntiques



2011 Comic Con Exclusive
Big Bang Theory 9
Signature Autographed
Poster Lot SDCC



FRED & ADELE ASTAIRE
BOTH InkSign Program
Gershwins' "Lady, Be
Good" 1925 RARE



FUTURISTIC space
explorer HELMET--ONE
OF A KIND Prop,FALL
OUT, HALO, INDI FILM,



2) Eleonora DUSE Ink
Signed Card 1902+
Cabinet Photo"Lady of the
Camellias"1890

Huge Lot Playboy Mags 2001-05
Dita Von Teese ~ Jordan ~ Gena
Lee Nolin & more!



Advertising | Alcohol & Smoking | Antiquities | Books, Paper & Magazines | Ceramics | Coins & Currency | Entertainment | Ethnic, Folk & Native American Art | Fine Art | Firearms and Accessories | Fraternal, Political, Organizations | Furniture & Furnishings | Glass | Jewelry | Metals | Militaria & Weapons | Natural History | Sports | Stamps | Textiles, Clothing & Accessories | Tools | Toys, Dolls, Games & Puzzles | Transportation and Vehicles |



Follow us!

Like    Tweet    Pin it    +1

About WorthPoint | Advertising | Help | Contact Us | Careers | Privacy Policy | Terms of Use

© 2013 - WorthPoint Corporation | 3525 Piedmont Road NE, Building 5, Suite 435, Atlanta, GA 30305 | 877.481.5750

WorthPoint

Price Guide | All Categories | Go | Sign In

News & Multimedia | Value It | Research It | Buy & Sell | Auctions & Events | Resources

Safari Power Saver
Click to Start Flash Plug-in
We're obsessed with details.
Audi Truth in Engineering

Try WorthPoint today with
7 FREE LOOKUPS
Start free trial!

Home > Worthopedia™ > Gena Lee Nolin "Baywatch" Autographed Photo

Terms and Conditions for using our site

# Gena Lee Nolin "Baywatch" Aut

2

Sold For:

or Sign In to see

Sold Date: 02/11/
Channel: Online
Source: eBay

Image 1 / 2 Gena Lee Nolin "Baywatch" Autographed Photo

ower Saver
Start Flash Plug-in
obsessed with details.
Audi Truth in Engineering

Gena Lee Nolin "Baywatch" 8" x 10" Autograph
a closeup for you to decide on authenticity. I h
other items ! Be sure to add me to your favorit

Flag item for content or copyright.

*Items in the Worthopedia are obtained exclusively fr partners solely for our members' research needs.*

## VIEW SIMILAR ITEMS

2002 Gena Lee Nolin Auto Bench Warmer Card

RARE Gena Lee Nolin Benchwarmer 2002 Autograph

LEAF POP CENTURY SIGNATURES GENA LEE NOLIN

LEAF POP CENTURY SIGNATURES GENA LEE NOLIN

## WorthPoint Marketplace Partners

Playboy Magazine 2001 December Gala Christmas Issue Gena Lee Nolin
$3.00 ebay

2011 leaf pop century Gena lee Nolin autograph auto signed
$3.99 ebay

Gena Lee Nolin color glossy 8 by 10 photograph
$4.00 GoAntiques

## MORE ITEMS FROM EBAY





Advertising | Alcohol & Smoking | Antiquities | Books, Paper & Magazines | Ceramics | Coins & Currency | Entertainment | Ethnic, Folk & Native American Art | Fine Art | Firearms and Accessories | Fraternal, Political, Organizations | Furniture & Furnishings | Glass | Jewelry | Metals | Militaria & Weapons | Natural History | Sports | Stamps | Textiles, Clothing & Accessories | Tools | Toys, Dolls, Games & Puzzles | Transportation and Vehicles |

Follow us!

About WorthPoint | Advertising | Help | Contact Us | Careers | Privacy Policy | Terms of Use

© 2013 - WorthPoint Corporation | 3525 Piedmont Road NE, Building 5, Suite 435, Atlanta, GA 30305 | 877.481.5750



© Copyrighted work licensed by WorthPoint

# Exhibit 57



Safari Power Saver
Click to Start Flash Plug-in

Home > Item Removal Request

# Item Removal Request

WorthPoint is a web site for collectors and consumers that provides price history and other information for all types of collectible items. These items are not for sale by WorthPoint.

