UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-6801-MWF(Ex)**                                   Dated: February 12, 2015

Title:     Barry Rosen -v- eBay, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Sheri S. Kleeger |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

Peter R. Dion-Kindem                         Randi W. Singer

PROCEEDINGS:   TELEPHONIC STATUS CONFERENCE re
               MOTION FOR ATTORNEYS' FEES [146]

Case called, and counsel make their telephonic appearance.

The Court questions e-Bay's counsel regarding the apparent lack of compliance with Local Rule 7-3, prior to filing its Motion for Attorneys' Fees.

The Court finds counsel did not comply, and therefore **DENIES** eBay, Inc.'s Motion for Attorneys' Fees, *without prejudice*. eBay, Inc. may re-file the motion after full compliance with the Rule.

**IT IS SO ORDERED.**

Initials of Deputy Clerk   cw

-1-                                              :   06 min