**How does WorthPoint get its data and images?**
We license the data displayed in the Worthopedia from a variety of sources.  We are an official licensee of eBay and many of the leading auction houses.

Our agreements permit us to display all art, antiques and collectible items – with full attribution – that are contained in eBay's and the respective auction house partners' product catalogs, along with the price paid for such item.   Our licenses permit our members to use completed sales results and images displayed on the Worthopedia solely for research purposes.

**How can eBay give you a license to my content and images?**
When a seller lists on item on eBay they grant eBay a non-exclusive, worldwide, perpetual, irrevocable, royalty-free, sub-licensable (through multiple tiers) right to exercise any and all copyright, trademark, publicity, and database rights (but no other rights) the user has in the content, in any media known now or in the future.

**Someone used my copyrighted image or content in their eBay listing without my permission.  Can I get it removed from the Worthopedia?**
If you hold the copyright on an image or content displayed in the Worthopedia and would like your image removed, please complete the request form below.

**Someone sold goods on eBay that violate my trademarks.  Can I get the listing removed from the Worthopedia?**
Yes.  Please fill out the removal request form below.

**I hold the copyright to the image and content displayed on the Worthopedia and I placed the eBay listing, but would like to have it removed from the Worthopedia.  Can I request removal?**
Even though we have purchased the rights to use the data contained in the Worthopedia, our standing policy is that members of the collecting community may request removal of their items from the database.   You can request removal by filling out the removal request form below.

**I would like to exclude all my future eBay listings from the Worthopedia.  Can I do that?**
If you prefer that images from any of your future eBay transactions not be displayed, please supply your eBay seller ID in the appropriate box of the form below. We will do our best to filter your images/transactions from our eBay data update process.





# ITEM REMOVAL REQUEST FORM

Dear WorthPoint Corporation:

I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual property rights ("IP Owner");

**Remove Listing** *

☐ Please remove the item displayed on the previous page.

I have a good faith belief that the listing identified and/or referenced in the addendum below display items or contain materials that are not authorized by the IP Owner, its agent, or the law; or I am the IP Owner and I posted the item on eBay and I am hereby requesting removal of the url listings identified in the addendum.

## I may be contacted at

**Name of IP Owner** *

[                                    ]

**My name (if different)**

[                                    ]

**Company**

[                                    ]

**Address** *

[                                                          ]
Street Address

[                              ]          [                              ]
City                                       State / Province / Region

[                              ]          [                            ▼]
Zip / Postal Code                          Country

**Email** *

[                                    ]

**Telephone**

[                                    ]

## Addendum to Removal Request

If you believe the listed item infringes on your intellectual property rights, please designate the reason or reasons for the Claimed Infringement below.

☐ **Trademark - *item* infringement**
   Item is a counterfeit product which infringes the trademark owner's rights.

☐ **Trademark - *listing content* infringement**
   Listing contains unlawful use of trademark

☐ **Copyright - *listing content* infringement**
   Listing uses unlawful copy of copyrighted text.
   Listing uses unlawful copy of copyrighted image.

Item Removal | About Worthpoint                                                                12/10/13 10:51 AM

Listing uses unlawful copy of copyrighted image and text.

## Additional Items

If you have additional items listed in Worthopedia which you believe present
infringement issues, you can either repeat the above process for each item or
complete the information below:

**Work(s) believed to be infringed (please include trademark registration
or application number with each)**

Additional URLs

Specific Worthopedia url(s) to be removed

**If you would like all of your future eBay listings excluded from the
Worthopedia, please provide your eBay seller ID here**

Submit

If you have any questions, please contact our support group at support@worthpoint.com.

## Sell antique cameras

adorama.com/Used_Department

Adorama Buys & Sells Used Photo Equipment.

Follow us!

Like   Tweet 0   Pin it   Share

About WorthPoint I Advertising I Contact Us I Help I Careers I Privacy Policy I Terms of Use

© 2013 - WorthPoint Corporation I 3525 Piedmont Road NE, Building 5, Suite 435, Atlanta, GA 30305 I 877.481.5750

# Exhibit 58



| HOME | NEWS CENTER | BLOG |

🇺🇸 United States    Login

**Create Free Account >**

| Front Page | Arts | Business | Education | Environment | Government | Industry | Lifestyle | Sports | Tech | ⌄ Other |

Wednesday, December 11, 2013

📶 RSS    E-mail Newsletters    Put PRWeb on your site

# WorthPoint -- The On-line Antiques and Collectibles Resource -- Acquires eBay Transaction Data

Worthpoint, the premier online resource for antiques valuation, has partnered with Advanced Ecommerce Research Systems, the world's only licensed seller of eBay transaction data, to create the most extensive internet resource for antique research and appraisal.

(PRWEB) May 17, 2011

  

WorthPoint (http://www.WorthPoint.com) - the on-line resource serving the global antiques and collectibles community - has announced that it has reached an agreement with Advanced E-Commerce Research Systems (Advanced) to acquire transaction data on antiques and collectibles bought and sold globally through eBay. The eBay data provided by Advanced will be incorporated into WorthPoint's 'Worthopedia' database of antiques and collectibles transactions and will immediately add historical and ongoing information on price, description and images from approximately 150 million transactions to the existing market data from GoAntiques.com, TIAS, and many of the world's leading auction houses already available at WorthPoint.

Advanced E-Commerce Research Systems is the sole authorised re-licensor of eBay market data, and provides custom market insights that benefit a range of clients, from international corporations to individual power sellers on eBay. Advanced also produces Terapeak for eBay (http://www.terapeak.com), the market-leading SaaS eBay research tool for all online sellers.

The agreement between Advanced and WorthPoint makes the 'Worthopedia' database the most comprehensive price information resource available on-line for the antiques and collectibles market.

Announcing its agreement with Advanced, WorthPoint CEO, Will Seippel, said: "Our agreement with Advanced is a major milestone in our plan to create the number one web resource for anyone wishing to establish the value of an antique or other item for collecting, investing or selling. This will support buyers and sellers to establish the value, or worth, of an item by referencing hard data from actual transactions and will allow them to trade with confidence – on-line or in the auction house."

Advanced E-Commerce Research Systems CEO Fred Speckeen also commented on the agreement: "We are pleased to be continuing and developing our WorthPoint partnership; a partnership that is creating the ultimate resource for collectors and sellers. "

In addition to the 'WorthPoint' transaction database, WorthPoint also provides the option to consult recognised experts in the antiques or collectibles field. 'Worthologists' will offer WorthPoint members knowledge and insights, research items, helping to establish their provenance, and offer views on pricing.

WorthPoint CEO, Will Seippel, said: "We see the range of services available at Worthpoint.com, which includes opportunities to connect with other collectors, learn about items of special interest, including notifications of events and exhibitions, as appealing to every level in the antiques and collectibles market including private collectors, the antiques trade and once-off buyers or sellers who need to learn about a particular item and establish its price, or worth. "

About WorthPoint: WorthPoint (http://www.WorthPoint.com) is the on-line resource dedicated to supporting communities interested in antiques and collectibles. WorthPoint has the most comprehensive database of buy and sell transactions in antiques and collectibles available on-line, and incorporates eBay market data. The 'Worthopedia' database can help establish the value of an item with reference to hard transaction information and supports users to buy and sell with confidence. WorthPoint also provides information and insights on collectible items through the opportunity to connect with other collectors, consult WorthPoint experts, or 'Worthologists', and with the deep repository of on-line articles and other information on antiques and collecting. WorthPoint is a user subscription service with subscriptions available from $9.99 per month.

About Advanced E-Commerce Research Systems (http://www.researchadvanced.com): Advanced is a leader in ecommerce market research and payment analytics, and is the sole authorized re-licensor of eBay data globally. The company provides custom insights as well as Terapeak-branded SaaS, technology-enabled solutions to e-commerce merchants around the world. Currently aggregating over 20% of all online commerce sales data, Advanced helps merchants make faster, more-profitable business decisions based on real-time market trends, pricing, and transaction data.

http://www.terapeak.com (Advanced's eBay Research Tool)

## Contact

**Maria Archer**

Worthpoint Europe
+353 (0) 1 68 77 430
Email

WorthPoint --- The Art to Collect We Resource. Identity & Transaction Data.

Case 2:13-cv-06801-MWF-E Document 15-2 Filed 12/16/13 Page 125 of 147 Page ID #:480

12/1/13 10:52 AM



http://www.analytics.terapeak.com (Advanced's PayPal Reporting Tool)

For further information, please contact:

WorthPoint: Maria Archer, CEO, WorthPoint Europe. +353 (0)1 68 77 430; E. maria.archer(at)worthpoint(dot)com

Advanced: Fred Speckeen, CEO, Advanced E-Commerce Research Systems T. 1-250-483-3252; E. fspeckeen(at)aers(dot)ca

###

# Exhibit 59



Home > Worthopedia™ > Books, Paper & Magazines > Gena Lee Nolinsigned 16x20 with coa and pic proof

*Terms and Conditions* for using our site

## Gena Lee Nolinsigned 16x20 with coa and pic proof





Sold For:  Start free trial!

or Sign In to see what it's worth.

Sold Date: 06/13/2008
**Channel:** Online Auction
**Source:** eBay
**Category:** Books, Paper & Magazines



YOU ARE BIDDING A A 16X20 SIGNED PICTURE OF Gena Lee Nolin. THESE WERE SIGNED BACK IN 1999 AT A PRIVATE SIGNING WITH PRINCE MARKETING. tHIS IS A MUST HAVE FOR ANY COLLECTOR OR Gena Lee Nolin FAN. PAYPAL ONLY PLEASE!!! I accept For my protection, AND YOURS, the shipping address must match the PayPal confirmed address. Shipping will be via USPS or UPS. Insurance is included and MANDATORY! I will ship anyw in the world. (I only ship express when shipping outside the usa so I can track it. NO EXCEPTIONS!!!) Payment must be made within 24 hours of auction's end. Buyer must provide shipping information within 48 hours of auction's end. Any customs or import duties incurred are the sole responsibility of the buyer. SELLER RESERVES THE RIGHT TO RE-LIST ITEM IF ABOVE TERMS ARE NOT MET! Item will be shipped as soon as payment and shipping information is received (as per Term 3) tracking number

will be provided. Please feel free to ask any questions you may have email me at or The free listing tool. List your items fast and easy and manage your active items.

⚐ Flag item for content or copyright.

*Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.*

 

### VIEW SIMILAR ITEMS

   

**WorthPoint** Marketplace Partners

 **Lee Smith Signed Autographed 16x20 Photograph Boston Red Sox on Mound W/ COA**
$59.99 ebay

 **Lee Roy Jordan Signed Autographed Dallas Cowboys 16x20 Photo PSA/DNA COA**
$64.97 ebay

 **MARQISE LEE USC TROJANS FIGHT ON SPOTLIGHT AUTO SIGNED 16X20 PHOTO w/ JSA COA**



DERREK LEE Signed/Auto
CUBS 16x20 Photo!
Steiner COA



DERREK LEE Signed
CUBS 16x20 Photo! Auto-
Steiner COA



DERREK LEE Signed
CUBS 16x20 Photo! Auto-
Steiner COA



DERREK LEE Signed
CUBS 16x20 Photo! Auto-
Steiner COA

$109.99   ebay

Chicago Cubs Lee Smith signed

### Recent Books, Paper & Magazines articles

**Collecting on Steriods: The Effect of PEDs on the Sports Memorabilia Market**

**Rare Bay Psalm Book, the First Book Printed in America, to be Auctioned by Sotheby's**

**The Comic Speculator — New Comics Roundup 10/30/2013**

**Halloween and Horror Movie Imagery at the English Cinema**

**The Comic Speculator Back Issue Roundup — Ghost & Phantom Variants on the Rise**

---

MORE ITEMS FROM EBAY

Original 70s Broadway
Theatre Poster Dracula
Raul Julia

AN AMERICAN
WEREWOLF IN LONDON
VerA Japan Movie Poster

Lindsay Lohan
Autographed Sexy 8x10
Photo Proof Signed

American Idol
autographs,Cook
Archuleta,Castro

| Recent Discussions in Books, Paper & Magaz... | Posts | Last Poster |
| --- | --- | --- |
| Vintage Life Magazines (will sell) | 2 | lrosack |
| Rare book Value | 2 | cottonwoodcreekflowers@yahoo.com |
| WANTED: Boxing Magazne with Digger Stanley 1910-12 | 2 | ira_okman@mail.ru |

**Start New Discussion in Books, Paper & Magaz...**

**More Discussions »**



BuildDirect™

SHOP DECKING NOW



Advertising | Alcohol & Smoking | Antiquities | Books, Paper & Magazines | Ceramics | Coins & Currency | Entertainment | Ethnic, Folk & Native American Art | Fine Art | Firearms and Accessories | Fraternal, Political, Organizations | Furniture & Furnishings | Glass | Jewelry | Metals | Militaria & Weapons | Natural History | Sports | Stamps | Textiles, Clothing & Accessories | Tools | Toys, Dolls, Games & Puzzles | Transportation and Vehicles |

# Autograph Auction



www.PristineAuction.com

Autograph Consignment Auction Auction Ends Tonight



© Copyrighted work licensed by WorthPoint



Follow us!

About WorthPoint | Advertising | Help | Contact Us | Careers | Privacy Policy | Terms of Use

© 2013 - WorthPoint Corporation | 3525 Piedmont Road NE, Building 5, Suite 435, Atlanta, GA 30305 | 877.481.5750

# Exhibit 60



Home > Worthopedia™ > GENA LEE NOLIN SIGNED SEXY BOOK PHOTO BAYWATCH

Terms and Conditions for using our site

## GENA LEE NOLIN SIGNED SEXY BOOK PHOTO BAYWATCH





Sold For:  **Start free trial!**

or **Sign In** to see what it's worth.

Sold Date: 11/12/2010
**Channel:** Online Auction
**Source:** eBay

YOU ARE BIDDING ON A SIGNED BOOK PHOTO OF GENA LEE NOLIN!!
THIS IS HAND SIGNED BY BAYWATCH BEAUTY GENE LEE!!
IT WOULD BE A GREAT PEACE TO HAVE FRAMED AND MATTED.
Check out my other items !
POSTAGE IS $4.00!!! SENT IN A PHOTO MAILER
PLEASE CHECK OUT MY FIXED PRICE LISTINGS FOR GREAT BUYS!!

🚩 Flag item for content or copyright.

Items in the Worthopedia are obtained exclusively from licensors and partners solely for our members' research needs.

Worthopedia™ price guide    ebay Raw data from eBay under sublicense

### VIEW SIMILAR ITEMS


2002 Gena Lee Nolin Auto Bench Warmer Card


Cap Barbell Pull Down Rope


LEAF POP CENTURY SIGNATURES GENA LEE NOLIN


LEAF POP CENTURY SIGNATURES GENA LEE NOLIN



WorthPoint Marketplace Partners


PLAYBOY GENA LEE NOLIN
$1.00  ebay


Gena Lee Nolin color glossy 8 by 10 photograph
$4.00  GOAntiques


PLAYBOY Magazine *December 2001* GENA LEE NOLIN
$6.99  ebay

MORE ITEMS FROM EBAY



RIAA Woodstock Gold
Record Award



Led Zeppelin John
Bonham Miniature Green
Drum Set Kit



JOHN LENNON
EYEGLASSES-CHECK
THESE OUT!!!



ELEONORA DUSE as
MAGDA Cabinet Photo
Aime' DUPONT 1896



Playboy Magazine 2001 December
Gala Christmas Issue Gena Lee
Nolin

Advertising | Alcohol & Smoking | Antiquities | Books, Paper & Magazines | Ceramics | Coins & Currency | Entertainment | Ethnic, Folk & Native American Art | Fine Art | Firearms and Accessories | Fraternal, Political, Organizations | Furniture & Furnishings | Glass | Jewelry | Metals | Militaria & Weapons | Natural History | Sports | Stamps | Textiles, Clothing & Accessories | Tools | Toys, Dolls, Games & Puzzles | Transportation and Vehicles |



Follow us!

  

About WorthPoint | Advertising | Help | Contact Us | Careers | Privacy Policy | Terms of Use

© 2013 - WorthPoint Corporation | 3525 Piedmont Road NE, Building 5, Suite 435, Atlanta, GA 30305 | 877.481.5750



© Copyrighted work licensed by WorthPoint

# Exhibit 61



Hi! Sign in or register | Daily Deals | Sell | Customer Support | FedEx One Rate℠ Learn more ▸ | My eBay | Cart

Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Autographs-Original > Movies > Photographs

Mouse over image to zoom

$ Have one to sell? Sell it yourself

# GENA LEE NOLIN SIGNED 8.5X11 AUTO PHOTO INSCRIBED JSA BAYWATCH PRICE IS RIGHT

Item condition: --

| Add to watch list

Quantity: 1 4 available

Price: **US $18.99**

Buy It Now

Add to cart

2 watchers

Add to watch list

Add to collection

100% positive Feedback | Free Shipping

BillMeLater New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: **FREE** Standard Shipping | See details
Item location: **Brooklyn, New York, United States**
Ships to: United States and many other countries | See details

Delivery: On or before **Wed. Dec. 18** to 90210
Estimated by eBay **FAST 'N FREE**

Payments: PayPal, Bill Me Later | See details

Returns: 14 days money back, buyer pays return shipping | Read details

Guarantee: ebay MONEY BACK GUARANTEE | Learn more
Get the item you ordered or get your money back.

## Seller information

hotcorner2980 (27501 ★)
100% Positive feedback

Follow this seller
See other items
Visit store: The Hot Corner Car...

AdChoice

**Description** | Shipping and payments | Print | Report item

eBay item number: 111235524767

Seller assumes all responsibility for this listing.

Last updated on Dec 12, 2013 10:22:17 PST View all revisions

## The Hot Corner Cards and Autographs

Visit my eBay store

Sign up for newsletter

Search Store

Items On Sale

**Store Categories**

Store home
Autographed Memorabilia
Baseball Cards 1980 - 2013
Baseball Autograph/Relic Cards
Basketball Cards
Football Cards 1980 - 2013
Hockey Cards
Non Sports Cards
Sports Memorabilia
Football Autograph/Jersey Card
Basketball Auto/Jersey Cards
Hockey Autograph/Jersey Card
Supplies
Other



**YOU ARE BIDDING ON A GENA LEE NOLIN SIGNED 8.5X11 PHOTO WITH INSCRIPTION "TO TONY, TO TONY JR OR TO STEVEN". THE AUTOGRAPH HAS BEEN CERTIFIED BY JSA AND COMES WITH THEIR STICKER OF APPROVAL.**

# PLEASE CHECK OUT THE SCANS TO SEE THE EXACT PHOTO YOU ARE BIDDING ON.

**WE NOW OFFER FREE SHIPPING AND INCLUDE DELIVERY CONFIRMATION ON ALL OF OUR AUCTIONS WITHIN THE USA.**

**THAT'S RIGHT ALL OF OUR DOMESTIC SHIPPING IS NOW FREE!**

**ALL INTERNATIONAL SHIPPING IS BEING DONE THROUGH EBAY'S GLOBAL SHIPPING PROGRAM - WE DON'T KEEP A PENNY FOR SHIPPING**

## DON'T PAY A PENNY FOR SHIPPING.

# NY STATE RESIDENTS MUST PAY 8.875% SALES TAX!



### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

`00015`

## People who shopped for this item also looked at

Feedback on our suggestions



GAY INT SHIRTLESS
LUCKY VANOUS...

**$45.00**
Buy It Now



NATASCHA
MCELHONE- ACTRESS-

**$0.99**
0 bids



Vintage '69 Australian
Actor Bert Bertram...

**$14.97**
Buy It Now



GAY INT SHIRTLESS
GARRETT HEDLUND ...

**$55.00**
Buy It Now



TISHA CAMPBELL-
ACTREAND TONS ...

**$0.49**
0 bids

## See what other people are watching

Feedback on our suggestions



RARE JENNA JAMESON
AUTOGRAPH ON...

**$99.99**
Buy It Now
Free shipping



Hall of Fame HOF Signed
Autograph...

**$899.99**
Buy It Now
Free shipping



PETER CUSHING
SIGNED AUTOGRAPH...

**$250.00**
Buy It Now
Free shipping



Kevin Costner Signed
Hatfields And McCo...

**$99.99**
Buy It Now



Christopher Plummer--
Julie...

**$9.99**
1 bid



AdChoice

Back to search results                                                                              Return to top

Related buying guides : SPOT FAKE AUTOGRAPHS- LOCATING THE REAL SIGNATURES, Quick guide on Buying Muhammad Ali Signed Autographs, What is a 'White Sheet' Autographed Photo?, Spot fake signatures on eBay & find real autographs, HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS

More to explore : Baywatch Photo, Price Is Right Tickets, Brenda Lee Signed, David Lee Roth Photo, John Lee Hooker Photo

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.





Hi! Sign in or register | Daily Deals | Sell | Customer Support | FedEx One Rate | My eBay | Cart

Sign up for newsletter

Search Store

Items On Sale

**Store Categories**

Store home
Autographed Memorabilia
Baseball Cards 1980 - 2013
Baseball Autograph/Relic
Cards
Basketball Cards
Football Cards 1980 - 2013
Hockey Cards
Non Sports Cards
Sports Memorabilia
Football Autograph/Jersey
Card
Basketball Auto/Jersey Cards
Hockey Autograph/Jersey
Card
Supplies
Other

## YOU ARE BIDDING ON A GENA LEE NOLIN SIGNED 8.5X11 PHOTO WITH INSCRIPTION "TO TONY, TO TONY JR OR TO STEVEN". THE AUTOGRAPH HAS BEEN CERTIFIED BY JSA AND COMES WITH THEIR STICKER OF APPROVAL.

## PLEASE CHECK OUT THE SCANS TO SEE THE EXACT PHOTO YOU ARE BIDDING ON.

## WE NOW OFFER FREE SHIPPING AND INCLUDE DELIVERY CONFIRMATION ON ALL OF OUR AUCTIONS WITHIN THE USA.

## THAT'S RIGHT ALL OF OUR DOMESTIC SHIPPING IS NOW FREE!

## ALL INTERNATIONAL SHIPPING IS BEING DONE THROUGH EBAY'S GLOBAL SHIPPING PROGRAM - WE DON'T KEEP A PENNY FOR SHIPPING



**DON'T KEEP A PENNY FOR SHIPPING.**

## NY STATE RESIDENTS MUST PAY 8.875% SALES TAX!

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00015

---

People who shopped for this item also looked at

Feedback on our suggestions



GAY INT SHIRTLESS LUCKY VANOUS...

**$45.00**
Buy It Now



NATASCHA MCELHONE- ACTRESS-

**$0.99**
0 bids



Vintage '69 Australian Actor Bert Bertram...

**$14.97** 🏅
Buy It Now



GAY INT SHIRTLESS GARRETT HEDLUND ...

**$55.00**
Buy It Now



TISHA CAMPBELL-ACTREAND TONS ...

**$0.49**
0 bids

---

See what other people are watching

Feedback on our suggestions



RARE JENNA JAMESON AUTOGRAPH ON...

**$99.99** 🏅
Buy It Now
Free shipping



Hall of Fame HOF Signed Autograph...

**$899.99** 🏅
Buy It Now
Free shipping



PETER CUSHING SIGNED AUTOGRAPH...

**$250.00**
Buy It Now
Free shipping



Kevin Costner Signed Hatfields And McCo...

**$99.99**
Buy It Now



Christopher Plummer--Julie...

**$9.99**
1 bid

Gena Lee Nolin Signed 8x5X11 Auto Photo-Baywatch Right Side-



AdChoice

Back to search results                                                                                                    Return to top

Related buying guides :   SPOT FAKE AUTOGRAPHS- LOCATING THE REAL SIGNATURES,   Quick guide on Buying Muhammad Ali Signed Autographs,
What is a 'White Sheet' Autographed Photo?,   Spot fake signatures on eBay & find real autographs,   HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS

More to explore :   Baywatch Photo,   Price Is Right Tickets,   Brenda Lee Signed,   David Lee Roth Photo,   John Lee Hooker Photo

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    eBay Talk    Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.



Hi! Sign in or register | Daily Deals | Sell | Customer Support | FedEx One Rate | My eBay | Cart

Sign up for newsletter

Search Store

Items On Sale

**Store Categories**

Store home
Autographed Memorabilia
Baseball Cards 1980 – 2013
Baseball Autograph/Relic
Cards
Basketball Cards
Football Cards 1980 – 2013
Hockey Cards
Non Sports Cards
Sports Memorabilia
Football Autograph/Jersey
Card
Basketball Auto/Jersey Cards
Hockey Autograph/Jersey
Card
Supplies
Other



**YOU ARE BIDDING ON A GENA LEE NOLIN SIGNED 8.5X11 PHOTO WITH INSCRIPTION "TO TONY, TO TONY JR OR TO STEVEN". THE AUTOGRAPH HAS BEEN CERTIFIED BY JSA AND COMES WITH THEIR STICKER OF APPROVAL.**

## PLEASE CHECK OUT THE SCANS TO SEE THE EXACT PHOTO YOU ARE BIDDING ON.

**WE NOW OFFER FREE SHIPPING AND INCLUDE DELIVERY CONFIRMATION ON ALL OF OUR AUCTIONS WITHIN THE USA.**

**THAT'S RIGHT ALL OF OUR DOMESTIC SHIPPING IS NOW FREE!**

**ALL INTERNATIONAL SHIPPING IS BEING DONE THROUGH EBAY'S GLOBAL SHIPPING PROGRAM - WE DON'T KEEP A PENNY FOR SHIPPING**

DON'T KEEP A PENNY FOR SHIPPING.

## NY STATE RESIDENTS MUST PAY
## 8.875% SALES TAX!

★ ★ ☆ ★ ★ ☆ ★ ☆ ★ ★ ★ ☆ ★ ★

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

`00015`

People who shopped for this item also looked at

Feedback on our suggestions



GAY INT SHIRTLESS
LUCKY VANOUS...
**$45.00**
Buy It Now



NATASCHA
MCELHONE- ACTRESS-
**$0.99**
0 bids



Vintage '69 Australian
Actor Bert Bertram...
**$14.97** 🪙
Buy It Now



GAY INT SHIRTLESS
GARRETT HEDLUND ...
**$55.00**
Buy It Now



TISHA CAMPBELL-
ACTREAND TONS ...
**$0.49**
0 bids

See what other people are watching

Feedback on our suggestions



RARE JENNA JAMESON
AUTOGRAPH ON...
**$99.99** 🪙
Buy It Now
Free shipping



Hall of Fame HOF Signed
Autograph...
**$899.99** 🪙
Buy It Now
Free shipping



PETER CUSHING
SIGNED AUTOGRAPH...
**$250.00**
Buy It Now
Free shipping



Kevin Costner Signed
Hatfields And McCo...
**$99.99**
Buy It Now



Christopher Plummer--
Julie...
**$9.99**
1 bid



AdChoice

Back to search results                                                                                                   Return to top

Related buying guides :   SPOT FAKE AUTOGRAPHS- LOCATING THE REAL SIGNATURES,   Quick guide on Buying Muhammad Ali Signed Autographs,
What is a 'White Sheet' Autographed Photo?,   Spot fake signatures on eBay & find real autographs,   HOW TO RECOGNIZE PREPRINTED AUTOGRAPHS

More to explore :   Baywatch Photo,   Price Is Right Tickets,   Brenda Lee Signed,   David Lee Roth Photo,   John Lee Hooker Photo

Community     About eBay     Announcements     Security Center     Resolution Center     Seller Information Center     Policies     Site Map     eBay official time

Preview new features     Contact us     eBay Talk     Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.